AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DELONTA ANTHONY, a minor, by his
Parent and next friend
CORINE ANTHONY

**SUMMONS IN A CIVIL CASE**

V.

06-192-ESH

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

and

CLIFFORD B. JANEY
(n his official capacity)

CASE NUMBER: 1:06CV00192

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
825 North Capital Street, N.E., 9th Floor
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ankur J. Goel
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

APR 0 6 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 04-18-06 at 11:00 a.m. |
| NAME OF SERVER (PRINT) Daniel F. Portnoy | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By serving Gladys Herring, Legal Assistant, authorized to accept. Service was completed at 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20004.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04-19-06
                  Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.