UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORINE ANTHONY, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-192 (ESH) |
| **DISTRICT OF COLUMBIA PUBLIC SCHOOLS** and : | |
| **CLIFFORD B. JANEY,** : | |
| Defendants : | |

## DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS COMPLAINT

Defendants' filed a Motion to Dismiss Complaint on May 4, 2006, because Plaintiffs' Complaint was untimely filed. Plaintiffs filed an opposition on May 15, 2006.

20 U.S.C. §1415(i)(2)(B) provides:

The party bringing the action shall have 90 days from the date of the decision of the hearing officer to bring such an action, or, if the State has an explicit time limitation for bringing such action under this part [20 USCS §§ 1411 et seq.], **in such time as the State law allows.**

The law in the District of Columbia, as the ruling in Spiegler, et al., v. District of Columbia, et al. shows, is that a party must appeal an administrative decision within 30 days. *See also* Armstrong v. Vance, 328 F. Supp. 2d 50, *54 (D.D.C., 2004), *citing* Spiegler, "the court concluded that the shorter 30-day period for HOD reviews was not inconsistent with the federal policies underlying the IDEA, noting that the IDEA "was intended to ensure prompt resolution of disputes regarding appropriate education for

1

handicapped children" in light of the time-sensitive nature of a child's development, and that a short limitations period furthered this policy. *Id.* at 467."

State law is not limited to statutory provisions as Plaintiffs seem to argue. Rather, state law includes court rulings as well. Accordingly, Defendants' Motion to Dismiss Complaint must be granted.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General for the District
           of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          */s/ Edward P. Taptich*_____
          EDWARD P. TAPTICH (012914)
          Chief, Equity Section 2

          /s/ *Veronica A. Porter*_____
          VERONICA A. PORTER (412273)
          Assistant Attorney General
          441 4th St., N.W., Sixth Floor South
          Washington, D.C. 20001
          (202) 724-6651

**May 19, 2006**