UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORINE ANTHONY**, *at al.*,        )  <br>                                                          )  <br>         **Plaintiffs**,              )  <br>                                                          )  <br>         v.                                     )   Civil Action No. 06-0192 (ESH)  <br>                                                          )  <br> **DISTRICT OF COLUMBIA**, *et al.*,  )  <br>                                                          )  <br>         **Defendants**.          )  <br>                                                          ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion to Dismiss [#2] is **DENIED**.

So ordered.

                                                                                           s/
                                                                            ELLEN SEGAL HUVELLE
                                                                            United States District Judge

Date: May 22, 2006