# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CORINE ANTHONY**, *at al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | **Civil Action No. 06-0192 (ESH)** |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion to Dismiss [#2] is **DENIED**.

So ordered.

                                                                                     s/
                                            ELLEN SEGAL HUVELLE
                                            United States District Judge

Date: May 22, 2006