UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORINE ANTHONY, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-192 (ESH) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| Defendants : | |

## ADMINISTRATIVE RECORD

Attached is an index and the record of the administrative proceedings at issue in this action.

                         Respectfully submitted,

                         ROBERT J. SPAGNOLETTI
                         Attorney General for the District
                          of Columbia

                         GEORGE C. VALENTINE
                         Deputy Attorney General
                         Civil Litigation Division

                         /s/ *Edward P. Taptich*
                         EDWARD P. TAPTICH (012914)
                         Chief, Equity Section 2

                         /s/ *Veronica A. Porter*
                         VERONICA A. PORTER (412273)
                         Assistant Attorney General
                         441 4th St., N.W., Sixth Floor South
                         Washington, D.C. 20001
                         (202) 724-6651

**June 30, 2006**

**Anthony et at., v. District of Columbia, 06-192**

**Index of Record**

|     |                                              | **Page**  |
| --- | -------------------------------------------- | --------- |
| 1.  | Certificate of Record                        | 1         |
| 2.  | Request for hearing, 3/25/05                 | 2 – 8     |
| 3.  | Amended hearing request, 4/25/05             | 9 – 10    |
| 4.  | Hearing notice, 4/4/05                       | 11        |
| 5.  | Revised hearing notice, 4/6/05               | 12        |
| 6.  | Defendant Hearing memorandum, 5/9/05         | 13 – 15   |
| 7.  | Plaintiff Hearing memorandum, 5/9/05         | 16 – 33   |
| 8.  | Hearing Officer's Determination, 5/4/05      | 34 – 39   |
| 9.  | Hearing Officer's Interim Order, 5/19/05     | 40 – 42   |
| 10. | Hearing Officer's Determination, 11/4/05     | 43 – 52   |
| 11. | Hearing Officer's Order, 3/22/06             | 53 – 54   |
| 12. | Defendant Disclosure notice, 4/25/05         | 55 – 56   |
| 13. | Plaintiff Disclosure notice, 4/25/05         | 57 – 59   |
| 14. | Plaintiff Disclosure notice, 10/19/05        | 60 – 62   |
| 15. | Plaintiff Disclosure notice, 10/19/05        | 63 – 64   |
| 16. | Psychological Testing Report, 2/9/04         | 65 – 70   |
| 17. | Discharge summary, 5/8/02                    | 71 – 74   |
| 18. | Clinical Review, 10/19/01                    | 75 – 77   |
| 19. | Speech Language Evaluation, 7/11/01          | 78 – 83   |

20. Clinical Psychological Evaluation, 5/14/01       84 – 88

21. Psychological Report, 1/2001                    89 – 92

22. IEP, 9/19/01                                    93 – 100

23. IEP Meeting Notes, 9/19/01                      101 – 105

24. IEP, 5/15/02                                    106 – 112

25. IEP Meeting Notes, 5/12/02                      113 – 115

26. DCPS Transition Services Plan, 5/15/02          116 – 117

27. MDT Meeting Notes, 5/15/02                      118 – 119

28. MDT Meeting Notes, 10/2/02                      120 – 126

29. IEP Meeting Notes, 10/2/02                      127

30. IEP, 10/3/03                                    128 – 133

31. DCPS Transition Services Plan                   134 – 137

32. IEP Meeting Notes, 10/3/03                      138 – 139

33. IEP, 11/18/04                                   140 – 145

34. DCPS Transitions Services Plan                  146 – 148

35. IEP Meeting Notes, 11/18/04                     149

36. Notice of Intent to Reevaluate, 11/18/04        150 – 151

37. Evaluation Consent Form, 11/18/04               152

38. Stanford Achievement Test Series, 11/1996       153 – 155

39. Stanford Achievement Test Series, 10/1997       156 – 157

40. Stanford Achievement Test Series, 4/1998        158 – 159

41. 3rd Grade Report Card, 1997-1998                160 – 161

42. Stanford Achievement Test Series, 4/1999        162 – 163

43. 3rd Grade Report Card, 1998-1999                             164 – 166

44. Stanford Achievement Test Series, 4/2000                     167 – 168

45. 4th Grade Report Card, 1999 – 2000                           169 – 171

46. Stanford Achievement Test Series, 4/2001                     172 – 173

47. 4th Grade Report Card, 2000 – 2001                           174 – 176

48. 5th Grade Report Card, 2001-2002                             177 – 179

49. Shaw JHS Report Form, 7/8/03                                 180

50  Francis JHS Report Form, 6/25/04                             181

51. Plaintiff letter to Shaw JHS, 10/23/03                       182

52. Plaintiff letter to Shaw JHS, 11/7/03                        183

53. Plaintiff letter to Mr. Neal at DCPS, 12/11/03               184 – 185

54. Certificate re inability to attend school, 12/4/03           186

55. Plaintiff letter to Mr. Neal at DCPS, 12/11/03               187 – 189

56. Plaintiff letter to Francis JHS, 1/21/04                     190

57. Plaintiff letter to Francis JHS, 6/19/04                     191 – 192

58. Plaintiff letter to Francis JHS, 9/2/04                      193

59. Supplemental Services Application                            194

60. Plaintiff letter to Francis JHS, 10/13/04                    195

61. Plaintiff letter to Francis JHS, 3/17/05                     196

62. Request for hearing, 3/25/05                                 197 – 202

63. High Road School letter, 4/15/05                             203

64. Plaintiff letter to Student Hearing Office, 4/25/05          204

65. Dr. Sheila C. Iseman, Curriculum vitae                       205 – 209

66. High Road Clinical Summary, 6/16/05         210 – 211

67. Speech and Language Report, 9/27/05         212 – 222

68. High Road Academic Performance Report       223

69. IEP, 11/18/05                               224 – 230

70. DCPS Transition Services Plan               231 – 233

71. IEP Addendum for ESY Services, 6/16 05      234 – 235

72. IEP Addendum Meeting Page, 10/6/05          236 – 238

73. High Road midterm progress report           239

74. Positive Nature Inc. description            240 – 242

75. Hearing Transcripts
       May 2, 2005                            243 – 372
       October 26, 2005                       373 - 458