HR1
Start: 9:25

## ATTENDANCE SHEET

| STUDENT'S NAME: | | |
|---|---|---|
| **HEARING DATE:** | 10/26/05 | |
| **PRINTED NAME** | **ON BEHALF OF DCPS OR STUDENT** | **TITLE** |
| Tracy Goodman | Student | parents attorney The Children's law Center |
| Corine Anthony | Student | mother |
| megan Miller | student | investigator, The children's Law Center |
| Sheila C. Iseman | student | Educ. Consult. |
| David Emenheiser (by phone) | student | Director High Road School |
| Natalie Smith | student | law clerk The Children's law Center |
| Jennifer Murphy | student | Clinical Director Positive Nature Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Impartial Hearing Officer

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENFORCEMENT AND INVESTIGATION DIVISION

### SPECIAL EDUCATION DUE PROCESS HEARING

### CONFIDENTIAL

### ██████ ORDER

STUDENT: D████ A████████          DATE OF BIRTH: ██/89

ADDRESS: ████████████████.
Washington, D.C. 20001

PRESENT SCHOOL ATTENDING: High Road School of Washington
HOME SCHOOL: Francis J.H.S.

Student's Representative: Tracy Goodman, Esq.
The Children's Law Center
Address: 901 15th Street, N.W.
Washington, D.C. 20005
FAX: 202-467-0053

School System's Representative: Stephanie Ramjohn-Moore, Esq.
Address: 825 N. Capitol Street, N.E., Washington, D.C. 20002

## JURISDICTION:

The hearing was held and this decision was written pursuant to the Individuals with Disabilities Education Act (IDEA) (P.L. 101-476), reauthorized as the IDEA Improvement Act of 1997 (P.L. 105-17) 20 U.S.C. 1400 Et. seq.; and their current regulations, specifically the Code of Federal Regulations at 34 CFR Part 300; and District of Columbia Municipal Regulations, Chapter 30, Education Handicapped, Title V, Sections 3000-3099.

## DISPOSITION OF CASE:

Pursuant to the HOD issued on November 7th 2005, counsel for the student has submitted a copy of the student's scholastic record for SY-2005-2006 (with grades and attendance for the first and second quarters only).  This hearing officer found in the November 7th 2005 HOD that the student has a history of unexcused absences.  The HOD concluded: "If the student continues to have unexcused absences, the award of compensatory education may be modified."  Upon review of the student's current scholastic record for SY-2005-2006 at the High Road School of Washington, the student continues to have absences.  In the first quarter he had eleven absences out of 42 school days and in the second quarter he had twelve absences out of 44 school days.  The comments on his report card for each class state he has poor/infrequent attendance.  Based on this continued record of poor attendance, the compensatory education award of two years is reduced by six months to one year and six months of compensatory education.

It is hereby **ORDERED** that:

**The student's previous award of two years of compensatory education in the November 7th HOD is reduced by six months for poor attendance to one year and six months of compensatory education.**

This is the final administrative decision in this matter.  Appeals on legal grounds may be made to a court of competent jurisdiction within 30 days of the rendering of this decision.

Seymour DuBow, Esq.
Impartial Hearing Officer

Date filed: March 22, 2006

Date Issued: 3/22/06

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
*Office of the Superintendent*
**Office of the General Counsel**
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000  Fax # 202-442-5098
*www.k12.dc.us*

April 25, 2005

Tracy L. Goodman, Esquire
Attorney at Law
He Children's Law Center
905 15th Street, NW, Suite 500
Washington, D.C.  20005

*884-4730*

**By Facsimile: 202~~520-1259~~**
**Number of Pages:  2**
*(Including disclosure notice)*

**RE**

**D▆▆▆▆ A▆▆▆▆▆**
**DOB:** ▆▆▆/89
**ID#:**

## Disclosure Notice

Dear Ms. Goodman:

At the upcoming due process hearing in the above-referenced matter, that is scheduled for **Monday, May 2nd at 1:00 & 3:00 p.m.** and pursuant to **34 C.F.R. 300.09(a)(3).**   In addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents:

## Witnesses

MaryLee Phelps*, or her designee(s), Interim Chief for Sp. Ed. Reform, Sp. Ed. Div.
Carol Helton*, or her designee(s), Assistant Director, School Support , Sp. Ed. Div.
Linda Smalls*, or her designee(s), Compliance Specialist, Sp. Ed. Div.
Courtney Fletcher,*or his designee(s) Principal, Francis Junior High School
Christine Gross, or her designee(s), Special Education Coordinator, Francis JHS
Special Education Teacher, Francis JHS
Clinical Psychologist, Sp. Ed. Div.
School Psychologist, Sp. Ed. Div.
Social Worker, Sp. Ed. Div.
Speech Pathologist, Sp. Ed. Div.
OT/PT Therapists, Sp. Ed. Div.

---

*Witnesses may be testifying via telephone

---

*Children First*

**Page 2**
Disclosure Notice:  D█████ A██████, Dob: ████/89

DCPS reserves the right to rely on any documents/witnesses presented by the parent if it deems relevant in this case.

If you wish to discuss any aspect of this case further, or have questions, please contact me at 202/442-5172.

Sincerely,

Karen J. Herbert
Attorney Advisor

cc:    Student Hearing Office

# The CHILDREN'S LAW CENTER

April 25, 2005

Karen Herbert, Esq.
DCPS Office of the General Counsel
825 North Capitol Street, NE, 9th Floor
Washington, DC 20002

*Hand Delivered*

Re:    D█████ A███████, DOB ████/89
       Five Day Disclosure Letter

Dear Ms. Herbert:

I am writing in reference to the due process hearing set for May 2, 2005 at 1:00 pm and 3:00 pm for D█████ A███████. The purpose of this letter is to provide you with the following list of witnesses and documents we may rely on in the hearing. An additional purpose of this letter is to inform you of the evaluations and recommendations that we intend to use at the hearing. The evaluations with recommendations are included in the following list of documents.

## WITNESSES

1)    Ms. Corine Anthony, mother
2)    Ms. Carolyn Anthony, sister
3)    Dr. Sheila Iseman, SCI Educational Consultants*
4)    Mr. David Emenheiser, or designee, Director, High Road School*
5)    Ms. Clare Frey, research assistant/investigator, The Children's Law Center*

   * denotes that witness may testify by telephone

## DOCUMENTS

### Evaluations/Reports
DA-1) 4/9/04:      Psychological Testing Report, Howard U Hospital
DA-2) 5/8/02:      Discharge Summary, CNMC
DA-3) 10/19/01:    Clinical Review, Atlantic Health Services, Inc
DA-4) 7/11/01:     Speech and Language Evaluation, Gage Eckington ES
DA-5) 5/14/01:     Clinical Psych Evaluation, The Chesapeake Center
DA-6) 1/11/01:     Psychological Report, DCPS and 4/3/01 Addendum

### IEPs and Related Documents
DA-7) 9/19/01:     Initial Individualized Educational Program ("IEP") and Meeting Notes
DA-8) 5/15/02:     IEP and Meeting Notes

**901 15th Street NW  •  5th Floor  •  Washington, DC 20005**
**Phone (202) 467-4900  •  Fax (202) 467-0053  •  www.childrenslawcenter.org**

57

DA-9) 5/15/02:      MDT Meeting Notes
DA-10) 10/2/02:     MDT Meeting Notes and IEP Meeting Notes
DA-11) 10/3/03:     IEP and Meeting Notes
DA-12) 11/18/04:    IEP and Meeting Notes
DA-13) 11/18/04:    Notice to Parent of Intent to Evaluate/Reevaluate
DA-14) 11/18/04:    Consent for Evaluation

Stanford Achievement Test Series, 9th Edition, ("SAT-9") Student Reports and Report Cards
DA-15) 11/96:       SAT-9 Student Report
DA-16) 10/97:       SAT-9 Student Report
DA-17) 4/98:        SAT-9 Student Report
DA-18) SY 97-98:    3rd Grade Report Card
DA-19) 4/99:        SAT-9 Student Report
DA-20) SY 98-99:    3rd Grade Report Card
DA-21) 4/00:        SAT-9 Student Report
DA-22) SY 99-00:    4th Grade Report Card
DA-23) 4/01:        SAT-9 Student Report
DA-24) SY 00-01:    4th Grade Report Card
DA-25) SY 01-02:    5th Grade Report Card
DA-26) 7/8/03:      SY 02-03, 7th Grade Report Card, Shaw JHS
DA-27) 6/25/04:     SY 03-04, 8th Grade Report Card, Francis JHS

Letters to DCPS/Francis JHS
DA-28) 10/23/03:    Record Request to Shaw JHS
DA-29) 11/7/03:     2nd Record Request to Shaw JHS
DA-30) 12/11/03:    Letter to Ralph Neal requesting Discretionary Transfer
DA-31) 12/12/03:    Discretionary Transfer Request Approval Letter, 12/12/03
DA-32) 1/21/04:     Letter to Dr. Courtney Fletcher, principal, Francis JHS
DA-33) 6/19/04:     Letter to Christine Gross, Francis JHS
DA-34) 9/2/04:      Letter to Dr. Fletcher, principal, Francis JHS and attachment
DA-35) 10/13/04:    Letter to Christine Gross, Francis JHS
DA-36) 3/17/05:     Letter to Dr. Fletcher, principal, Francis JHS

Other
DA-37) 3/25/05:     Hearing Request
DA-38) 4/15/05:     Acceptance Letter from High Road School
DA-39) 4/25/05:     Amendment to Hearing Request
DA-40) Undated:     Curriculum Vitae of Dr. Sheila Iseman

In addition, we reserve the right to examine any witnesses and rely on documents disclosed by DCPS. Please let me know if we can settle this matter in advance of the hearing date. You can

58

reach me at (202) 884-3141; fax number (202) 467-4949 or (202) 884-4730.  I look forward to hearing from you.

Sincerely,

Tracy L. Goodman
Attorney for Parent

Enclosure
CC:  Student Hearing Officer, Student Hearing Office (hand-delivered)

3



October 19, 2005

Karen Herbert, Esq.
DCPS Office of the General Counsel
825 North Capitol Street, NE, 9th Floor
Washington, DC 20002

*Sent by facsimile to (202)442-5098*

Re:     D█████ A████, DOB ████/89
        Five Day Disclosure Letter

Dear Ms. Herbert:

This letter has already been sent via facsimile to your colleague Charles McCollough; the Office of General Counsel receptionist informed me today that Mr. McCollough was the attorney handling this matter. I am now sending this letter to you as well, as I just received a Disclosure Notice from you. I am writing in reference to the due process hearing set for October 26, 2005 at 9:00 a.m. for D█████ A████, which was specifically scheduled to address the issue of compensatory education pursuant to the May 19, 2005 HOD. The purpose of this letter is to provide you with the following list of witnesses and documents we may rely on in the hearing. Please note that Documents DA-1 through DA-40 are already in evidence and that the list of documents provided to you today begin with DA-41. An additional purpose of this letter is to inform you of the evaluations and recommendations that we intend to use at the hearing. The evaluations with recommendations are included in the following list of documents.

## WITNESSES

1)   Ms. Corine Anthony, mother
2)   Dr. Sheila Iseman, Educational Expert, SCI Educational Consultants*
3)   Mr. David Emenheiser, or designee, Director, High Road School*
4)   Ms. Jennifer Murphy, Executive Director, Positive Nature, Inc.*

   * denotes that witness may testify by telephone

## DOCUMENTS

Evaluations/Reports
DA-41) 6/16/05      Clinical Summary, High Road Upper School
DA-42) 9/20/05:     Speech and Language Report, Metropolitan and Educational and
                    Therapeutic Services
DA-43) 10/19/05:    Current Levels of Academic Performance Summary, High Road School

IEPs and Related Documents

901 15th Street NW  •  5th Floor  •  Washington, DC 20005
Phone (202) 467-4900  •  Fax (202) 467-0053  •  www.childrenslawcenter.org

60

| DA-44) 6/16/05: | Individualized Educational Program ("IEP") |
| DA-45) 10/6/05: | New Addendum Meeting Page and Communication/Speech and Language Goals |

Progress Report

| DA-46) Undated: | Current Midterm Progress Report, High Road School |

Other

| DA-47) Undated: | Positive Nature Inc. Program Description |

In addition, we reserve the right to examine any witnesses and rely on documents disclosed by DCPS. Please let me know if we can settle this matter in advance of the hearing date. You may reach me at (202) 884-3141; fax number (202) 467-4949 or (202) 884-4730. I look forward to hearing from you.

Sincerely,

Tracy L. Goodman
Attorney for Parent

Attachments
CC: Hearing Officer Seymour DuBow, Student Hearing Office via fax (202) 442-5432

# THE CHILDREN'S LAW CENTER, INC.
## THE HEALTH ACCESS PROJECT AT CNMC

---

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** Hearing Officer Seymour DuBow, Esq. | **FROM:** Megan Miller |
| **COMPANY:** DCPS Student Hearing Office | **DATE:** 10/19/2005 |
| **FAX NUMBER:** (202) 442-5556 | **TOTAL NO. OF PAGES INCLUDING COVER:** 36 |
| **PHONE NUMBER:** | |

**RE:** D█████ A███████, DOB █████/89

**X URGENT**    **X FOR REVIEW**    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

---

**NOTES/COMMENTS:**

THE CHILDREN'S LAW CENTER
901 15TH STREET NW, 5TH FLOOR
WASHINGTON, DC 20005
(202) 884-3141 (PHONE)
(202) 467-4949 (FACSIMILE)



The
# CHILDREN'S
# LAW CENTER

October 19, 2005

Charles McCullough, Esq.
DCPS Office of the General Counsel
825 North Capitol Street, NE, 9th Floor
Washington, DC 20002

*Sent by facsimile to (202)442-5098*

Re:     De███ A██████, DOB██████89
         Five Day Disclosure Letter

Dear Mr. McCullough:

I am writing in reference to the due process hearing set for October 26, 2005 at 9:00 a.m. for
De███ A██████, which was specifically scheduled to address the issue of compensatory
education pursuant to the May 19, 2005 HOD. The purpose of this letter is to provide you with
the following list of witnesses and documents we may rely on in the hearing. Please note that
Documents DA-1 through DA-40 are already in evidence and that the list of documents provided
to you today begin with DA-41. An additional purpose of this letter is to inform you of the
evaluations and recommendations that we intend to use at the hearing. The evaluations with
recommendations are included in the following list of documents.

## WITNESSES

1)    Ms. Corine Anthony, mother
2)    Dr. Sheila Iseman, Educational Expert, SCI Educational Consultants*
3)    Mr. David Emenheiser, or designee, Director, High Road School*
4)    Ms. Jennifer Murphy, Executive Director, Positive Nature, Inc.*

    * denotes that witness may testify by telephone

## DOCUMENTS

Evaluations/Reports
DA-41) 6/16/05        Clinical Summary, High Road Upper School
DA-42) 9/20/05:       Speech and Language Report, Metropolitan and Educational and
                      Therapeutic Services
DA-43) 10/19/05:      Current Levels of Academic Performance Summary, High Road School

IEPs and Related Documents
DA-44) 6/16/05:       Individualized Educational Program ("IEP")
DA-45) 10/6/05:       New Addendum Meeting Page and Communication/Speech and Language
                      Goals

**901 15th Street NW • 5th Floor • Washington, DC 20005**
**Phone (202) 467-4900 • Fax (202) 467-0053 • www.childrenslawcenter.org**

Progress Report
DA-46) Undated:      Current Midterm Progress Report, High Road School

Other
DA-47) Undated:      Positive Nature Inc. Program Description

In addition, we reserve the right to examine any witnesses and rely on documents disclosed by
DCPS. Please let me know if we can settle this matter in advance of the hearing date. You may
reach me at (202) 884-3141; fax number (202) 467-4949 or (202) 884-4730. I look forward to
hearing from you.

Sincerely,

Tracy L. Goodman
Attorney for Parent

Attachments
CC: Hearing Officer Seymour DuBow, Student Hearing Office via fax (202) 442-5432

2



**HU⊞H**
H O W A R D
U N I V E R S I T Y
H O S P I T A L

2041 Georgia Avenue, N.W.
Washington, D.C. 20060

202/86
202/745-3731 fax

# Psychological Testing Report

| | |
|---|---|
| Patient: | D████ A██████ |
| DOB: | ████/89 |
| Age: | 14 |
| Report Date: | 04/09/04 |

MRN: 746942
Assessment Dates: 02/09/04, 02/10/04
Examiner: Genevieve Yirenkyi, M.S.

## Procedures
Wechsler Intelligence Scale for Children-Third Edition (WISC III)
Wechsler Individual Achievement Test (WIAT)
Beery-Buktenica Developmental Test of Visual Motor Integration (VMI)
Rorschach (Exner Scoring System)
Draw-A-Person with Inquiry
Rotter Incomplete Sentences Blank
Child and Family Mental Health Clinic Questionnaire with mother
Structured Clinical Interview with patient
Review of Records

## Background
D████ is a 14-year-old African American male who has been having problems at school related to classroom performance, self-esteem, and reports that other kids tease him a lot. D████ is referred by Dr. Negi, Psychiatry Resident, because he needs a psychological evaluation to assess his cognitive, academic, emotional, and social functioning. D████ has a diagnosis of Bipolar Disorder NOS and is on the following medications: Zyprexa 7.5 mg and Topamax 100mg. D████ reports that his problems at school began when he moved in 4th grade to another neighborhood and changed schools. Currently, he reports that his highest level of stress comes from school and social interactions. He admits that he does not have any friends and does not go out to play because his mother thinks it's too dangerous. He spends most of time in his room playing video games.
D████ lives with his adoptive mother, who is on disability, and her husband, with whom D████ does not get along. D████ was adopted by Ms. Anthony shortly after birth. His biological mother asked Ms. Anthony to take care of him because she was abusing drugs. D████ has had some contact with his biological mother and less with his biological father. Ms. Anthony reports that D████ biological family has a history of mental illness, and drug and substance use/abuse. Ms. Anthony has three older children of her own who do not live at home.

Recently, D████ returned to school at Francis Junior High School, where he is in the 8th grade. He had been out off school for 5 months. Last year, at his former school, Shaw Junior High School, he was pushed down the stairs and broke his leg in two places. After that incident, his mother requested a transfer to another school. It is reported that D████ has repeated the third and fourth grades. His mother confirmed that he does not have any friends and he is teased and called names, which results in him getting into fights and suspended. Dr. Negi reports a history of multiple school transfers for oppositional, defiant, and violent behaviors.

According to Ms. Anthony, D█████ is the product of a full term pregnancy and is unaware of any complication regarding his birth, even though his mother abused alcohol and street drugs during her pregnancy. Ms. Anthony reports him reaching developmental milestones within normal limits. Ms. Anthony states he was an "easy tempered" and not "fussy" baby. However, at 3 weeks of age he had a seizure, As he grew, he had school refusal, inattention, poor concentration, and fear of animals. Physically, he is overweight, but no other medical illnesses are reported. His current interests include watching T.V and playing video games.

D█████ last psychological evaluations were completed in 2001. During one of these evaluations he was administered a test of cognitive/intellectual functioning, where he fell in the borderline range. Relative strengths were noted in short-term visual memory and perceptual-motor. Personality tests were administered during a second evaluation in 2001 with results indicating the possibility of psychotic disorder. It was also noted that D█████ began to exhibit behavioral problems after being hit by a brick. Among the conclusions which resulted from this later evaluation was that a complete neurological examination might be required. Whether or not such an evaluation was ever done is unknown at present.

Behavioral Observations
D█████ was casually dressed and appeared to be his stated age. He was poorly groomed in regards to his clothing and personal hygiene. Specifically, he had facial discoloration, acne and dirt under his nails. He presented as a reserved and passive adolescent, but approached the testing sessions willingly. Rapport was adequately established and maintained, with only slight verbal encouragement/redirection required at times. While he maintained appropriate and non-hostile behavior during the testing sessions, often he showed unusual verbalization and behaviors, which suggest the possible presence of hallucinations. For example, he appeared to be having conversations with himself or someone else in the room. His speech was rapid, muffled, and, at times, incoherent. He had difficulty sustaining eye contact, and often looked out the window. He appeared somewhat tense at times. For instance, during the sessions he would sit at the edge of his seat. Overall, D█████ was cooperative, but at times, needed to be re-directed to stay engaged in the tasks, and often asked for instructions to be repeated. When faced with questions he could not answer, and would quietly state, "I don't know that," or "I have no idea." Given his adequate cooperation and effort, the following results are judged to be a reliable reflection of D█████ current cognitive and personality functioning.

Results

Cognitive Functioning
D█████ was administered the WISC-III to assess his cognitive and intellectual abilities. The WISC-III is a general test of intellectual ability that measures both verbal and nonverbal perceptual skills. D█████ current intellectual performance falls in a lower range than his 2001 administration. His performance on the WISC-III fell in the mildly mentally impaired range (VIQ = 67, PIQ = 54, FSIQ = 57). The data suggest that D█████ has a tendency to do somewhat better on intellectual tasks emphasizing verbal reasoning abilities. However, the data suggest he has not made the gains normally expected since his evaluation in 2001, and his performance on some sub-tests were actually lower than on his previous evaluation. This was especially so on

Psychological Evaluation-D██████ A██████                          3

sub-tests emphasizing social judgment and understanding, and on sub-tests emphasizing mechanical reasoning and speed when the visual stimuli were relatively abstract and unfamiliar. All of D██████ index standard scores fell in the mildly mentally impaired range (See Summary Data Sheet attached). His difficulty with social judgement and appropriate social interaction is highlighted by the WISC III question, "Tell me what you do if a child bigger than you picks a fight with you?" D██████ response was "Beat him up; tell their mother."

Academic Functioning

D██████ was administered the WIAT to assess his academic achievement in the areas of reading, mathematics, and spelling. While he performed better on the academic assessment than what would be predicted by his intellectual performance on the WISC-III, he is still well behind his same age peers with grade equivalents ranging from approximately upper 2nd grade to mid 5th grade (See Summary Data Sheet attached). Of note, however, is the finding that his scores on the Math Reasoning, Numerical Operations, and Spelling did improve significantly relative to his 2001 evaluation.

The Beery-Buktenica Developmental Test of Visual Motor Integration (VMI) was administered to assess D██████ visual-motor skills. This test presents a sequence of geometric forms that must be copied. D██████ performance fell in the borderline to well below average range, which suggests significant difficulty with visual-motor coordination and integration tasks (See Summary Data Sheet attached). He displayed an age appropriate right-handed pencil grip and a persistent work approach. During the administration D██████ would glance up from the task and appear anxious about being watched.

Social/Emotional Functioning

On the Draw-A-Person (DAP), D██████ drawings were developmentally immature and well below age expectations (See Summary Data Sheet attached). Additionally, his male drawing was extremely distorted and bizarre, showing four arms.

Projective personality data suggests that D██████ utilizes an avoidant coping style, in which he tends to view the world in a simplistic and overly narrow frame of reference. He exhibits serious impairments in logical and realistic thinking and some form of psychotic disorder is strongly indicated. He has little tolerance for ambiguity and uses poor judgment in anticipating consequences. In making decisions, he is guided more by what he thinks than how he feels. However, because his thinking is often seriously flawed with illogically, distorted perceptions, inappropriate decisions and behaviors are likely to result.

Socially, he lacks openness to experience and is limited in his ability to form close relationships with people. He appears to feel socially isolated and alienated. Marked anxiety regarding others, especially girls, is indicated, with a marked tendency to respond with pseudo bravado and aggressive acting out behaviors. Also suggested are sadness, with respect to the loss of his biological father, distorted thinking, and lack of inhibition. The development of anti-social traits is also indicated, and a generally low self-concept and a pessimistic outlook are likely.

Psychological Evaluation-D███ A███████    4

Summary

Overall, the data provides support for a diagnosis of mild mental retardation, which may be secondary to neurological brain pathology. However, the confounding effects of a psychotic disorder, (which may also be the result of neuropathology), makes the assessment of his true learning potential impossible at present. A pervasive developmental disorder of some type should also be considered.

Diagnosis

Axis I:     289. 9  Psychotic Disorder NOS  vs  296.90 Mood  Disorder  NOS  with psychotic features

            294.9  Possible Cognitive Disorder NOS

            299.80  Possible Pervasive Developmental Disorder NOS

Axis II:    317    Possible Mild Mental Retardation

Axis III:   R/o    CNS neuropathology

Recommendations:

1.  Due to reported prenatal exposure to drugs and alcohol, possible head trauma from childhood injuries/illnesses, (to include at least one seizure), and D█████ test results, a comprehensive neurological evaluation is strongly recommended to assess for possible organic brain pathology.

2.  In view of signs of psychosis and signs of significant depression, D█████ should be monitored for suicidal ideation and/or intent.

3.  D██████ medication regime should be assessed to determine if a more effective one can be found to better address his acute psychotic and depressive symptoms.

4.  D██████ should be placed in a full-time special education school for children/adolescents diagnosed with serious psychiatric disorders. Such a placement is essential for him to achieve in a therapeutic learning environment and to receive therapeutic help with his major social problems and distorted thinking.

5.  D██████ cognitive abilities and thinking style suggest that timed, visual-motor tasks are difficult for him. His school and academic performance may improve if he is given additional time to complete such in-class assignments and quizzes/tests.

6.  D██████ adoptive mother and stepfather may benefit from receiving family therapy and/or parental counseling that focuses on assisting them with the management of D██████ behavior and improving the relationship between D█████ and his stepfather. It is important for D█████ to learn how to establish and maintain positive relationships with male figures in his life.

Psychological Evaluation-D█████A█████                                    5

X _Genevieve Yirenkyi, Intern_
Genevieve A. Yirenkyi, M.S.
Psychology Intern
W-Ph: 202-806-7638

X _Barry N. Blum_
Barry N. Blum, Ph.D.
Licensed Clinical Psychologist
Supervisor

PK 8/16/04

Psychological Evaluation-D█████ A███████              6

# DATA SUMMARY SHEET- CHILD

Patient Name:_ D█████ A███████_              Medical Record No._ 746942_____
Date:_____04/09/04_____              Sex:_M___              Age:___14_____

## WISC-III
### IQ
| | | | | Indexes | | |
|---|---|---|---|---|---|---|
| Full Scale | IQ | = | 57 | VCI | = | 68 |
| Verbal | IQ | = | 67 | POI | = | 53 |
| Performance | IQ | = | 54 | FDI | = | 69 |
| | | | | PSI | = | 64 |

### Sub-tests
#### Age-Adj Scaled Score

| Verbal | Standard Score | Performance | Standard Score |
|---|---|---|---|
| Information | 3 | Picture Completion | 1 |
| Similarities | 7 | Coding | 4 |
| Arithmetic | 5 | Picture Arrangement | 3 |
| Vocabulary | 5 | Block Design | 1 |
| Comprehension | 1 | Object Assembly | 3 |
| Digit Span | 4 | Symbol Search | 2 |
| | | Mazes | 1 |

## WIAT
| Test | Stand. Sc | Grade Equiv | % |
|---|---|---|---|
| Basic Reading | 81 | 5:2 | 10 |
| Mathematics Reasoning | 71 | 3:5 | 3 |
| Spelling | 82 | 5:4 | 12 |
| Reading Comp. | 70 | 2:9 | 2 |
| Numerical Operations | 63 | 3:8 | 1 |

## VMI
Stand. Sc   = 66 to 71_
Percentile   = 1% to 3%
Age Equiv.   = 7-2 yrs to 7-11 yrs

## DAP
### Male
Stand. Sc   = 50_
Percentile   = <1%
Age Equiv.   = Approx. 4 yrs

### Female
Stand. Sc   = 52
Percentile   = <1%
Age Equiv.   = Approx. 5 yrs

**EXHIBIT**
**DA-2**

**Discharge Summary**

```
NAME:              A███████, D███████,
MR:                020385749
EN:                0211501058
ATTENDING:         ADELAIDE S. ROBB, M.D.
DICTATOR:          NASIMA NUSRAT, M.D., FELLOW

DATE OF BIRTH:     ████████/89
DATE OF ADMISSION: 04/25/02
DATE OF DISCHARGE: 05/08/02
```

**DIAGNOSIS:**

```
        AXIS I:    Chronic Paranoid Schizophrenia
        AXIS II:   Deferred
        AXIS III:  None
        AXIS IV:   Moderate
        AXIS V:    GAF 20 on admission
```

**CONSULTATIONS:** Nutrition Service

**FOLLOW UP:**
1.   Arrangements were made for D██████ to follow with Dr. Hashmi at Howard
     University Hospital Department of Psychiatry on 05/23/02 who is his
     outpatient care provider.  Telephone number for Dr. Hashmi is 202-806-
     7981.

**DISCHARGE MEDICATION:**
1.   Zyprexa 15 mg p.o. q. h.s.


SIGNED _____
        NASIMA NUSRAT, M.D., FELLOW
        Department of Psychiatry


SIGNED _____
        ADELAIDE S. ROBB, M.D.
        Attending, Department of Psychiatry


DICTATOR:  NASIMA NUSRAT, M.D., FELLOW

DATE OF BIRTH:  03/12/89
DATE OF ADMISSION:  04/25/02
DATE OF DISCHARGE:  05/08/02
```

**IDENTIFYING INFORMATION:**   D██████ is a 13-year-old African-American boy who is
currently residing at 251 V Street NW Apt 13, Washington, D.C. 20001.  Their
home telephone number is 202-607-4099.  He was admitted to Children's National
Medical Center on 04/25/02 with a chief complaint of "I am hearing voices."

**HISTORY OF PRESENT ILLNESS:**  The patient is a 15-year-old African-American male

(The document was electronically signed by the originator on 05/22/2002 2:36 PM, NASIMA
NUSRAT)
(This document was electronically signed on 05/23/2002 11:52 AM by ADELAIDE S ROBB)

**Discharge Summary**

with a history of psychiatric treatment since November, 2001.  He has a history
of psychosis for the last two weeks.  Last week patient reported that he heard
voices that were telling him to run into a car, put his hand on the burner and
set the apartment on fire.  The patient reported that the voice sounds like him
and the voices are real.  The patient reported having difficulty with
controlling the voices.  Patient also reported that noise is constant during
the day and at night.  Per adopted mother, patient has poor self care, refusing
to do his activities of daily living.  Patient does not socialize with people,
likes to be left alone and isolated and he took himself away from his peers.
Patient often makes threats to his friends and reports that voices are telling
him to kill any visitors in the apartment.  Patient was adopted by this kind
adoptive mom at age 1. Patient reported no relationship with biological
parents. Mother was concerned about his significant decline of his level of
functioning and was seeking help to help patient have better control of his
auditory hallucinations.

**PAST PSYCHIATRIC HISTORY: Past psychiatric history suggests that he is in
treatment with Dr. Hashmi at Howard University Hospital for last few months
since November, 2001 and he was last seen by Dr. Hashmi on 04/25/02 on the day
of his admission.  He has no history of previous suicide attempts or violent
behaviors prior to this admission.  No history of substance use or no history
of any criminal activities.**

**SOCIAL/DEVELOPMENTAL HISTORY:**  Mostly unknown since he is adopted for minor
details but according to adoptive mother that he achieved his developmental
milestones in an age appropriate fashion.  He walked at 12 months and talked at
10 months.  He is currently going to Gage Elementary School in fifth grade.  He
was held back two years for bad grades and he is currently in special education
benefits.

**FAMILY PSYCHIATRIC HISTORY:**  Family history is positive for anxiety and
depression in maternal aunt.  Family history is also positive for diabetes and
hypertension.  Patient is adopted by his current adoptive mother since he was 1
year old.  There is no history of substance abuse in the family.

**PHYSICAL EXAMINATION AND LABORATORY DATA:**  On admission D▇▇▇▇▇ physical exam
on admission had no significant abnormalities including for possible signs of
physical abuse. In addition, routine laboratory tests were obtained and they
included a complete blood count with differential and platelet count, a
complete serum chemistry profile, thyroid function tests, urinalysis and urine
toxicology screen.  All these laboratory tests were negative for significant
abnormal findings warranting further medical attention.

**MENTAL STATUS EXAMINATION:**  At the time of admission he is noted to be unkempt
and taking very poor care of his personal hygiene.  Speech was within normal
limits.  Behavior was cooperative.  His affect was flat.  His thought processes
were goal directed.  His mood was moderately depressed.  He was complaining of
current auditory hallucination at the time of admission.  He had delusions of
saving the state from terrorism.  He had current suicidal and homicidal
ideation during the time of admission.  He was oriented to person, place and
time.  His fund of knowledge was full. His judgment was impaired.

**HOSPITAL COURSE:**  D▇▇▇▇▇ was admitted to the Adolescent Inpatient Psychiatric
Unit here at Children's National Medical Center on 04/25/02 and during his
(The document was electronically signed by the originator on 05/22/2002 2:36 PM, NASIMA
NUSRAT)
(This document was electronically signed on 05/23/2002 11:52 AM by ADELAIDE S ROBB)
Name: A▇▇▇▇▇ ; MRN: 020385749 ; Encounter #: 0211501058
Page 2                                        Printed by: nharry, 09/11/2003 10:40 AM

**Discharge Summary**

hospital stay on this highly structured unit with a behavioral management approach he received individual, group, expressive, family and milieu psychotherapy. Upon admission the following problem areas were identified and addressed accordingly.

1. Aggressive behavior. During the first few hours of his hospitalization D▮▮▮▮ had severe difficulty with extreme paranoia and aggressive behavior. He was attempting to escape the unit and he was put on AWOL precautions. Security had to be called to the unit to put him on seclusion since he was aggressive and threatening toward staff members. He was making suicidal and homicidal remarks at that time. As a result he was taken to seclusion at 9:20 on 04/26/02. Later on he was found to be picking on his nose in the seclusion room to cause it to bleed and he was banging his head on the wall. He was not following directions to stop self harm. As a result the seclusion order was removed. Prior to his seclusion he received medication and therapeutic interactions which did not have any beneficial effect. Finally, he was able to come out of the seclusion as he was following directions and was more directable. After this incident, D▮▮▮▮ did not require any further seclusions or was not at all aggressive toward either staff or his peers and he had not been a management problem to staff members as far as aggressive behavior throughout the rest of his hospital course.

2. Psychotic symptoms. D▮▮▮▮ remained somewhat psychotic throughout his entire hospital course. He denied hearing voices but he remained very paranoid, difficulty trusting staff members, perseverating with the same question which was focused on his discharge. At times he denied that he ever heard voices and stated that he said he was having auditory hallucination in order to get out of school, but definitely he was observed to be responding to internal stimuli by multiple staff members during his entire hospital course. His symptoms were mostly under control during the later part of his hospital stay by readjustment of his medications. Initially D▮▮▮▮ was receiving Risperdal as per prescription of his outpatient psychiatrist which made him too sedated and he could not tolerate the higher dosage of Risperdal. As a result he was switched to Zyprexa. The dose was gradually increased from an initial 5 mg to 15 mg during his time of discharge. He was not observed to have any detrimental side effects from the current dosage of medication. Moreover he verbalized
some relief and better control of his thought processes with the current regimen.

3. Family issues. Parents of children who are hospitalized on the Adolescent Inpatient Psychiatric Unit are strongly recommended to attend consecutive family therapy sessions. D▮▮▮▮s adoptive mother attended the family therapy sessions and asked appropriate questions, but she appeared to be somewhat cognitively challenged to understand the exact depth of D▮▮▮▮ diagnosis and expectations as far as academics and social functioning. In any case, she was given explanation about D▮▮▮▮ current diagnosis of Chronic Paranoid Schizophrenia and emphasized the importance of regular and meticulous follow-up will be paramount for D▮▮▮▮ to have a better prognosis and to have improved occupational and social functioning.

**FORMULATION OF IMPRESSION:** D▮▮▮▮ is a 13-year-old African-American boy who has a biological predisposition to mood disorder perpetuated by special education, difficulty at school, being held back two years, also auditory hallucinations precipitated by acute decompensation of psychotic symptoms with resultant homicidal ideation.

(The document was electronically signed by the originator on 05/22/2002 2:36 PM, NASIMA NUSRAT)
(This document was electronically signed on 05/23/2002 11:52 AM by ADELAIDE S ROBB)
Name: A▮▮▮▮  ; MRN: 020385749 ; Encounter #: 0211501058
Page 3                                    Printed by: nharry, 09/11/2003 10:40 AM

73

**Discharge Summary**

**DISCHARGE DIAGNOSIS:**

> AXIS I:    Chronic Paranoid Schizophrenia
> AXIS II:   Deferred
> AXIS III:  None
> AXIS IV:   Moderate
> AXIS V:    GAF was 50 upon discharge

**CONDITION ON DISCHARGE:**  At the time of discharge, D████ was not suicidal, homicidal, aggressive or impulsive and he understood the necessity to take medications as prescribed and it seemed to the treatment team that he had reached his baseline level of functioning.

**DISCHARGE MEDICATION:**
1.   Zyprexa 15 mg p.o. q. h.s.  A prescription was given for 30 days without any refills.

**RECOMMENDATIONS:**
1.   D████ to follow with Dr. Hashmi at Howard University Hospital.  Next appointment was scheduled for 05/23/02.  The telephone number for Dr. Hashmi is 202-806-7981.


_____
NASIMA NUSRAT, M.D., FELLOW


_____
ADELAIDE S. ROBB, M.D. ATTENDING

D:05/10/2002   13:33       T:05/12/2002   11:29          Dig #:22671

MEDQ-DULLES



(The document was electronically signed by the originator on 05/22/2002 2:36 PM, NASIMA NUSRAT)
(This document was electronically signed on 05/23/2002 11:52 AM by ADELAIDE S ROBB)
Name: A████  ; MRN: 020385749 ; Encounter #: 0211501058
Page 4                                Printed by: nharry, 09/11/2003 10:40 AM

 **Atlantic**
**Health**
**Services**
**Inc.**



# CLINICAL REVIEW

**Student:** De███ A██████
**Current School:** Gage- Eckington Elementary
**Primary Language:** English
**Date of Evaluation:** May 14, 2001
**Date of Birth:** █████, 1989
**Chronological Age:** 12
**Grade:** 5
**Date of Report:** October 19, 2001

## Review of Reason for Referral:

De███ A██████ was referred for a Clinical Review due to an outside Psychological Evaluation for treatment purposes.

## Review of Background Information:

De███ A██████ was born on March 12, 1989. It is reported that the subject is a behavioral problem in the classroom. De███ spends much of his time teasing his peers and being teased by them. The subject has been known to speak harsh to his peers and threaten them on occasion. It seems that the subject is in need of emotional and psychosocial support.

De███ was exposed to drugs and alcohol in the Utero. The subject was adopted at the age of three months. However, the subject currently resides with a guardian who is having difficulty controlling his behavior. De███ mother relinquished her responsibility for him at a very young age. Allegedly, the subject suffered verbal abuse at a very young age. De███ behaviors have deteriorated over time. He failed the third grade and has exhibited a number of oppositional behaviors.

## Review of Procedures Administered:

Review of Bender Gestalt Test results
Review of Draw-A-Person Test results
Review of Children's Apperception Test results
Review of Children's Depression Inventory Test results
Review of Children's Personality Questionnaire results
Review of Overall Clinical Evaluation results

■ 600 Jefferson Plaza, Suite 305
Rockville, MD. 20852
301-838-3430
Facsimile 301-838 3063

*Commitment to Excellence*

*Clinical Review – D███████ A██████*
*October 19, 2001*

## Review of Behavioral Observations:

There were no major problems during the formal and informal testing sessions. However, D█████ was not easily engaged in the testing process. The subject was somewhat resistive in terms of responding to various questions. However, D█████, was oriented in all spheres. There were no indications of hallucination, delusion, or suicidal ideation. Therefore, the results of various tests are indicative of his social and emotional functioning at this writing.

## Review of Test Results and Findings:

D██████ responses on Social and Emotional testing revealed some oppositional tendencies. Themes from test protocol suggest hostility and defiance. It seems that the subject is experiencing feelings of inadequacy perhaps centered around his upbringing whereby his nurturance has not been met on a consistent basis. D█████ is seemingly in constant struggle of being a good person and doing the right thing or being a loser. D█████ is in need of supportive guidance and structure in helping him to stay on a positive a course and actualize a higher potential. The results from test protocol indicate some possible auditory hallucinations and magical thinking. The subject's behavior throughout the evaluation was classified as somewhat bizarre. There are signs of an internal struggle around self-perception and connections to his family.

## Summary:

D█████ A██████ is a twelve year old male who seems to be in need of emotional and psychosocial support. The subject's school behavior is disruptive. It seems that D█████ is experiencing concerns around self-esteem, identity, and pro-social behavior. The subject is having problems with his peers and at times engages in threatening behaviors.

D█████ hails from what appears to be an unstable home environment in that he was exposed to drugs and alcohol in the Utero. The subject was adopted at the age of three months. However, the subject's guardian is having problems controlling his behavior. D█████ has experienced rejection by his mother as well as verbal abuse. The subject's behaviors have deteriorated over the last few years. D█████ failed the third grade and has been exhibiting oppositional behavior.

Sources reveal that the subject is functioning in the Borderline Range of Cognitive potential. The subject's Achievement Test scores did not suggest a specific learning disability. The subject admitted to the possibility of auditory hallucinations.

2

*Clinical Review – D██████ A█████*
*October 19, 2001*

It seems that D██████ engages in magical thinking at times. D██████ needs to be involved in a therapeutically structured environment whereby he can receive emotional support and treatment centered around his behaviors and issues that impact on his ability to learn and to actualize a higher potential.

### Recommendations:

- D██████ needs to be involved in individual therapy due to emotional issues.

- The subject needs to be involved in group therapy in order to assist him with interpersonal skill development.

- The subject needs to be seen by a Psychiatrist for the possibility of medication due to anti-psychotic as well as mood stabilizing potential.

### Diagnostic Impressions DSM-IV:

| | |
|---|---|
| Axis I: | 289.9 Psychotic Disorder, NOS (Provisional)<br>296.90 Mood Disorder, NOS (Provisional) |
| Axis II: | V71.09 No Diagnosis |
| Axis III: | None |
| Axis IV: | Psychosocial Stressors: Problems related to the Social Environment, Educational Problems, Primary Support Group Problems, and Peer Relations Problems. |
| Axis V: | Global Function (GAF): 45 (Serious Symptoms) |

Belton Wilder, Ph.D.
Clinical Psychologist

3


**EXHIBIT**
**DA-4**

# GAGE-ECKINGTON ELEMENTARY SCHOOL
## SPEECH LANGUAGE EVALUATION

**NAME:** D█████ A███████  
**DOB:** ███89     **C.A.:** 12;3  
**SCHOOL ID:** 8334307  
**REFERRED BY:** DC Public Schools  

**EXAMINER:** Ms. Eva Day, MA, CF-SLP  
**TEST DATE:** July 11, 2001  
**GRADE:** 4th  
**TEACHER:** Ms. Landy  

**PARENT/GUARDIAN:**     Ms. Corine Wright  
**ADDRESS:**                    251 V Street, NW #13  
                                       Washington, DC 20001  

---

## BACKGROUND INFORMATION:

D█████ was seen on July 11, 2001 for an evaluation of his speech and language skills at the request of the DC Public School system. He was in a regular 4th grade classroom at Gage-Eckington Elementary School this past year and was repeating the 4th grade for the second time. Ms. Wright reported that D█████ has had difficulty at school and that he complains of being picked on by other students. D█████ indicated that he was hit in the head with a brick in 1998, for which he was treated at Howard University Hospital. Ms. Wright reported that there were no stitches as a result of the incident and that he was immediately released. However, D█████ said that "things changed" after the accident. He reported having difficulty remembering things and said, "I feel like I'm nothing. Air."

D█████ was in Mr. Williamson's Success For All (SFA) 2.1 reading group, a beginning second grade reading level. D█████ reports that he doesn't like to read.

## EVALUATION:

### Hearing
D█████ hearing was not screened today. A routine screening should be conducted if not currently indicated upon a review of his records.

### Behavioral Observations:
D█████ demonstrated normal tolerance for adult imposed tasks and attention during the evaluation. However, D█████ was slow to respond to questions, requiring additional time to process his thoughts. He often closed his eyes and rubbed his fingers on his temples while he was thinking.

Standardized test results are as follows:

| Test | Standard Score | Percentile Rank | Results/Comments |
|------|----------------|-----------------|------------------|
| 1. Receptive One-Word Picture Vocabulary Test (ROWPVT) | 97 | 42 | Age Equivalent: 11 years, 7 months |
| 2. Expressive One-Word Picture Vocabulary Test (EOWPVT) | 77 | 6 | Age Equivalent: 8 years old |

A████, D████
Speech-Language Evaluation
Page 2

## Receptive Vocabulary
The Receptive One Word Picture Vocabulary Test (ROWPVT) evaluates an individual's comprehension of English vocabulary by asking him to identify objects, actions and concepts from a series of 4 pictures when presented auditorially with a given word. D████ received a standard score of 97 where 85 to 115 is considered average. D████ score is within normal limits for his age.

## Expressive Vocabulary
The Expressive One Word Picture Vocabulary Test (EOWPVT) evaluates an individual's English speaking vocabulary by asking her to name objects, actions and concepts in pictures. D████ received a standard score of 77 where 85 to 115 is considered average. D████ score is 1.5 to 2 standard deviations below the mean, which is in the very low range of functioning.

A statistically significant difference was found between D████ expressive and receptive single word vocabulary. (.01 statistical difference with 5% of the sample with this difference) This indicates that D████ may have word-finding difficulties. In other words, he may know vocabulary that he is sometimes unable to remember.

| Clinical Evaluation of Language Fundamentals (CELF-3) | Raw Score | Standard Score (SS) | Confidence Interval (SS) (68% level) | PR* | Confidence Interval (SS) (68% level) | S* | NCE* |
|---|---|---|---|---|---|---|---|
| Concepts and Directions | 15 | 3 | 1 to 5 | 1 | 1 to 5 | 1 | 1 |
| Word Classes | 24 | 8 | 6 to 10 | 25 | 9 to 50 | 4 | 36 |
| Semantic Relationships | 7 | 4 | 3 to 5 | 2 | 1 to 5 | 1 | 7 |
| **RECEPTIVE LANGUAGE SCORE** | — | 65 | 59 to 71 | 1 | 1 to 3 | 1 | 1 |
| Formulated Sentences | 14 | 3 | 2 to 4 | 1 | 1 to 2 | 1 | 1 |
| Recalling Sentences | 36 | 5 | 4 to 6 | 5 | 2 to 9 | 2 | 15 |
| Sentence Assembly | 6 | 4 | 3 to 5 | 2 | 1 to 5 | 1 | 7 |
| **EXPRESSIVE LANGUAGE SCORE** | — | 53 | 48 to 58 | 1 | 1 to 1 | 1 | 1 |
| **TOTAL LANGUAGE SCORE** | — | 56 | 52 to 60 | 1 | 1 to 1 | 1 | 1 |

**AGE EQUIVALENT**   5 – 10

Difference between Receptive Language and Expressive Language Scores = 2 (prevalence is greater than 25%.

* PR = Percentile Rank
* S = Stanine
* NCE = Normal Curve Equivalent

A███████, D███████
Speech-Language Evaluation
Page 3

## CELF-3 TOTAL LANGUAGE SCORE

The Clinical Evaluation of Language Fundamentals (CELF-3) provides three norm-referenced composite scores. The CELF-3 Total Language score quantifies D███████ overall language performance. Receptive and Expressive Language scores provide a comparison of performance in these broad areas of language. Each composite score is on a scale that has a mean of 100 and a standard deviation of 15.

Subtest standard scores provide measures of specific aspects of language form and content, and can be used to compare D███████ performance to performances of others of his age (the norm group). Subtest standard scores are on a scale with a mean of 10 and a standard deviation of 3.

D███████ CELF-3 Total Language score is 56 (confidence interval = 52 to 60) (percentile rank = 1). This score is within the very low range of functioning.

## CELF-3 RECEPTIVE LANGUAGE SCORE

The Receptive Language score reflects D███████ ability to process and understand verbal communication. This score is obtained by adding standard scores for three receptive subtests and converting that sum to a standard score.

D███████ Receptive Language score is 65 (confidence interval = 59 to 60) (percentile = 1). D███████ overall score is within the very low range of functioning.

## CELF-3 EXPRESSIVE LANGUAGE SCORE

The Expressive Language score reflects D███████ ability to express himself verbally. This score is obtained by adding standard scores for three expressive subtests and converting that sum to a standard score.

D███████ Expressive Language score is 53 (confidence interval = 48 to 58) (percentile rank = 1). This indicates D███████ overall Expressive Language skills are within the very low range of functioning.

## CELF-3 SUBTEST SCORES

### Concepts and Directions

D███████ received a standard score of 3 (confidence interval = 1 to 5) (percentile rank = 1) on the Concepts and Directions subtest. This is a receptive subtest used to evaluate D███████ ability to interpret, recall, and execute oral commands of increasing length and complexity. The commands or directions contain concepts of logical operations. D███████ score is 2 or more standard deviations below the mean, which is in the very low range of functioning.

### Word Classes

D███████ standard score on the Word Classes subtest is 8 (confidence interval = 6 to 10) (percentile rank = 25). This is a receptive subtest that is used to evaluate D███████ ability to understand word

A██████, D██████
Speech-Language Evaluation
Page 4

relationships. She was presented with four words per item and had to identify the two words that are related. D██████ score is within the average range.

**Semantic Relationships**
D██████ received a standard score of 4 (confidence interval = 3 to 5) (percentile rank = 1) on the Semantic Relationships subtest. This is a receptive subtest that is used to evaluate D██████ ability to interpret comparative, spatial, temporal, sequential, and passive relationships. D██████ score is 1.5 to 2 standard deviations below the mean, which is in the low range of functioning.

**Formulated Sentences**
D██████ performance on the Formulated Sentences subtest yielded a standard score of 3 (confidence interval = 2 to 4) (percentile rank = 1). This subtest is used to assess D██████ ability to formulate compound and complex sentences. This expressive language subtest required D██████ to produce sentences containing specific nouns, verbs, adjectives, adverbs, and conjunctions. D██████ score is 2 or more standard deviations below the mean, which is in the very low range of functioning.

**Recalling Sentences**
D██████ standard score on the Recalling Sentences subtest is 5 (confidence interval = 4 to 6) (percentile rank = 5). This subtest is used to evaluate D██████ ability to recall and repeat compound and complex sentence structures. D██████ had significant difficulty on this subtest and demonstrated inconsistent performance. He was often unable to repeat back any of the sentences read to him. He commented, "I forget quickly." Then later said, "I told you I'm no good at this." D██████ score is 1.5 to 2 standard deviations below the mean, which is in the low range of functioning.

**Sentence Assembly**
D██████ received a standard score of 4 (confidence interval = 3 to 5) (percentile rank = 2) on the Sentence Assembly subtest. This is an expressive subtest that is used to assess D██████ ability to put word clusters together to make meaningful and correct sentences. In this subtest, he must produce two sentences from selected word groups that are presented verbally and visually. D██████ was often able to produce one sentence, but unable to formulate a second one. In several cases, he formulated a second sentence that was grammatical, but did not make sense. For example, "The lamp didn't put the table on the woman" and "the fence is going to fall off the boy." D██████ score is 1.5 to 2 standard deviations below the mean, which is in the low range of functioning.

**Summary of CELF-3**
Results of the Clinical Evaluation of Language Fundamentals-Third Edition (CELF-3) revealed the following language skill and deficit areas. D██████ Total Language score was 56 (confidence interval = 52 to 60) (percentile rank = 1). D██████ score places her overall language abilities in the below average range. D██████ received a Receptive Language score of 65 (confidence interval = 59 to 71) (percentile rank = 1) and an Expressive Language score of 53 (confidence interval = 48 to 58) (percentile rank = 1).

81

A██████, D██████
Speech-Language Evaluation
Page 5


**Other Testing:**

Pragmatic Language
D██████ presented with deficits pragmatic language skills exhibited by no eye contact during conversation. D██████ refused to look at the examiner even after requests.

Speech Fluency
D██████ presented with speech fluency skills within normal limits.

Voice
Parameters of voice were judged to be within normal limits.

Articulation
D██████ presented with articulation skills within normal limits.

Oral Peripheral
D██████ presented with intact oral structures, with enlarged, heavily veined tonsils and a mildly red throat. Oral function was within normal limits.

**SUMMARY/IMPRESSION**

D██████ A██████ was evaluated on July 11, 2001 by Eva Day, MA, CF-SLP, Speech Language Pathologist. D██████ is a 12 year, 3 month old boy who was seen an evaluation of his speech and language skills. Clinical observations as well as standardized tests were utilized to assess D██████ abilities on all aspects of speech and language function. He presents with receptive vocabulary skills that are within normal limits, but with significant deficits in expressive vocabulary. This may be indicative of word finding difficulties. Accordingly, D██████ may require additional time for processing during language activities. In addition, he presents with difficulty formulating thoughts and deficits in pragmatic skills. His overall language skills are severely below age level, and he is currently reading more than 2 years below grade level. An analysis of these data would suggest severe difficulties with language. However, prognosis for improvement is good given the recommendations below and the goals outlined in D██████ 2001-2002 IEP.

A█████, D█████
Speech-Language Evaluation
Page 6


## RECOMMENDATIONS

1.   It is recommended that D█████ receive speech and language therapy 2 times a week for thirty minutes in a group setting.

2.   D█████ would benefit greatly from tutoring in reading to supplement his academic learning in the classroom.

3.   It is recommended that a follow-up examination with a family physician or Ear-Nose-Throat (ENT) physician be scheduled to further evaluate the large, red tonsils seen in today's evaluation.


Eva Day, M.A., CF-SLP
Speech Language Pathologist

Tommie L.  Robinson, Jr., Ph.D., CCC-SLP
Director
Scottish Rite Center for Childhood
Language Disorders
Children's Hospital



EXHIBIT
DA-5

**The Chesapeake Center, Inc.**
**10400 Connecticut Avenue**
**Kensington, MD 20895**

**CONFIDENTIAL**

CLINICAL
## PSYCHOLOGICAL EVALUATION

Name:   D█████ A██████
Date of Evaluation:   5/14/01
Examiner:    Tracey L. Wells-Campfield, Ph.D.

Date of Birth: ████89
Age:   12.2
School:  Gage-Eckington

## Reason for Referral

D█████ A██████ was referred for a psychological evaluation based on recommendations from a psycho-educational evaluation dated 1/01, and an addendum to that report dated 4/01.  In that report the school psychologist notes that D█████ is urgently in need of emotional and psycho-social support.  Concerns were raised regarding classroom performance, self esteem, identity and prosocial behavior.  It is reported that he spends a great deal of time teasing and being teased by other students.  He is also known to speak to other students in a harsh and threatening manner and to "cast spells" on them.

## Background Information

A review of available materials indicates that D█████ was born from a full term pregnancy.  He was prenatally exposed to drugs and alcohol and was adopted at the age of three months by the Anthony family.  He currently resides with a guardian, Ms. Caroline Wright who has difficulty controlling his behavior.  It appears that D█████ has experienced rejection in his relationship with his  mother.  He seems to have suffered some verbal abuse from her including calling him names and making statements such as "I wish you were never born."

D█████ behavior seems to have deteriorated over the last several years.  He failed third grade and has been exhibiting increasingly oppositional behavior.  It is reported that D█████ began to exhibit behavioral problems after he was hit by a brick a few years ago.  He has few friends and prefers to be alone.  During this evaluation, D█████ was unable to provide clear information regarding his past.

Page I of 5

A psycho-educational battery was completed on 1/11/01 utilizing the WISC-III and WIAT. Results of that evaluation indicate intellectual functioning in the borderline range, however a specific learning disability was contraindicated.

**Procedures/Tests Administered**
Bender Gestalt
Draw-a-Person (DAP)
Kinetic Family Drawing
Children's Apperception Test (CAT)
Children's Depression Inventory (CDI)
Children's Personality Questionnaire (CPQ)
Review of records
Clinical interview

**Behavior Observations**

D████ was not easily engaged in the testing process. He made minimal eye contact with the examiner and seemed preoccupied. At the beginning of the session he would only look at the examiner out of the corner of his eye. At one point he appeared to be responding to internal stimuli. When questioned he stated that he sometimes hears voices in his head that tell him to do bad things. He refused to elaborate further. He made noises, strayed from the topic of conversation and at one point spontaneously began to flap his hands. Throughout the evaluation he made statements like "I am the greatest protector of the weak and down trodden." He quickly recanted stating, "No, that's not true. But I am great. God gave me something that he did not give anyone else." When asked what the "something" was he refused to answer. Although he made many spontaneous verbalizations during the evaluation, few seemed to be directly intended for the examiner. The interaction was reminiscent of a conversation between two people with an interested third party observing and being invited in from time to time. The only time he clearly sought to engage the examiner was when he noticed that the screen saver on the computer in the testing room flashed pictures of rap artist Tupac. He became excited and moved his chair closer to the machine. He asked if the examiner liked Tupac and expressed his admiration for the entertainer. He continued to sit and stare at the screen for several minutes more making statements of admiration and comparing himself to the star. For example " He's the man. I wish I was him. No I don't. I'm the man too. See his abs. I bet you think he's sexy. I could look like that." After allowing him a few minutes to look at all of the pictures he was redirected back to the testing task.

D████ refused to complete the Bender and the CPQ. He initially refused to execute projective drawings but acquiesced on the DAP. His kinetic family drawing was done in a haphazard manner.

D████ was oriented to time and place and he knew his own name. When asked who the examiner was he stated "Jackie Robinson" and laughed. He was able to name the president and a

current event. Short term memory appeared in tact as did he ability to engage in simple abstraction. Judgement and concentration were impaired. His speech was at times tangential and he admitted to possible auditory hallucinations. Visual hallucinations were denied. There was some indication of magical thinking as he often referred to himself as the protector of the world or of the weak and indicated that he has special powers. Suicidal and homicidal ideation and intent were denied. His affect was somewhat labile as he often laughed inappropriately during the session.

## Test Results

D█████ responses on the CDI did not result in elevations that were clinically significant. However, his response to many other tasks requested of him was clearly oppositional in nature. His refusal to complete items and/or completing them in a haphazard manner are indicators of hostility and defiance. All of his drawings were of stick figures, after being told that this was not an acceptable mode of responding. Although there is little interpretive material in these drawings several issues are worthy of comment. On the DAP the female figure was executed first. This is unusual for boys and may be indicative of some identity confusion. When asked about the figures he indicated that the girl was sad because she is a big loser and the boy was happy and thinking about what a success he was going to be. These statements may indicate negative feelings toward females and strivings for his own success. These drawings might also illustrate D█████ internal struggles. His feelings about himself may oscillate between wanting to be a strong and successful person versus the weak loser. Further, there were indications of feelings of inadequacy and hostility on both the male and female drawings.

On the CAT D█████ produced stories that included themes with a father figure as a hero and/or protector and a wish for close relationships with friends and siblings. The struggle between being a good person and doing the right thing versus being a "lamo loser" was woven between the stories. For instance, in one story the boys were too weak to get girls but "they always said they were the rulers of the world!" In the next story the children were very smart with lots of friends, energy and potential. They got good grades and always did the right thing until the father figure was killed. They then became "stupid lamo losers" who nobody wanted to be around. This pattern of the ideal child becoming tainted after a tragedy with a parent was present in multiple stories and may reflect the conflict that D█████ feels with his own family life. It is noteworthy that all of the stories ended with the same irrelevant statement, "....and their heads got bigger and their feet got fatter." This statement was usually followed by laughter and a request to have the story read back to him.

Page 3 of 5

## Summary

D███████ is a 12.2 year old African American Male. He currently resides with his guardian Ms. Corine Wright. Prior psycho-educational testing indicates intellectual functioning in the borderline range of intelligence. D███████ behavior through out the evaluation was bizarre. He was oriented to time and place and he knew his own name. There were indications of possible auditory hallucinations and magical thinking. Suicidal and homicidal ideation and intent were denied. D███████ refused to complete several tasks asked of him and completed some others in a haphazard manner. Projective testing indicated oppositional defiance and hostility. There were also indications of internal struggles around self perception and connections to his family.

## DSM-IV Diagnosis

Axis I:   289.9       Psychotic Disorder NOS (Provisional)
          296.90      Mood Disorder NOS (Provisional)

Axis II:  V71.09      No Diagnosis on Axis II

Axis III:             None Known

Axis IV:              Problems related to the social environment; educational problems

Axis V:  GAF = 40 (current)

## Recommendations

1.    D███████ should receive a full medical examination to rule out the possibility of unknown medical conditions that might be the basis for his current behavior. The physician should make recommendations on the necessity of a neurological evaluation to rule out the possibility of brain lesions or other damage as the etiology of his current level of functioning.

2.    D███████ should receive a full psychiatric evaluation in order to bring further clarity to his diagnosis and determine the need for possible pharmaceutical intervention.

3.    Once the etiology of his current emotional state is confirmed and treated, D██████ should engage in psychological counseling to address issues of identity, feelings of hostility and oppositional behavior. He would also benefit from a social skills group to help learn appropriate way of interacting with peers and adults.

Cautionary Statement: This evaluation was performed using instruments that are primarily subjective in nature. No statement contained in this evaluation should be taken as an absolute. In addition, the material contained in this evaluation may become invalid over time.

Respectfully submitted by:

Tracey L. Wells-Campfield, Ph.D.
Licensed Clinical Psychologist.
DC License # 1929



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 N. Capitol St., N.E., Sixth Floor
Washington, D.C. 20002

PSYCHOLOGICAL REPORT
Confidential -- For Professional Use Only

NAME: D███ A███    SEX: M   BIRTHDATE: ████89   AGE: 11 - 9

SCHOOL:  Gage-Eckington Elementary    GRADE: 4th (repeating)   TEACHER: Ms. Landy

DATE OF EVALUATION: 1/8, 1/11/01

PSYCHOLOGIST: Ted Bender

REASON FOR REFERRAL: determine educational needs

BEHAVIORAL OBSERVATIONS DURING TESTING:

   D████ was seen 1/8 and 1/11/01 for psychological-educational evaluation.  He had been so evaluated 7/6 and 7/7 by Marcia Gustafson, M.Ed., of Washington Assessment and Therapy Services ("WATS").  Intellectual assessment by WATS utilized the WISC III, and visual-motor functioning, the Bender Visual-Motor Gestalt.  Please refer to the WATS Evaluation which is attached.  The Evaluation by this DCPS psychologist began by administering the Wechsler Individual Achievement Test, in addition to interviewing D████.

   D████ is an eleven year old African-American male with brown hair and brown eyes.  He is tall in stature and slender in body build for his age.  There was some intuitive indication and in WIAT performance that intellectual functioning might be higher than was derived from the WATS administered WISC III.  Selected WISC III sub-tests, where results were particularly low, were re-administered, with usually slightly higher outcomes affecting IQ scores.  Revisited WISC III sub-test levels are identified by asterisks and were used in calculating and analyzing WISC III performance.  At the time of testing, rapport was easily established.  D████ was friendly and interacted easily with this examiner.  He is, however, easily triggered into associating events and topics not asked for in present conversation.  As an example, in the WISC III "how are a cat and mouse alike?" D████ began to talk about snakes and how dangerous they are.

   Motivation was good, in interest and effort.  His activity level was normal and appropriate persistence was observed.  D████ appears largely well-intentioned and usually wanting to do right.  In response to three wishes he said: have more power in my relationship with my girl, go to heaven when I die though wanting to live a long time, and make the world a better place.  Attention and concentration were adequate for the test administration.
   In general, this is believed to be an accurate estimate of D████ ability level.

ACHIEVEMENT (Wechsler Individual Achievement Test)

|                        | G.E. | S.S. | %  | TEST |
|------------------------|------|------|----|------|
| Reading                | 5.5  | 108  | 70 | WIAT |
| Reading Comprehension  | 3.6  | 94   | 34 | WIAT |
| Math Calculation       | 2.9  | 81   | 10 | WIAT |
| Math Reasoning         | 2.5  | 79   | 8  | WIAT |
| Spelling               | 4.5  | 100  | 50 | WIAT |

The achievement scores above, are presented with both grade equivalent, and standard scores. The grade equivalent scores represent the grade equivalent based on the national norm group. The Standard Scores (or SS scores), represent the anticipated IQ score for individuals the same age, and can be compared directly to the IQ score on the WISC-III for comparison. Differences of 15 points or greater, between these standard scores and the IQ score, are usually considered significant.

In comparison to D████████ WISC-III Full Scale IQ of 75, his performance on the basic reading test was above the expected range. The standard score for Basic Reading Recognition was 108, which suggests that compared with other children the same age, performance was average. The grade equivalent score fell at the middle fifth grade level. He obtained a percentile score of 70. D████████ performance on the reading comprehension subtest indicated a relative strength based on his performance on the WISC-III. The grade equivalent was at the middle third grade level. The corresponding standard score was 94. This placed D████████ at the 34th percentile compared with the national norm group, and indicates that his performance was average. D████████ performance on the Arithmetic Calculations subtest indicated anticipated progress based on his performance on the WISC-III. He obtained standard score of 81 which yielded a percentile rank of 10 compared with other children the same age. Based on this subtest, D████████ general ability to perform basic "pencil and paper math" calculations was below average. The grade equivalent for Arithmetic Calculations was at the high second grade level. On the Math Reasoning subtest, he obtained standard score of 79 which placed him at the 8th percentile. This suggests that his ability to utilize math skills when applied to real life situations was considerably below average. The grade equivalent was at the middle second grade level. Based on his performance on the ability test, math reasoning skills represented anticipated progress. On the Spelling subtest, overall performance was average compared with other individuals the same age. Here, D████████ scored at the 50th percentile, and the corresponding standard score was 100. His manuscript, however, was quite sloppy. He obtained a grade equivalent score of middle fourth grade. Based on his performance on the ability test, performance was above the expected range.

LEARNING DISABILITY DETERMINATION

The Learning Disability formula used to determine whether a significant discrepancy exists between ability and achievement is based on the Federal Standards for L.D. eligibility. The formula is as follows: (IQ-100/st. dev.) - (SS-100/st. dev.) = Discrepancy Score. Discrepancy Scores of + 2 or greater are very significant, and may indicate the presence of a specific learning disability, while scores in the negative range indicate overachievement based on the IQ.

The Full Scale IQ was used to calculate the L.D. determination scores.

The L.D. determination scores are as follows:

| | |
|---|---|
| Reading Discrepancy Score= | -2.20 |
| Reading Comprehension Discrepancy Score= | -1.27 |
| Math Computation Discrepancy Score= | -0.40 |
| Applied Math Discrepancy Score= | -0.27 |
| Spelling Discrepancy Score= | -1.67 |

## SUMMARY AND RECOMMENDATIONS

   █████ is functioning at a borderline level intellectually, while succeeding in academic achievement usually beyond what would be expected. █████ is, however, lower functioning in mathematics reasoning and calculation. Of greater concern than learning capabilities, where work with a mathematics resource teacher would be advisable, is █████ psycho-social and emotional state. As noted above █████ is easily triggered into associations away from the conversation, focus, and task at hand. And according to his Counselor, Ms. Lay, █████ behavior is "inconsistent and irrational—including that children don't like him in his *casting spells*." Given problematic psycho-social and emotional concerns where █████ appears perhaps particularly at risk, a **Clinical Evaluation is recommended** to survey all █████ needs and help add support to his future development. According to the WATS Evaluation: "He has been exhibiting escalating oppositional-defiant behavior over the past two years and is defying his mother's authority. He appears to be feeling distressed and discouraged about many aspects of his life."

Ted Bender
School Psychologist
1/17/01

## ADDENDUM AND RECOMMENDATION FOR CLINICAL EVALUATION

D████ A████ is a troubled youngster who should receive a Clinical Evaluation in order that DCPS get an adequate handle on his educational and psycho/social needs. His social history includes a background wherein his natural mother rejected him and continues to do so in present contacts. He lives with a guardian, Ms. Caroline Wright, who has limited influence and control of him.

According to a counselor, Ms. Beverly Law, and D████ teacher, Ms. Landy, D████, who is repeating 4th grade, is teased by the other students; they also tend to stay away from him because of his self-engaging mannerisms (which include talking to himself and/or possibly hearing voices). Also, D████ speaks to other students in an irrationally threatening way; for instance, casting spells. He spends a lot of time teasing students in class. Then students get into trouble when physically retaliating. D████ has been told by his natural mother negative comments; such as, "I wish you were not born," and "fagot." D████ does not work as part of an instructional group. He spends a lot of time reading silently. He will not work with an aide. Up until one month ago, he would not do homework. D████ is stagnating in class.

In an observation of D████ 3/29/01 in the Principal's office he seemed visibly confused and upset, noting that his mother does not like him, and that there had been conflict in the classroom in which he participated but was not at his instigation. D████ appeared to be acknowledging being troubled and pleading for help. He eventually calmed down and regained his composure, thereby being able to return to class.

It is the impression of this psychologist that D████ is urgently in need of emotional and psycho/social support to help him establish self-esteem, identity, and prosocial behavior. He has, by any objective standard, been through extreme psychological pain. The probling and exploration of D████ through a Clinical Evaluation is particularly appropriate. He very conceivably could become a danger to himself and/or others.

Ted Bender
School Psychologist
4/3/01

92

**DIST. OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

**EXHIBIT**
**DA - 7**

## I. IDENTIFICATION INFORMATION

Student Name: Last ▓▓▓▓ First D▓▓▓ MI M

Student ID 8334307  Soc. Sec. No. _____  Age: 12  Grade 5

Gender ☑M ☐F  Date of Birth ▓▓▓89  Ethnic Group African American

Address _____
House No. | Street Name

Washington  ▓C  Apartment # 20001
City | Quadrant | State | Zip Code

☐ Non-attending

Attending School Gage-Eckington  Home School Gage-Eckington

☐ Elem. ☑ Mid/JHS ☐ SHS ☐ CWS /

Parent Corine Wright

Address of (if different from student): ☑ Parent ☐ Guardian ☐ Surrogate

Telephone: Home _____  Work _____
House No. | Street Name | Quad | Apt. No. | City | State | Zip Code

### II. CURRE[NT]

Date of IEP Meeting: 9/19/01
Date of Last IEP Meeting: 9/19/01
Date of Most Recent Eligibility Decision: 9/19/01

Purpose of IEP Conference:
☒ Initial IEP  ☐ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: II

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
|----------|----------------|
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | | Oral _____ |
| Parent | English | English | English | | Rdg / Written _____ |
| Home | English | | | | Instrument: _____ |
| | | | | | Date: _____ |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr/Min D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|
| Speech Therapy | 1 | 30 min. 2X wk | Speech Therapist | 9/20/01 | 9 mos |
| Specialized Instruction | 5 | 60 min. 6X wk | Specialized Teacher | 9/20/01 | 9 mos |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTAL** | 6 | Hours Per Week 6 hrs. | | | |

Disability(ies) Speech/Language Impaired

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
(0-20%)  21-60%  61-100%

Percent of time NOT in a Regular Education Setting 19%

## IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Jenna Landy  _Jenna Landy_
Tracye L. Garrett  _Tracye L. Garrett_
Tara M. Benn  Tara Benn, M.Ed, School Psychologist
Corine Wright  _Corine Wright_
Beverly Law  _Beverly G. Law_
Marian Murray  _Marian Murray_

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I agree to and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature Corine Wright  Date 9-19-01

| Student Name | D___ A___ | | Managing School | Gage Eckington | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 8334307 | DOB __/__/89 | Attending School | Gage Eckington | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

### Academic Areas: (Evaluator)

**Math Strengths:**

D___ is able to solve some basic math problems his strength is in Multiplication.

**Impact of disability on educational performance in general education curriculum:**

D___ has difficulty staying focus which impacts on his ability to operate at appropriate grade level.

**Reading Strengths:**

D___ is able to read with some comprehension and respond to questions from basic reading materials

**Impact of disability on educational performance in general education curriculum:**

D___ emotional deficits impacts upon his total academic success

**Score(s) When Available**

Math Cal. 2.9
Math Rea. 2.5
See goal page:
Date: 1/4/01
Rdg. Com 3.6
Rdg. Basic 5.5
Written Ex.
See goal page:
Date: 1/11/01

### Communication (Speech & Language) (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**

Exp. Lang.
Rec- Lang.
Artic
Voice
Fluency
Exp. Voc.
Rec. Voc.
See goal page:
Date:

### Motor/Health (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) /Results When Available**

See goal page:
Date:

### Social Emotional Behavioral Areas: (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**

See goal page:
Date:

### Cognitive/Adaptive Behavior: (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**

See goal page:
Date:

### Prevocational Skills: (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**

See goal page:
Date:

Student Name _____    DOB _____89
Student ID Number ___8334307___    School _Gage-Eckington_

DCPS - IEP
Page 2 of 4

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Academic Areas:(Evaluator)** _____
Strengths: _____

_____

Impact of disability on educational performance in general education curriculum: _____

_____
_____
_____

Score(s)When Available

Math Cal. _____
Math Rea._____

Rdg. Com _____
Rdg. Basic _____

Written Ex. _____

See goal page:_____
Date: _____

**Communication (Speech & Language) (Evaluator)** _Ms. Eva Day, MA, CF-SLP_
Strengths: _receptive vocabulary; understanding of word classes_

_____

Impact of disability on educational performance in general education curriculum: _low language_
_skills severely affect his ability to comprehend and use_
_language for grade level work in a regular classroom._

Score(s)When Available
Exp. Lang. ___53___
Rec. Lang. ___65___
Artic ___WNL___
Voice ___WNL___
Fluency ___WNL___
Exp. Voc. ___77___
Rec. Voc. ___97___
See goal page:_____
Date: _7/11/01_

**Motor/Health (Evaluator):** _____
Strengths: _____

_____

Impact of disability on educational performance in general education curriculum: _____

_____
_____
_____

Score(s)/Results
When Available

_____  _____

_____  _____

See goal page: _____
Date: _____

**Social Emotional Behavioral Areas: (Evaluator)** _____
Strengths: _____

_____

Impact of disability on educational performance in general education curriculum: _____

Score(s)When Available

_____  _____

_____  _____

See goal page: _____
Date: _____

**Cognitive/Adaptive Behavior:(Evaluator)** _____
Strengths: _____

_____

Impact of disability on educational performance in general education curriculum: _____

Score(s)When Available

_____  _____

_____  _____

See goal page: _____
Date:

**Prevocational Skills: (Evaluator)** _____

Strengths: _____

Impact of disability on educational performance in general education curriculum: _____

_____

Score(s)When Available

_____  _____

See goal page: _____
Date: _____

_____
_____
_____
_____
_____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    1-13-00        DIVISION OF SPECIAL EDUCATION        APPENDIX - A

| Student Name: D█████ A█████ | DOB: ████/89 | Student ID No. 8334307 | DCPS – IEP Page 2 of 4 |

### VIII. SPECIALIZED SERVICES

**ANNUAL GOAL: (including mastery criteria)**   Area addressed by goal: Expressive Language

1. D█████ will improve vocabulary by 25% of baseline.

QUARTERLY RESULTS
See report card & progress summary

| DATE | PROGRESS |
|---|---|
| 11/01 | |
| 2/02 | |
| 4/02 | |
| 6/02 | |

**SHORT TERM OBJECTIVES (Include mastery criteria or benchmarks)**   Providers: Speech-Language Pathologist

a. D█████ will name at least 5 items of a given category with 90% accuracy.

b. D█████ will use and understand curriculum vocabulary in the classroom and with SLP with 80% accuracy.

c. Given a target vocabulary word, D█████ will produce an oral definition by following a structured method of listing category, attribute & function w/80% accuracy.

EVALUATION
PROCEDURE    SCHEDULE
___ Portfolio    1a monthly
✓ Log    b
___ Chart    c
✓ Test
___ Documented Observation
___ Report
___ Other

**ANNUAL GOAL: (including mastery criteria)**   Area addressed by goal: Expressive Language

2. D█████ will improve expressive language by 25% of baseline.

QUARTERLY RESULTS
See report card & progress summary

| DATE | PROGRESS |
|---|---|
| 11/01 | |
| 2/02 | |
| 4/02 | |
| 6/02 | |

**SHORT TERM OBJECTIVES (Include mastery criteria or benchmarks)**   Providers: Speech-Language Pathologist

a. D█████ will be able to use regular and irregular past tense verbs w/80% accuracy.

b. D█████ will tell which words in a list are synonyms w/90% accuracy.

c. Given a picture referent, D█████ will verbally formulate sentences re: the picture w/90% accuracy.

d. D█████ will write a sentence to describe a picture using a designated word relationship w/90% accuracy, i.e. *comparative, passive, time*.

e. D█████ will be able to repeat compound and complex sentences with 90 % accuracy.

EVALUATION
PROCEDURE    SCHEDULE
___ Portfolio    2a monthly
✓ Log    b
___ Chart    c
✓ Test    d
___ Documented Observation    e
___ Report
___ Other

| Student Name: D████ A████████ | DOB: ████/89 | Student ID No. 8334307 | DCPS – IEP<br>Page 3 of 4 |

## VIII. SPECIALIZED SERVICES

**ANNUAL GOAL: (including mastery criteria)**　　　　　Area addressed by goal:　Receptive Language

| | QUARTERLY RESULTS<br>See report card & progress summary |
|---|---|
| 3.　D████ will increase receptive language by 25% of baseline. | DATE　　　　PROGRESS<br>11/01　——<br>2/02　——<br>11/02　——<br>6/02　—— |

**SHORT TERM OBJECTIVES (Include mastery criteria or benchmarks)**　　Providers:　Speech-Language Pathologist

|  | EVALUATION |
|---|---|
| a.　Given pencil and paper, D████ will follow auditorially presented directions using a variety of word relationships ( i.e. comparative, sequential, time, passive) w/80% accuracy. | PROCEDURE　　SCHEDULE<br>___ Portfolio　　3a monthly |
| b.　D████ will match word opposites in different lists w/90% accuracy. | ✓ Log　　　b<br>___ Chart　　c |
| c.　D████ will answer questions about passive sentences w/80% accuracy, (i.e. *The lunch was brought by the student. Who brought the lunch?  The student.*) | ✓ Test　　　d<br>✓ Documented　e<br>　 Observation |
| d.　D████ will demonstrate reading comprehension skills by answering WH-questions re: a paragraph or short story w/90% accuracy. | ___ Report |
| e.　D████ will follow two and three-step directions w/90% accuracy. | ___ Other |

**ANNUAL GOAL: (including mastery criteria)**　　　　　Area addressed by goal:　Pragmatic Language

| | QUARTERLY RESULTS<br>See report card & progress summary |
|---|---|
| 4.　D████ will improve pragmatic language in conversation in therapy and the classroom. | DATE　　　　PROGRESS<br>11/01　——<br>2/02　——<br>4/02　——<br>6/02　—— |

**SHORT TERM OBJECTIVES (Include mastery criteria or benchmarks)**　　Providers:　SLP, Classroom & Spec. Ed Teachers

|  | EVALUATION |
|---|---|
| a.　D████ will make eye contact while making requests and initiating conversation with peers and adults. | PROCEDURE　　SCHEDULE<br>___ Portfolio　　4a monthly<br>✓ Log<br>___ Chart<br>___ Test<br>✓ Documented<br>　 Observation<br>___ Report<br>___ Other |

| Student Name | ████████  R████████ | Managing School | ~~Lage~~ Eckington | DCPS – IEP |
|---|---|---|---|---|
| Student ID Number | 833 4307 | DOB ████/89 | Attending School Gage Eckington | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: ☐

Area addressed by goal: _Reading / Language_

**ANNUAL GOAL: (including mastery criteria.)**

D████████ will improve in reading and language by one year's growth.

Provider(s): _Special ed. Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1. D████████ will read with fluency and comprehension at the grade 4/5 level with 85% accuracy | | 1.1 Weekly |
| 1.2 D████████ will identify the author's point of view, the main idea, determine supporting details with 85% accuracy. | | 1.2 weekly |
| 1.3 D████████ will write using capitalization, punctuation and grammar in poems, stories and sentences with 85% accuracy. | | 1.3 weekly |
| 1.4 D████████ will use inital consonants, vowels, blends, pre/suffixes, etc. to spell new vocabulary and identify the dolch list at the 4/5 grade level with 80% accuracy | | 1.4 weekly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio ☐   Log ☑   Chart ☐   Test ☑   Documented Observation ☐   Report ☐   Other ☐ _____

| Student Name | D_____ A_____ | Managing School | Gaye Eckington | DCPS – IEP |
|---|---|---|---|---|
| Student ID Number | 8334307 | DOB ___/89 | Attending School Gaye Eckington | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐

Goal Number: ☐

Area addressed by goal: **Mathematic.**

**ANNUAL GOAL:** (including mastery criteria.)

D_____ will improve in math skills by one year's growth.

Provider(s): **Special ed. Teacher**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 2.1 D_____ will add and subtract three and four digit numbers w/ and w/o regrouping at 80% accuracy. | | 2.1 Weekly |
| 2.2 D_____ will interpret, read and construct graphs with given information at 80% accuracy. | | 2.2 Weekly |
| 2.3 D_____ will multiply and divide with two and three digit divisors with 80% accuracy. | | 2.3 Weekly |
| 2.4 D_____ will solve word problems using two step processes at 80% accuracy. | | 2.4 Weekly |
| 2.5 D_____ will identify, add/subtract like and unlike fractions, reduce fractions at 80% accuracy. | | 2.5 Weekly |
| 2.6 D_____ will identify Roman numerals, convert numerals and count numerals with 80% accuracy. | | 2.6 Weekly |

**EVALUATION PROCEDURE(S)**

Portfolio ☐   Log ☐   Chart ☑   Test ☑   Documented Observation ☐   Report ☐   Other ☐

| | | |
|---|---|---|
| udent Name | ~~D____ A____~~ | Managing School *Gage-Eckington* |
| udent ID Number | ~~8334307~~   DOB ~~____~~-89 | Attending School *Gage-Eckington* |

DCPS - IEP
Page 4 of 4

**Additional Comments:**

ST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
CE ALTERNATIVES

n curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>regular education</u>?    Yes    No

planation for removal out of regular education classroom.

pplementary Aids and Services
lassroom Needs
ame products or companies.)

| | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./ Min | D./W./M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

and list modifications and/or accommodations for <u>testing:</u>    None needed

Timing/Scheduling:
Setting:
Presentation:
Response:
Equipment:

TE AND DISTRICT ASSESSMENTS:

el I    Tested with non-disabled peers under standard conditions without accommodations.

(Level II)    (Describe accommodations for level II) Tested under standard conditions with special accommodations.

el III    (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations.

Level IV    (Describe the alternative assessment)

l V    Portfolio:

s Requiring Specialized Instruction and Related Services:    Modifications:

(ding)
ematics
en Expression
c:

Physical/Sensory
(Social Emotional)
Physical Development

Transition
Vocational
Independent Living
(Speech/Language)

Language Arts/English
Social Sciences
Biological & Physical Sciences
Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

CEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| *eneral education class ith specialized instruction nd services* | *Program meets Childs needs. Repetition is necessary and Structure needed* | *No potential or harmful effects apparent.* |

ion(s)/Accommodation(s) to address the harmful effects:

or Services

olumbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

100