DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT _____     SCHOOL _Gage-Eckington_ DATE: _9-19-01_

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Beverly Law | Beverly G. Law | Counselor |
| EVA DAY | Eva Day MA, CF-SLP | Speech |
| Jenna Landy | Jenna Landy | Teacher |
| Tara M. Benn | Tara M. Benn, M.Ed. | School Psychologist |
| Corine Wright | Corine Wright | Mathews |
| Tracye Garrett | Tracy J. Garrett | Special Ed Speech |
| Marian Murray | Marian Murray | Special ed Teacher |

_____ with be eligible for
special education with a
speech language disab.
Clinical report
Recommended neurological/
medical examination
clinical from a psychiatrist
to clarify diagnoses.
Reconvene after 30 days to review
findings. However, student will
receive services immediately. Specified
amendments may be made at
next meeting scheduled for Oct. 17, 200
@ 10am.

101

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

*Page 2*

## INDIVIDUALIZED EDUCATION PROGRAM
## (IEP)
## MEETING NOTES

STUDENT ███████████     SCHOOL Gage-Eckington     DATE: 9/19/01

**PARTICIPANTS:**     **PARTICIPANTS: (Sign Name)**     **DISCIPLINE**

D█████ presented with severe difficulties with language significantly below age level at the time of testing. He has deficits in expressive vocabulary, following directions, putting together grammatical sentences, and memory recall. Speech & Language services are recommended 2x a week for 30 minutes in a group setting.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ▓▓▓▓▓ ▓▓▓▓ SCHOOL Gage-Echington DATE: 9/19/01

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Jenna Landy | ~~Teacher~~ ▓▓▓ | Teacher |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

▓▓▓▓ struggles during whole-class instruction. He spends most of his day reading different age-level reading materials and rarely turns in completed assignments. He is disorganized with his work and he is fixated on ruling the world and putting himself above others. Without any friends, it is easy for ▓▓▓▓ to separate himself from others and limit his interactions with classmates to abusive gimmicks for getting attention. He asks very thought provoking questions as well as questions that are very unrelated to our current discussion.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**INDIVIDUALIZED EDUCATION PROGRAM**
**(IEP)**
MEETING NOTES

STUDENT ~~D███ A H███~~   SCHOOL *Gage Eckington* DATE: 9-19-01

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Psychoeducational Reviewed by Tārq M. Benn, M.Ed. (Ted Bender Evaluator)
The results of Cognitive testing indicated that ~~D███~~ was functioning at the borderline range. His academic abilities were average in the areas of reading and Spelling (word encoding and decoding). However, delays were evident in the areas of math reasoning (problem solving) and arithmetic. ~~D███~~ does not appear to be/have a Learning Disability due to lack of discrepancy between his cognitive & academic functioning.

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

School _Gaye Eckington_    Principal _C. Brady_    Special Education Coordinator _B. Law_

Date _9/19/01_  Case Manager _T. Garrett_    Technical Support Supervisor

Student _Hilh... D...._  DOB _...89_ Age _12_ Grade _5_  ID# _8334307_  SSN#

Parent _Corine' Wright_    Telephone (H)    (W)

Address: _____    Street #    Street

REFERRAL SOURCE: (Check)  [✓] 120 Day   [ ] Reeval.   [ ] HOD   [ ] SA   [ ] MA    Quad___ Apt. No.___ City _Washington_   State _DC_ Zip Code _20001_

[ ] Nonpublic  [ ] Residential  [ ] Citywide  [ ] Courts  [ ] Local School  [ ] Other:

Previous least restrictive environment (LRE Setting):

## JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| | Current IEP | Yes [✓] | No [ ] |
| | Signatures of required participants (MDT notes) | Yes [✓] | |
| | Intervention Behavior Plan | Yes [ ] | |
| | Copies of current class work and homework assignments: | Yes [ ] | |
| | Medical Reports: | Yes [ ] | No [ ] |
| | Clinical Reports: | Yes [✓] | No [ ] |
| | Psychiatric Reports | Yes [ ] | No [✓] |
| | Medications: | Yes [ ] | No [✓] |
| | Attendance Record | Yes [ ] | |
| | Copies of most recent evaluation(s) | Yes [✓] | |
| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation | | |

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | [ ] in general education classroom setting | [ ] general educators with consultation from special education staff | [✓] between 0% and 20% of service time |
| 2 | [✓] combination general education and resource classroom | [✓] combination of general educators, special educators and related service providers | [ ] between 21 % and 60% of service time |
| 3 | [ ] *out of general education classroom | [ ] special educators and related service providers | [ ] between 61 % and 100% of service time |

In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (00.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

### Check the level of need as indicated:
DIRECTIONS:

two or three boxes are checked in the Row 1, check LOW.
two or three boxes are checked in the Row 2, check MODERATE.
two or three boxes are checked in the Row 3, check HIGH.

If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student.

## 7. LEVEL OF NEED

| [ ] LOW | [✓] MODERATE | [ ] HIGH |
|---|---|---|

-02-2001

Attention: Technical Support Supervisor / PERM Compliance Team    105

**EXHIBIT DA-8**

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.
### INDIVIDUALIZED EDUCATIONAL PROGRAM

## I. IDENTIFICATION INFORMATION

Student Name: Last **A____**    First **D____**    MI **M**

Student ID **8334307**    Soc. Sec. No. ____    Age: **13**    Grade **6**

Gender ☑M ☐F    Date of Birth **____89**    Ethnic Group **Black**

Address ____

House No.    Street Name    Quadrant    Apartment #

**Washington**    **D.C.**    **20001**
City    State    Zip Code

☐ Non-attending

Attending School **Gage-Eckington**    Home School **Gage-Eckington**

☐Elem. ☐ Mid/JHS ☐SHS ☐CWS /

Parent **Ms. Corine Wright**

Address of (if different from student):    ☐ Parent  ☐ Guardian  ☐ Surrogate

House No.    Street Name    Quad    Apt. No.    City    State    Zip Code

Telephone: Home **202-667-4099**    Work

## II. CURRENT INFORMATION

Date of IEP Meeting: **5/15/02**

Date of Last IEP Meeting: **9/19/01**

Date of Most Recent Eligibility Decision: **9/19/01**

Purpose of IEP Conference:
☐ Initial IEP    ☑ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: **II**

### ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
|---|---|
| ESY | ☑ TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | | | Oral ____ |
| Parent | English | | English | | Rdg / Written ____ |
| Home | English | | | | Instrument ____  Date: ____ |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | | | FREQUENCY Hr./ Min  D/W/M. | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION #  wks./mos |
|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 10 | Hr | 10 Hr | W | Special Ed. Teacher | 5/16/02 | 10 mos |
| Speech Therapy | | 1 | Hr | 1 Hr | W | Speech Therapist | 5/16/02 | 10 mos |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | 11.0 | 0 Y. | | | | | |

**11.0  Hours Per Week**

## V. Disability(ies)

**Speech Language Impairments**

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☑ 21-60%  ☐ 61-100%

Percent of time NOT in a Regular Education Setting **34%**

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Corine Anthony    Corine Anthony

Jenna Landy    Jenna Landy  Teacher

JANICE NEITA    Janice Neita  SpEd Teacher

Eva Day    Eva Day  MA, CCC-SLP

Benjamin M.Young    Benjamin M. Young  SpEd Coord.

BEVERLY LAW    Beverly Law  counselor

☑ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature **Corine Anthony**    Date **5-15-02**

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 1 of 4

| Student Name | *[redacted]* | Managing School | *Gag - Eckington* | DCPS · IEP |
|---|---|---|---|---|
| Student ID Number | *8314307* | DOB *[redacted]* /89 | Attending School | *Gag - Eckington* | Page 2 of 4 |

---

**VII. Present Educational Performance Levels in Areas Affected by the Disability**     Additional Comments: ☐

**Score(s) When Available**

**Academic Areas: (Evaluator)**

Math Strengths:

*[redacted] is able to solve basic math problems involving addition, subtraction and multiplication.*

Impact of disability on educational performance in general education curriculum:

*[redacted] has difficulty staying on location and on task. This impact on this ability to operate at appropriate grade level.*

Reading Strengths:

*[redacted] is able to read simple material with comprehension. He can identify the main idea in a story.*

Impact of disability on educational performance in general education curriculum:

*[redacted] emotional deficits has impacted upon his total academic success.*

| Math Cal. | 3.1 |
| Math Rea. | 2.0 |
| See goal page: | |
| Date: | |
| Rdg. Com | 5.0 |
| Rdg. Basic | 3.0 |
| Written Ex. | |
| See goal page: | |
| Date: | |

---

**Communication (Speech & Language) (Evaluator)** Ms. Eva Day, MA, CCC-SLP

Strengths:

*receptive vocabulary, reading comprehension and understanding written language*

Impact of disability on educational performance in general education curriculum:

*Poor pragmatic skills & severe deficits in expressive & receptive language seriously impact D[redacted] performance in a reg. classroom.*

**Score(s) When Available**

| Exp. Lang. | SS | 53 | CELF-3 |
| Rec. Lang. | SS | 65 | |
| Artic | | WNL | |
| Voice | | WNL | |
| Fluency | | WNL | |
| Exp. Voc. | SS | 77 | EOWPVT |
| Rec. Voc. | SS | 97 | ROWPVT |
| See goal page: | | | |
| Date: | 7/11/01 | | |

---

**Motor/Health (Evaluator)** _____

Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) /Results When Available**

| | |
| See goal page: | |
| Date: | |

---

**Social Emotional Behavioral Areas: (Evaluator)** DR B Wilder

Strengths:

*Has some potential and motivation to learn*

Impact of disability on educational performance in general education curriculum:

*low self-esteem; poor impulse control, and anger problems*

**Score(s) When Available**

| | |
| See goal page: | |
| Date: | |

---

**Cognitive/Adaptive Behavior: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**

| | |
| See goal page: | |
| Date: | |

---

**Prevocational Skills: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**

| | |
| See goal page: | |
| Date: | |

---

| Student Name _Anthony Dedwood_ | Managing School _Gage - Eckylo_ | DCPS - IEP |
| Student ID Number _8334304_ | DOB _/89_ | Attending School _Gage - Eckylo_ | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**  Additional Comments: ☐  Goal Number: ☐

Area addressed by goal: _Reading_

**ANNUAL GOAL:** (including mastery criteria.)

_Dedwood will improve academic skills in the area of Reading._

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1.1 Learns and uses new vocabulary with 80% accuracy. | | Monthly |
| 1.2 Identifies story elements in fiction (problem, character, setting, theme). | | Monthly |
| 1.3 Reads and uses informational material, (e.g. directions, advertisement, signs,) with 80% accuracy. | | Monthly |
| 1.4 Write legibly in cursive letters will 80% accuracy | | Monthly |
| 1.5 Summarizes material read with 80% accuracy | | Monthly |
| 1.6 Write a short paragraph using proper spacing with 80% accuracy | | monthly |

**EVALUATION PROCEDURE(S)**

☑ Portfolio ☐ Log ☐ Chart ☑ Test ☐ Documented Observation ☐ Report ☐ Other _____

| Student Name | D████ A████ | Managing School | Gage-Eckington | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 8334307 | DOB ███/789 | Attending School Gage-Eckington | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:                    Goal Number: [    ]

Area addressed by goal: __Receptive, Expressive & Pragmatic Language__

**ANNUAL GOAL: (including mastery criteria.)**

1.  D████ will improve receptive language skills by 25% of baseline.

2.  D████ will improve expressive language skills by 25% of baseline.

3.  D████ will improve pragmatic language as documented by the clinician.

Provider(s): __Speech Language Pathologist__

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1a.  D████ will be able to follow 3-step sequential directions (before/after, 1st/2nd/3rd, while/during) w/80% accuracy. <br> 1b.  D████ will be able to follow auditorially presented directions containing a variety of word relationships (i.e. sequential, comparative, passive) w/80% accuracy. | | monthly |
| 1c.  D████ will be able to tell which words are synonyms or antonyms from a spoken list w/80% accuracy. | | monthly |
| 2a.  D████ will describe a picture using appropriate subject, verb and noting key details w/minimal cueing as documented by clinician. <br> 2b.  D████ will formulate written sentences re: a picture using appropriate subject, verbs and noting details as documented by clinician logs. | | monthly |
| 2c.  D████ will use and understand 7th grade curriculum vocabulary w/70% accuracy. | | monthly |
| 3a.  D████ will be able to sit in a group quietly for increased lengths of time, as documented by clinician. <br> 3b.  D████ will use appropriate social language in a group as documented by clinician. | | monthly |
| 3c.  D████ will make eye contact while making requests and initiating conversation with peers and adults. <br> 3d.  D████ will demonstrate appropriate verbal turn-taking skills in a group, as documented by clinician. | | monthly |

**EVALUATION PROCEDURE(S)**

Portfolio ___    Log ✓    Chart ___    Test ✓    Documented Observation ✓    Report ___    Other _____

Student Name _____
Student ID Number: 83343 07 ⁰¹   DOB ___ /09   Managing School ___   Attending School: Gaye Eckington

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐   Goal Number: ☐

Area addressed by goal: _Math_

**ANNUAL GOAL:** (including mastery criteria.)

D̶e̶b̶____ will improve his overall Math skills

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1.1 Adds, subtracts, multiplies and divides whole numbers and fractions with 80% accuracy | | monthly |
| 1.2 Solves word problems involving addition, subtraction multiplication and division with 80% accuracy. | | monthly |
| 1.3 Solve problems involving addition and subtraction of fractions with like denominators | | monthly |
| 1.4 Interpret, reads and constructs graphs with given information with 80% accuracy. | | monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☑ Portfolio   ☐ Log   ☐ Chart   ☑ Test   ☐ Documented Observation   ☐ Report   ☐ Other _____

District of Columbia Public Schools      07-02-2001      Division of Special Education      Appendix - A      IEP Page 3 of 4

| Student Name ~~D█████ A█████~~ | Managing School Gage-Eckington ES | DCPS - IEP Page 3 of 4 |
| Student ID Number 8334307   DOB ███89 | Attending School Gage-Eckington ES | |

## VIII. SPECIALIZED SERVICES    Additional Comments: ☐

Goal Number: ☐

Area addressed by goal: Transition

**ANNUAL GOAL:** (including mastery criteria.)

D█████ will participate in classroom and community experiences in order to provide exposure for his post secondary career goals and interests.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Identify five jobs that may be connected to D█████ career interest. | | monthly |
| Attend a Career Day Activity. Successfully complete job application | | monthly |
| Explore duties and training requirements for chosen profession | | monthly |
| Define Community Service. Participate in a Community Service Activity | | monthly |
| Maintain a Portfolio on Career Awareness | | monthly |
| | | |

### EVALUATION PROCEDURE(S)

☑ Portfolio  ☑ Log  ☐ Chart  ☐ Test  ☑ Documented Observation  ☐ Report  ☐ Other _____

Student Name _____   Managing School _____
Student ID Number **8334387**   DOB **9 / / 89**   Attending School *Oyster-Eckington.*

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?   ☐ Yes   ☑ No

Explanation for removal out of regular education classroom.

*Student requires small structured environment to accommodate disabilities.*

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./ Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:   ☐ None needed

Timing/Scheduling: *Extended time*
Setting: *Small groups*
Presentation: *Repeated directions*
Response:
Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ **Level I**   Tested with non-disabled peers under standard conditions without accommodations.

☑ **Level II**   (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ **Level III**   (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ **Level IV**   (Describe the alternative assessment)

☐ **Level V** Portfolio:

## XII. Areas Requiring Specialized Instruction and Related Services:      Modifications:

☑ Reading          ☐ Physical/Sensory          ☐ Transition          ☐ Language Arts/English
☑ Mathematics   84 ☑ Social Emotional       ☐ Vocational          ☐ Social Sciences
☐ Written Expression  ☐ Physical Development   ☐ Independent Living   ☐ Biological & Physical Sciences
☐ Other:                                        ☐ Speech/Language      ☐ Fine Arts
☐ None      Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| *Combination. General Education and Resource Classroom* | *Accept* | *Impact on self esteem.* |
| *General Education* | *Rejected* | |

Modification(s)/Accommodation(s) to address the harmful effects:
*Specific scheduling to accommodate for specialized instruction and related service Preschool*

Location for Services [_____]

INDIVIDUALIZED EDUCATION PROGRAM

**(IEP)**

## MEETING NOTES

STUDENT ~~Delante Anthony~~   SCHOOL Gage-Eckington   DATE 5/15/02

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Corine Anthony | Carine Anthony | Mother |
| Jenna Landy | Jennica Landy | Teacher |
| JANICE NEITA | Janice Neito | Special Ed. Teacher |
| Eva Day | Eva Day, MA, CCC-SLP | Speech/Lang. Pathologist |
| Beverly Law | Beverly G. Law | Counselor/LEA |
| Benjamin M. Young | Benjamin M. Young | Special Ed. Coordinator |

~~Delante~~ will receive 10 hours per week of Specialized Instruction, and 1 hour per week of Speech Therapy.

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

School Gage-Eckington ES    Principal Ms. Cecelia Brady    Special Education Coordinator Benjamin M.Young

Date 5-15-02    Case Manager Ms. Candi Peterson    Technical Support Supervisor Ms. Cynthia Bell

Student D_____ A_____    DOB __-89  Age 13  Grade 6   ID# 8334307  SSN#

Parent Ms. Corine Anthony    Telephone (H)    (W)

Address: _____  Street #  Street    Quad  Apt. No.  City Washington    State D.C.  Zip Code 20001

REFERRAL SOURCE: (Check)  ☐ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA

☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☐ Local School  ☑ Other: I.E.P./Review

Previous least restrictive environment (LRE Setting): General Education / Resource

---

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | | |
|---|---|---|---|---|
| Specific scheduling to accommodate for Specialized Instruction and Related Services. | Current IEP | Yes ☑ | No ☐ | |
| | Signatures of required participants (MDT notes) | Yes ☑ | | |
| | Intervention Behavior Plan | Yes ☐ | | |
| | Copies of current class work and homework assignments: | Yes ☐ | | |
| | Medical Reports: | Yes ☐ | No ☐ | |
| | Clinical Reports: | Yes ☑ | No ☐ | |
| | Psychiatric Reports | Yes ☐ | No ☐ | |
| | Medications: | Yes ☐ | No ☐ | |
| | Attendance Record | Yes ☐ | | |
| | Copies of most recent evaluation(s) | Yes ☑ | | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| | |

---

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☑ combination general education and resource classroom | ☑ combination of general educators, special educators and related service providers | ☑ between 21% and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
### DIRECTIONS:

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |

## 7. LEVEL OF NEED

| ☐ LOW | ☑ MODERATE | ☐ HIGH |
|---|---|---|

07-02-2001    Attention: Technical Support Supervisor / PERM Compliance Team

114



## POST-SECONDARY GOALS & INTERESTS

After High School,

**My Employment Goal is to:**

_Be a writer_

_____

_____

**In My Community, I Will:**

_____

_____

_____

**To Increase my Skills, I Plan to:**

1. ___✓___ Attend College; earn a degree
2. _____ Attend a Trade School; get special training
3. _____ Work Only

Other: _____

_____

_____

**My Living Plan is to:**

___✓___ Live in my own apartment

_____ Live with my parents or other relative

_____ Share an apartment

DCPS Transition Services

115

| Student Name | _____ | Managing School | Gage-Eckington ES | DCPS - TRANSITION SERVICES PLAN |
|---|---|---|---|---|
| Student ID Number | 8334307  DOB ___-89 | Attending School | Gage-Eckington ES | PAGE 1 OF 2 |

Date Developed: **5/15/02**

# DCPS TRANSITION SERVICES PLAN

**Note:** The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of tile IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

**I.** *Record student's post-secondary goals and interests.*

Employment: would like to be an Author

Community Participation: _____

Post-Secondary Education and Training: ____ will attend college

Independent Living: ____ will live in own apartment

**II.** *Courses of study leading to student's post-high school goals.*

| Grade or School Year | Courses of Study |
|---|---|
| 2002-2003 | English with application to real life situations |
| 2002-2003 | Mathematics with application to real life situations |
| 2002-2003 | Computer Training |
| 2002-2003 | Afterschool Tutorial services |
| 2002-2003 | Life skill / Vocational Development |

**III.** *Transition Services Needed.*
Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Employment**  If service is not needed, provide explanation. | | |
| **Community Participation**  If service is not needed, provide explanation. | | |
| **Post - Secondary Education and Training**  If service is not needed, provide explanation. | | |
| **Independent and Adult Living**  If service is not needed, provide explanation. | | |

District of Columbia Public Schools    07-02-2001    Division of Special Education   IEP Attachment C   Transition Services Plan   Page 1 of 2

116

| Student Name | _[redacted]_ | Managing School | Gage-Eckington ES | DCPS - TRANSITION SERVICES PLAN PAGE 2 OF 2 |
| Student ID Number | 8334307 | DOB _[redacted]_89 | Attending School | Gage-Eckington ES |

Date Developed: 5/15/02

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills** If service is not needed, provide explanation. | Maintain proper nutrition and personal hygiene, avoid life threating situations | DCPS |
| **Functional Vocational Evaluation** If service is not needed, provide explanation. | Career Interest Activities Career assessments | DCPS |
| **Other** | maintain appropriate school relationships | DCPS |

IV.

| Projected Exit Category *(check one)* | | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|---|
| ✓ | DC High School Diploma | # Credits Earned toward graduation | | 2008 |
| | High School Certificate at age 21 | | | |
| | High School Certificate <u>prior</u> to age 21 | # Community Service Hours Completed | | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| Stanford Nine Test | Reading/Mathematics | |
| | | |
| | | |

**V.** *Identify any other agencies likely to be responsible for providing or paying for specific transition services.*

   <u>Examples of Agency Linkages Needed for Transition</u>
   - Rehabilitation Services Administration (RSA)
   - Mental Retardation and Developmental Disabilities Administration (MRDDA)
   - Commission on Mental Health Services (CMES)
   - UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment C  Transition Services Plan  Page 2 of 2

117


EXHIBIT
DA-9

DISTRICT OF COLUMBIA PUBLIC SCHOOL
WASHINGTON, D.C

Page 1

## MULTIDISCIPLINARY TEAM
## (MDT)
## MEETING NOTES

MEETING DATE: 5/15/02

MDT REFERRAL DATE

STUDENT: D_____ A_____          SCHOOL: Gage-Eckington

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Corine Anthony | Carine Anthony | Mother |
| Jenna Landy | Jenna Landey | Teacher |
| JANICE NEITA | Janice Neita | Special Ed. Teacher |
| Eva Day | Eva Day MA CCC-SLP | Speech-Lang. Pathologist |
| BEVERLY LAW | Beverly Shaw | Counselor / LEA |
| Benjamin M. Young | Benjamin M. Young | Special Ed Coordinator |

The purpose of the meeting is to review the I.E.P.
The MDT team will determine whether or not
D_____ still is eligible for Special Education and
Related Services.

Speech Pathologist

D_____ presents with severe expressive and receptive
language testing deficits and severe difficulties with
pragmatic language. Recommendations continue for
speech & language services two times a week for 30
minutes, once individual and once in a group.

THE PARENT ☑ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT

☑ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOL
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

Page 2

MDT

MDT REFERRAL DATE: _____    MEETING DATE: 5/15/02

STUDENT: ~~Del___ A___~~    SCHOOL: Gage-Eckington

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| | | |

The MDT team determined ~~De___~~ is still eligible to receive Special Education and Related Services as a student with Speech Language Impairment.

THE PARENT ☐ IS PRESENT ☐ IS NOT PRESENT  AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT

☐ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

*lge (1)*

EXHIBIT
DA-10

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
MEETING NOTES

MDT

MDT REFERRAL DATE: _____      MEETING DATE: 10/2/10-2

STUDENT: ~~D_____ A_____~~        SCHOOL: Shaw JHS

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Willie-Lloyd Reeves | Willie-Floyd Reeve | Assistant Principal |
| Belton Wilder | Belton Wilder | Clinical Psy |
| Shirley Turner | Shirley Turner | Regular Education Teacher |
| Corine Anthony | Corine Anthony | mother |
| Myzette E. Eaton | Myzette E. Eaton | Sp. Ed. Coordinator |
| Alissa S Green | Alissa S Green | Sp. Ed. Teacher |
| Carolyn Anthony | Carolyn Anthony | sister |

The purpose of this meeting is to address the social
emotional issues of ~~D____ A____~~.
Everyone present was introduced.
Carolyn Anthony's sister gives the team an overall
synopsis of ~~D_____~~ behavior + history. ~~D_____~~
started at age 9 having emotional problems. He began
having voices, sleeping with knives, laughing at himself.
~~D_____~~ was admitted into Children's Hospital in

THE PARENT ☑ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT ~~D_____ A_____~~

☑ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
**MEETING NOTES**

| MDT |
| --- |

MDT REFERRAL DATE:_____                    MEETING DATE:_____

STUDENT: _____    SCHOOL: _____

PARTICIPANTS: (Print Name)          PARTICIPANTS: (Sign Name)          POSITION

_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____
_____    _____    _____

April of 2002 into the Psychiatric Ward for about
1 months time. He was prescribed medication at this
time.
Dr. Wilder — Clinical Psychologist — Urges the family to
Continue & be persistent with the meds. He is certain
that ~~Delant~~ classification should be changed
from Speech Impaired to Emotionally Disturbed.

THE PARENT ☐ IS PRESENT ☐ IS NOT PRESENT  AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT_____

☐ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

| MDT |
|-----|

MDT REFERRAL DATE:_____          MEETING DATE:_____

STUDENT: _____    SCHOOL: _____

PARTICIPANTS: (Print Name)          PARTICIPANTS: (Sign Name)          POSITION

_____        _____        _____
_____        _____        _____
_____        _____        _____
_____        _____        _____
_____        _____        _____
_____        _____        _____
_____        _____        _____
_____        _____        _____

Ms. Turner - Homeroom Teacher - Explains that ▋▋▋▋
is very withdrawn in Homeroom. He does not speak
to the other children in class. He also has expressed
feelings of not wanting to be involved with the other
children during the elective classes. ▋▋▋▋ is very
intelligent & respectful adds Mrs. Turner.
Mr. Reeves - Asst. Principal - Comments that he & ▋▋▋▋
have spoken on several occasions about his social

THE PARENT ☐ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT_____

☐ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
**MEETING NOTES**

MDT REFERRAL DATE:_____

MEETING DATE:_____

STUDENT:_____    SCHOOL:_____

PARTICIPANTS: (Print Name)    PARTICIPANTS: (Sign Name)    POSITION

behavior. He has tried to teach D‐‐‐‐ how to
ignore children when they are taunting him; Foresight,
calling him names. etc. Mr. Reeves is concerned that
D‐‐‐‐ does not know how control his anger.
Ms. Green- Special Education Teacher- Shares that
D‐‐‐‐ is very intelligent, although stubborn
at times.
                Clinical Psychologist- Shares the Intervention
Plan and Social Emotional Goals that will be set in

THE PARENT ☐ IS PRESENT ☐ IS NOT PRESENT  AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT_____

☐ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

| MDT | |

MDT REFERRAL DATE:_____          MEETING DATE:_____

STUDENT: _____     SCHOOL: _____

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

place for ▮▮▮ after his classification is changed. He
suggest that we focus on Maintaining ▮▮▮▮▮
emotional state than his academic.

It is the decision of the team that ▮▮▮▮▮   16.5 hrs
Specialized Instruction be increased to 1000 minutes,   *9 - 30 x 5
and ▮▮▮▮▮▮ he will also recieve 30 x 3 in   5
Psychological Counseling.

THE PARENT ☐ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT_____

☐ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

# SOCIAL EMOTIONAL GOALS

**Student Name:** D██████ A███████              **Date:** __October 1, 2002__

**Areas addressed by goal:.** Social/Emotional

## ANNUAL GOAL: (including mastery criteria.)

To improve self-esteem and confidence.
To improve social interaction skills.
To improve coping skills; all with 80% mastery.

**Provider:** Psychologist/Social Worker

| SHORT-TERM OBJECTIVES | EVALUATION SCHEDULE |
|---|---|
| D█████ will learn how to control basic primitive behaviors. | **Monthly** |
| D█████ will learn how to model appropriate behaviors. | |
| D█████ will learn how to problem solve. | |
| D█████ will learn how to seek adult assistance in stressful situations. | |
| D█████ will learn how to identify his strengths and weaknesses as they relate to attainable goals. | **Monthly** |

## EVALUATION PROCEDURE (S)

**Portfolio    Log    Chart    Test    Documented Observation    Report    Other**_____

*Belton Wilder*

Belton Wilder, Ph.D.
Clinical Psychologist

125

| Student Name _Derrick Anthony_ | Managing School _Shaw JHS_ | DCPS - IEP |
|---|---|---|
| Student ID Number _8334307_  DOB _2/1/89_ | Attending School _Shaw JHS_ | Page 4 of 4 |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?    Yes    **(No)**

Explanation for removal out of regular education classroom.

_Student requires small structured environment to accommodate special education needs._

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:    None needed

- Timing/Scheduling: _Extended Time_
- Setting: _Small group_
- Presentation: _Repeated Directions_
- Response:
- Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

**Level I**  Tested with non-disabled peers under standard conditions without accommodations.

**Level III**  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

**Level V**  Portfolio:

**(Level II)**  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

**Level IV**  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

| | | Modifications: |
|---|---|---|
| ✓ Reading | Physical/Sensory | Language Arts/English |
| ✓ Mathematics | Social Emotional | ✓ Transition | Social Sciences |
| ✓ Written Expression | Physical Development | Vocational | Biological & Physical Sciences |
| Other: | | Independent Living | Fine Arts |
| None | | ✓ Speech/Language | |

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| _General Education_ | _Rejected_ | _Continued school failure_ |
| _Combination-General Ed/ Resource Classroom_ | _accepted_ | _Time away from Non-disabled peers_ |

Modification(s)/Accommodation(s) to address the harmful effects:

Location for Services  _Shaw JHS_

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**INDIVIDUALIZED EDUCATION PROGRAM**
**(IEP)**
MEETING NOTES

STUDENT ~~Deshant Anthony~~    SCHOOL Shaw JHS    DATE: 10/3/02

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Corine Anthony | Carene Anthony | Mother |
| Belton Wilder | Belton Wilder | Clinical PsX |
| Muzette Eaton | Muzette Eaton | Sp. Ed. Coordinator |
| Melissa Green | Melissa Green | Special Ed. Teacher |
| Shirley Turner | Shirley Turner | Homeroom Teacher |
| Willie-Lloyd Reeves | Willie-Lloyd Reeves | Assistant Principal |

The purpose of this meeting is to develop a revised I.E.P. for ~~Deshant Anthony~~. To address the social/emotional issues, the team determined that ~~Deshant~~ would require 90 minutes a week of Psychological counseling. ~~Deshant~~ requires 16.67 hours of specialized instruction and one hour of speech and language therapy per week. Transitional goals and a transition statement would also be included in the I.E.P.

**EXHIBIT DA-11**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last _A___y_   First _D____n_   MI

Student ID _833437_   Soc. Sec. No. _____   Age: _14_   Grade _8_

Gender ☑ M ☐ F   Date of Birth ___-__-89   Ethnic Group _African American_

Address

House No. _____   Street Name _____   Quadrant _____   Apartment #

_Washington, DC 20001_
City    State    Zip Code

☐ Non-attending

Attending School _Shaw_   Home School _Shaw_

☐ Elem. ☑ Mid/J.HS ☐ SHS ☐ CWS

Parent _Corine Anthony_

Address of (if different from student):   ☑ Parent ☐ Guardian ☐ Surrogate

House No. ___ Street Name ___ Quad ___ Apt. No. ___ City ___ State ___ Zip Code
Telephone: Home _(202)667-0540_   Work

## II. CURRENT INFORMATION

Date of IEP Meeting: _10-3-03_

Date of Last IEP Meeting: _10-2-02_

Date of Most Recent Eligibility Decision: _1/00_  _10-2-02_

Purpose of IEP Conference:
☐ Initial IEP   ☑ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: _IL_

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| | |
|---|---|
| ☑ BEHAVIOR | ☑ TRANSPORTATION |
| ☐ ESY | ☑ TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | N/A | Oral |
| Parent | English | English | English | N/A | Rdg./Written |
| Home | English | English | English | N/A | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr/Min  D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|
| Specialized Instruction | 8.34 8.34 | H  W | Special Education | 10-3-03 | 10  M |
| Psychological Counseling | 1  1 | H  W | Social Worker/ Psychologist | 10-3-03 | 10  M |
| Speech & Language Counseling | 1  1 | H  W | Speech Pathologist | 10-3-03 | 10  M |
| TOTAL | 10.34  4.34 | Hours Per Week | | | |

## V. Disability(ies)

_Emotionally Disturbed_

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☑ 21-60%   ☐ 61-100%

Percent of time NOT in a Regular Education Setting _30%_

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

CORINE ANTHONY /A.W.

Audwin Wright - Step-Father

DONNA J. Cherry - Soc WKr

Melissa Green

Charles J. Wright Jr.

_[signatures]_ Corine Anthony /A.W.
Audwin Wright
Donna Cherry
Melissa Green
Charles Wright

☑ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _Corine Anthony /A.W._   Date _10-03-03_

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 1 of 4

128

Student Name _____    Managing School _Shaw_

Student ID Number _8334307_    DOB ___/__/89    Attending School _Shaw_

DCPS - IEP
Page 2 of 4

**VII. Present Educational Performance Levels in Areas Affected by the Disability**

**Additional Comments:**

**Academic Areas: (Evaluator)** Ms Brean

**Math Strengths:**

_____ can solve problems involving +, - , x

**Impact of disability on educational performance in general education curriculum:**

_____ inability to maintain focus impacts on his ~~disability~~ performance.

**Reading Strengths:**

_____ is able to read on grade level.

**Impact of disability on educational performance in general education curriculum:**

_____ inability to focus on given assignments impacts his academic performance.

Score(s) When Available

Math Cal. _5.1_
Math Rea. _2.0_
See goal page: _____
Date: _____

Rdg. Com _5.0_
Rdg. Basic _7.0_
Written Ex. _____
See goal page: _____
Date: _____

**Communication (Speech & Language) (Evaluator)**

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available
Exp. Lang. _____
Rec- Lang. _____
Artic _____
Voice _____
Fluency _____
Exp. Voc. _____
Rec. Voc. _____
See goal page: _____
Date: _____

**Motor/Health (Evaluator)** _____

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) /Results
When Available
_____
_____
_____
See goal page: _____
Date: _____

**Social Emotional Behavioral Areas: (Evaluator)** W Cherry

**Strengths:**

Is able to get along with peers and staff

**Impact of disability on educational performance in general education curriculum:**

Has difficulty focusing + staying on task. Tends to wander halls during class.

Score(s) When Available
_____
_____
_____
See goal page: _____
Date: _____

**Cognitive/Adaptive Behavior: (Evaluator)** _____

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available
_____
_____
_____
See goal page: _____
Date: _____

**Prevocational Skills: (Evaluator)** _____

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available
_____
_____
_____
See goal page: _____
Date: _____

| Student Name | ▓▓▓▓▓▓ ▓▓▓▓▓ | Managing School | Shaw | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 8334307 | DOB ▓▓▓▓ | Attending School Shaw | Page 3 of 4 |

## VIII. SPECIALIZED SERVICES    Additional Comments:    Goal Number: [ ]

Area addressed by goal: _Academics_

**ANNUAL GOAL: (including mastery criteria.)**

▓▓▓▓▓ will demonstrate measurable growth in the area of written expression with atleast 80% accuracy.

Provider(s): Special Educater

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Write sentences using and arranging words correctly | | |
| Apply the rules for capitalization and punctuation in all written work | | Monthly |
| Write two paragraphs on a single topic | | Monthly |
| Identify the point of view in a piece of literature | | Monthly |
| Distinguish between resources for study | | Monthly |
| Capitalize proper words and events | | Monthly |
| Write compound sentences | | Monthly |
| Write a simple business letter | | |

### EVALUATION PROCEDURE(S)
(Portfolio)    Log    (Chart)    (Test)    Documented Observation    Report    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

130

| Student Name | ~~Deborah A~~ | | Managing School | Shaw | | DCPS - IEP |
| Student ID Number | -833437 | DOB | ~~~~ /YT | Attending School | Shaw | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**     Additional Comments:     Goal Number: [      ]

Area addressed by goal: _Academic_

**ANNUAL GOAL: (including mastery criteria.)**

~~Deborah~~ will demonstrate measurable growth in the area of mathematics with atleast 80% accuracy.

Provider(s): Special Educator

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Multiply two digits by two digits | | Monthly |
| Multiply three digits by three digits | | |
| Measure time by seconds, minutes, hours | | Monthly |
| Measure length by cm, inches, yards, feet | | |
| Solve word problems involving +, -, x, ÷ | | Monthly |
| Identify the parts of a fraction | | Monthly |
| Add like & unlike fractions w/answers in lowest term | | |
| Put fractions in their lowest term | | Monthly |
| Subtract fractions w/answers in lowest term | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

( Portfolio )   Log   ( Chart )  ( Test )   Documented Observation     Report     Other _____

| Student Name | ~~Redacted~~ | | Managing School | Shaw JHS | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | | DOB | Attending School | | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:                                    Goal Number: [ ]

Area addressed by goal: _Social Emotional_

**ANNUAL GOAL:** (including mastery criteria.)

To Improve Social Emotional Skills

Provider(s): _Social Worker / Psychologist_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| D~~____~~ will report to school & classes on time + remain until the end of the period | | Monthly |
| D~~____~~ will seek appropriate adult assistance in stressful situations | | " |
| D~~____~~ will identify personal strengths and weaknesses | | " |
| D~~____~~ will accept + understand consequences of any negative behaviors | | |
| D~~____~~ will identify realistic life goals | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    ✓Documented Observation    Report    Other ____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

Counseling 60 minutes per week

132

| Student Name | ~~Roberto Allen~~ | Managing School | Shaw JHS | DCPS - IEP |
| Student ID Number | 933 4307 | DOB | 3/12/89 | Attending School | Shaw JHS | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Area addressed by goal: _Transition_    Goal Number: [ ]

**ANNUAL GOAL: (including mastery criteria.)**

~~[name]~~ will participate in classroom and Community experiences, so as to provide exposure for his Postsecondary Career goals and interests.

Provider(s): Special Education

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| - Attend a Career Day Activity<br>- Identify five jobs that may be connected to his particular career interest | | Monthly |
| - Explore duties and training requirements for chosen profession | | Monthly |
| - Successfully complete job applications | | |
| - Define Community Service<br>- Participate in a Community Service Project | | Monthly |
| - Attend a College Fair<br>- Visit a college or university campus | | Monthly |
| - Successfully complete a college application | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

( Portfolio )    Log    Chart    Test    Documented Observation    Report    Other _____

| Student Name | [redacted] | Managing School | Shaw | DCPS - TRANSITION SERVICES PLAN PAGE 1 OF 2 |
| Student ID Number | 8334307 | DOB [redacted] | Attending School | Shaw | |

Date Developed: _____

# DCPS TRANSITION SERVICES PLAN

**Note:** The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of tile IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

**I.   Record student's post-secondary goals and interests.**

Employment: _____

Community Participation: _____

Post-Secondary Education and Training: _____

Independent Living: _____

**II.   Courses of study leading to student's post-high school goals.**

| Grade or School Year | Courses of Study |
|---|---|
| 2003-2004 | English with application to real life situations |
| 2003-2004 | Mathematics with application to real life situations |
| 2003-2004 | Computer Training |
| 2003-2004 | After school Tutorial Services |
| 2003-2004 | Life Skill / Vocational Training |

**III.   Transition Services Needed.**
Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Employment** <br><br> If service is not needed, provide explanation. | | |
| **Community Participation** <br><br> If service is not needed, provide explanation. | | |
| **Post - Secondary Education and Training** <br> If service is not needed, provide explanation. | | |
| **Independent and Adult Living** <br><br> If service is not needed, provide explanation. | | |

District of Columbia Public Schools    07-02-2001    Division of Special Education   IEP Attachment C   Transition Services Plan  Page 1 of 2

134

| Student Name | D█████ A█████ | Managing School | *Shaw* | DCPS - TRANSITION SERVICES PLAN PAGE 2 OF 2 |
|---|---|---|---|---|
| Student ID Number | 9324387 | DOB ███89 | Attending School | *Shaw* | |

Date Developed: _____

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills** If service is not needed, provide explanation. | Maintain Proper Nutrition and Personal Hygiene Recognize and Avoid Life Threatning Situations | DCPS |
| **Functional Vocational Evaluation** If service is not needed, provide explanation. | Career Interest Activities Career Assessments | DCPS |
| **Other** | Maintain Appropriate School Relationships | DCPS |

**IV.**

| Projected Exit Category *(check one)* | | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|---|
| X | DC High School Diploma | # Credits Earned toward graduation | | 2007 |
| | High School Certificate at age 21 | | | |
| | High School Certificate **prior** to age 21 | # Community Service Hours Completed | | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| Stanford Nine Assessment | Reading / Mathematics | 2012 SY / None Received |
| | | |
| | | |

**V.** *Identify any other agencies likely to be responsible for providing or paying for specific transition services.*

Examples of Agency Linkages Needed for Transition
- Rehabilitation Services Administration (RSA)
- Mental Retardation and Developmental Disabilities Administration (MRDDA)
- Commission on Mental Health Services (CMES)
- UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment C  Transition Services Plan  Page 2 of 2

135

| Student Name | [redacted] | Managing School | Shaw | DCPS - IEP |
| Student ID Number | 8334307 | DOB [redacted] | Attending School | Shaw | Page 4 of 4 |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>regular education</u>?    Yes    (No)

Explanation for removal out of regular education classroom.

[redacted] requires a small structured environment in order to be academically successful. He has certain behaviors that can not be dealt with properly in general education setting.

## X. Supplementary Aids and Services
**Classroom Needs**
(Do not name products or companies.)

| | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE |
| | GenEd | SpEd | Total | Hr./Min | D/W/M. | (by discipline) | (mm/dd/yyyy) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for <u>testing</u>:    None needed

| Timing/Scheduling: | Extended Time, |
| Setting: | Small group setting |
| Presentation: | Repeated Instructions |
| Response: | |
| Equipment: | |

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I   Tested with non-disabled peers under standard conditions without accommodations.

Level III  (Describe non-uniform conditions for level III)
Tested under non-standard conditions with permissible accommodations

Level V  Portfolio:

(Level II)  (Describe accommodations for level II)
Tested under standard conditions with special accommodations.

Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

| Reading | Physical/Sensory | (Transition) | **Modifications:** |
| (Mathematics) | (Social Emotional) | Vocational | Language Arts/English |
| (Written Expression) | Physical Development | Independent Living | Social Sciences |
| Other | | Speech/Language | Biological & Physical Sciences |
| None | Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above. | | Fine Arts |

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education | rejected | |
| Out of General Education | rejected | |
| Combination General Education/ resource Classroom | accepted | Time away from non-disabled peers |

Modification(s)/Accommodation(s) to address the harmful effects:

| Location for Services | Shaw JHS |

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

136

**DOCUMENTED LEVEL OF SERVICE**
Complete and attach to MDT/IEP meeting notes

| | | |
|---|---|---|
| School **Shaw JHS** | Principal **Mr. G Thoma** | Special Education Coordinator **Ms. M Flynch** |
| Date **10-3-03**  Case Manager | | Technical Support Supervisor |
| Student _____ DOB **-27** Age **14** Grade **8** ID# **Y334307** SSN# |
| Parent **(orine Anthony)** Telephone (H) **202)667-0540** (W) |
| Address: _____ Quad ___ Apt. No. ___ **Washington, DC** State ___ Zip Code **20001** |

REFERRAL SOURCE: (Check) ☐ 120 Day ☐ Reeval. ☐ HOD ☐ SA ☐ MA

☐ Nonpublic ☐ Residential ☐ Citywide ☐ Courts ☐ Local School ☐ Other:

Previous least restrictive environment (LRE Setting):

---

**JUSTIFICATION FOR SETTING CONSIDERATION**
**(Submit TAT/MDT Documentation)**
**SUPPORTIVE DATA/DOCUMENTATION**

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| *Extended Time* *Repeated Instructions* *Small Group Setting* | Current IEP | Yes ☑ | No ☐ |
| | Signatures of required participants (MDT notes) | Yes ☐ | |
| | Intervention Behavior Plan | Yes ☑ | |
| | Copies of current class work and homework assignments: | Yes ☐ | |
| | Medical Reports: | Yes ☐ | No ☐ |
| | Clinical Reports: | Yes ☐ | No ☐ |
| | Psychiatric Reports | Yes ☐ | No ☐ |
| | Medications: | Yes ☐ | No ☐ |
| | Attendance Record | Yes ☐ | |
| | Copies of most recent evaluation(s) | Yes ☐ | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| | |

---

**6. CURRENT SETTING CONSIDERATIONS**

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☑ combination general education and resource classroom | ☑ combination of general educators, special educators and related service providers | ☑ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
**DIRECTIONS:**

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |

**7. LEVEL OF NEED**

| ☐ LOW | ☑ MODERATE | ☐ HIGH |
|---|---|---|

07-02-2001

Attention: Technical Support Supervisor / PERM Compliance Team

137

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES



STUDENT ▉▉▉▉▉▉▉▉   SCHOOL Shaw JHS   DATE: 10-3-03

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| DONNA J. Cherry | Donna J Cherry | School Social Worke. |
| CoriNe ANthony | Corine Anthony | Parent |
| Audwin Wright | Audwin Wright | Parent |
| Melissa Green | Melissa Green | Special Educate |
| Charles J. Wright Jr. | Charles J. W. Jr. | Cons. Info. |

The purpose of this meeting is to review the IEP
for ▉▉▉▉ A▉▉▉▉.
All parties present were introduced
De Anta will receive 8.34 hours of Specialized
Instruction
He will also receive 1 hour of Psychological
Counseling and 1 hour Speech + Language Therapy
as Related Services.
D▉▉▉ will be testing on level II with upgraded

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ▓▓▓▓▓▓▓    SCHOOL Shaw JHS    DATE: 10-3-03

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

instructions, small group setting, and extended time as the
accomodations.
Ms. Cherry - Social Worker - ▓▓▓▓ will continue with
his goals he had last year because he did not master
most of them.
Ms. Green - ▓▓▓▓ was a good student initially however
he started lacking in his school work during the middle of
the year.
Mr. Wright - ▓▓▓▓ has not reported to class yet
          it is the decision of the team that
▓▓▓▓ will continue to receive Special Education Services as

a student reple
classified as Emotionally Disturbed. NK

EXHIBIT
**DA-12**

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.
### INDIVIDUALIZED EDUCATIONAL PROGRAM

Additional Comments: ☐

### I. IDENTIFICATION INFORMATION

| **II. CURRENT INFORMATION** |
|---|
| Date of IEP Meeting: _11-18-04_ |
| Date of Last IEP Meeting: _10-02-03_ |
| Date of Most Recent Eligibility Decision: _10-3-02_ |

Student Name: Last _____ First _____ MI ___

Student ID **833 4307**   Soc. Sec. No. _____   Age: **15**   Grade **9**

Gender ☒ M ☐ F   Date of Birth __.89   Ethnic Group _African-American_

Address _____

House No. ___ Street Name ___ Quadrant ___ Apartment #

_Washington_, _D.C._ _20001_
City   State   Zip Code

☐ Non-attending

Attending School _Francis JHS_   Home School _Francis JHS_

☐ Elem. ☒ Mid/JHS ☐ SHS ☐ CWS1

Parent _Corine Anthony_

Address of (if different from student): ☐ Parent ☐ Guardian ☐ Surrogate

**Purpose of IEP Conference:**
☐ Initial IEP   ☒ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: _III_

**ADDENDA TO BE ATTACHED AS NEEDED**
Check the appropriate box(es)

| BEHAVIOR | ✓ | TRANSPORTATION |
|---|---|---|
| ESY | ✓ | TRANSITION |

House No. ___ Street Name ___ Quad ___ Apt. No. ___ City ___ State ___ Zip Code

Telephone: Home **(202) 667-0540**   Work _____

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | English | Oral _____ |
| Parent | " | " | " | " | Rdg / Written _____ |
| Home | " | " | " | " | Instrument: _____ |
| | | | | | Date: _____ |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr./Min D/W/M. | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|---|
| Specialized Instructions | 15 | H | W | Special Ed. Teacher | 11-18-04 | 10 mos. |
| Psychological Counseling | 1 | H | W | Social worker | 11-18-04 | 10 mos. |
| Speech & Language | 1 | H | W | Speech pathologist | 11-18-04 | 10 mos. |
| | | | | | | |
| **TOTAL** | **17** | Hours Per Week | | | | |

### V. Disability(ies) ED    _Emotionally Disturbed_

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☒ 21-60%   ☐ 61-100%

Percent of time NOT in a Regular Education Setting

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

| Print | Sign |
|---|---|
| Annie A. Witcher | _Annie A. Witcher_ |
| Pamela Holmes | _Pamela Holmes_ |
| Corine Anthony | _Corine Anthony_ |
| Christine Gross | _Christine Gross_ |
| Clare Frey | _____ |
| Jonathan Johnson | _____ |

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _____   Date _____

140

| Student Name | D_____, G_____ | Managing School | Francis JHS | DCPS - IEP |
| Student ID Number | 833 4302 | DOB ___-89 | Attending School | Francis JHS | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

Score(s) When Available

### Academic Areas: (Evaluator)

**Math Strengths:**

D_____ can solve problems involving +, -, X

| Math Cal. | 5.1 | g.E. |
| Math Rea. | 2.0 | g.E. |

**Impact of disability on educational performance in general education curriculum:**

Deficit noted in word problems, fraction and measurements impact on his ability to calculate basic math.

See goal page: _____

Date: _____

**Reading Strengths:**

word attack skills; good sight Vocabulary; read and comprehend

| Rdg. Com | 5.0 | g.E. |
| Rdg. Basic | 7.0 | g.E. |

**Impact of disability on educational performance in general education curriculum:**

Weakness noted in their Reading skills; short term memory; the retention of information impact on ability to comprehend written content.

Written Ex. _____

See goal page: _____

Date: _____

### Communication (Speech & Language) (Evaluator)

**Strengths:**

Score(s) When Available

Exp.Lang. _____
Rec- Lang. _____
Artic _____
Voice _____
Fluency _____
Exp. Voc. _____
Rec. Voc. _____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

### Motor/Health (Evaluator)

**Strengths:**

Score(s) /Results When Available

_____
_____
_____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

### Social Emotional Behavioral Areas: (Evaluator)

**Strengths:**

Score(s) When Available

_____
_____
_____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

### Cognitive/Adaptive Behavior: (Evaluator)

**Strengths:**

Score(s) When Available

_____
_____
_____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

### Prevocational Skills: (Evaluator)

**Strengths:**

Score(s) When Available

_____
_____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

| Student Name | _[redacted]_ | Managing School | _Francis JHS_ | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 833 4307 | DOB _[redacted]_ 89 | Attending School | _Francis JHS_ | Page 3 of 4 |

**VII. SPECIALIZED SERVICES**   Additional Comments:                          Goal Number: [ ]

Area addressed by goal:  _Mathematics / Academics_

**ANNUAL GOAL:** (including mastery criteria.)

D_____ will demonstrate measurable improvement in mathematical skills (numeration, calculation, application) by mastering the short-term objectives with 80% accuracy.

Provider(s):  _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| • Solve +, -, x, fractions with like/unlike denominators with or without reducing. | | |
| • Solve up to 15 problems involving decimals and percents. <br> • Student will multiply three digits by two digits with carrying and no zero in multiplier. | | |
| • Solve word problems at grade level involving multiplication with multi-digits. | | |
| • Determine the volume, perimeter, and area of circles, rectangles, etc. | | |
| • Estimate measure of length, mass and weight. <br> • Given calculation and application problems at a 6th grade level, D_____ will correctly solve the problems. | | |
| • Read and interpret information and relationships from maps, charts, tables, etc with 80% accuracy | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    (Chart)    (Test)    Documented Observation    Report    Other _____

| Student Name | ~~D———t— a——~~ | Managing School | Francis JHS | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 833 4307    DOB ~~———~~ 89 | Attending School | Francis JHS | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: |
|---|---|---|

Area addressed by goal: _Written Expression / Academics_

**ANNUAL GOAL: (including mastery criteria.)**

The student will brainstorm and define Problems, retrieve, interpret, and organize information to improve own academic achievement in the area of Written Expression.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| • Identify nouns, pronouns, verbs, adjectives, and adverbs and use them correctly in writing. | | monthly |
| • Identify and write complete sentences using correct punctuation. | | |
| • Write Paragraphs containing a topic sentence, supporting sentence, and concluding sentence in Logical order. | | monthly |
| • Write Cohesive paragraphs of at least 6 sentences and proofread each for Complete sentences, appropriate grammar, Punctuation, and spelling and rewrite them in legible handwriting. | | monthly |
| • Write friendly letters of at least two (2) Paragraphs including heading, salutation, Closing, and signature. | | monthly |
| • Student will write a Book Report | | |
| • The student will perform experiments with varied sentence structure and with literary devices with 80 % accuracy. | | monthly |
| • The student will apply resources (including Technology) for finding correct spelling and other Conventions with 80 % accuracy. | | monthly |

**EVALUATION PROCEDURE(S)**

(Portfolio)    Log    Chart    (Test)    Documented Observation    (Report)    Other _____

| Student Name | _[redacted]_ | | Managing School | _Francis JHS_ | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 833 4307 | DOB _[redacted]_-89 | Attending School | _Francis JHS_ | | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: [ ]

Area addressed by goal: _Reading / Academics_

**ANNUAL GOAL:** (including mastery criteria )

_[Name] will improve academic skills in the area of Reading by mastering the short-term objectives with 80% accuracy on the instructional level._

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| • Given a short passage [Name] will describe the correct logical order of events with 80% accuracy (passage will be presented out of sequential order.) | | monthly |
| • Recall the main idea and other details from a reading selection or newspaper article by answering WH questions with 80% accuracy. | | monthly |
| • [Name] will describe the meanings of words using context clues with 80% accuracy when given a reading selection in the content area. | | monthly |
| • [Name] will determine cause and effect relationships in material read with 80% accuracy in written and/oral presentation. | | monthly |
| • [Name] will use prior knowledge to make predictions about a selection when presented with the beginning and middle parts of a reading selection with 80% accuracy. | | monthly |
| • [Name] will describe an appropriate conclusion or generalization for a passage in written and/oral presentation when presented with specific supporting details with 80% accuracy. | | monthly |
| • Use reference materials to obtain information with 80% accuracy. | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)    Log    (Chart)    Test    Documented Observation    (Report)    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

144

| Student Name | ~~Deborah~~ Matthews | Managing School | Francis JHS | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 833 4307 | DOB 03-12-89 Attending School | Francis JHS | Page 4 of 4 |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?    Yes    No

Explanation for removal out of regular education classroom.

~~D____~~ needs a small instructional setting to accomodate his needs.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:    None needed

| | |
|---|---|
| Timing/Scheduling: | Extended time |
| Setting: | Small |
| Presentation: | Repeated directions |
| Response: | |
| Equipment: | Calculators |

## XI. STATE AND DISTRICT ASSESSMENTS

**Level I**  Tested with non-disabled peers under standard conditions without accommodations.

**Level III**  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

**Level V**  Portfolio: _____

**Level II**  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

**Level IV**  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

| | | | Modifications: |
|---|---|---|---|
| ✓ Reading | Physical/Sensory | ✓ Transition | Language Arts/English |
| ✓ Mathematics | Social Emotional | Vocational | ✓ Social Sciences |
| ✓ Written Expression | Physical Development | Independent Living | Biological & Physical Sciences |
| Other: | | Speech/Language | Fine Arts |
| None | Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above. | | |

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education | Reject - cannot meet the needs of the student | Continued School failure |
| Continuation - Regular Ed / Special Education | accept - meets the needs of the student | Time away from non- disabled peers. |

Modification(s)/Accommodation(s) to address the harmful effects:

~~D____~~ needs an intensive instructional setting to address his academic needs. Participation in non-academic subjects with non-disabled peers.

| Location for Services | Francis JHS |
|---|---|

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

145

| Student Name | D——— A——— | Managing School | Francis JHS | DCPS - TRANSITION SERVICES PLAN PAGE 1 OF 2 |
|---|---|---|---|---|
| Student ID Number | 833 4307 | DOB | — — 89 | Attending School | Francis JHS |

Date Developed: _____

## DCPS TRANSITION SERVICES PLAN

**Note:** The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of tile IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

**I.** *Record student's post-secondary goals and interests.*

Employment: Explore job Qualifications

Community Participation: Visit Community Career sites

Post-Secondary Education and Training: D——— will enroll in a Vocational program to pursue a career in his chosen field.

Independent Living: D——— will live independently in his own apartment / home

**II.** *Courses of study leading to student's post-high school goals.*

| Grade or School Year | Courses of Study |
|---|---|
| 2004 - 05 | Vocational training - Computer / academic Classes which dwells on functional math / Reading skills. How to complete job application; Budget money and understand personal banking procedures; Resume's; Job fairs. |

**III.** *Transition Services Needed.*
  Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Employment** If service is not needed, provide explanation. | Community based activities, Career Day activities, employability skills training | DCPS |
| **Community Participation** If service is not needed, provide explanation. | 100 hrs. of Community Service school / Community | DCPS |
| **Post - Secondary Education and Training** If service is not needed, provide explanation. | on the job training / Internship | DCPS |
| **Independent and Adult Living** If service is not needed, provide explanation. | Study banking procedures; how to establish a bank account; Read statement; how to budget | DCPS |

District of Columbia Public Schools    07-02-2001    Division of Special Education  IEP Attachment C  Transition Services Plan  Page 1 of 2

146

| Student Name | ~~Deborah Anthony~~ | Managing School | Francis JHS | DCPS - TRANSITION SERVICES PLAN PAGE 2 OF 2 |
|---|---|---|---|---|
| Student ID Number | 833 4307 | DOB ~~___~~. 89 | Attending School Francis JHS | |

Date Developed: _____

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills** If service is not needed, provide explanation. | Student will learn how to care for personal hygiene in order to maintain health and prevent diseases | DCPS |
| **Functional Vocational Evaluation** If service is not needed, provide explanation. | Informal Career Assessment | |
| **Other** | Tutoring | |

**IV.**

| Projected Exit Category *(check one)* | | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|---|
| | DC High School Diploma | # Credits Earned toward graduation | | |
| | High School Certificate at age 21 | | | |
| | High School Certificate _prior_ to age 21 | # Community Service Hours Completed | | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| | Math & Reading | April 2005 |
| | | |
| | | |

**V.** *Identify any other agencies likely to be responsible for providing or paying for specific transition services.*

Examples of Agency Linkages Needed for Transition

- Rehabilitation Services Administration (RSA)
- Mental Retardation and Developmental Disabilities Administration (MRDDA)
- Commission on Mental Health Services (CMES)
- UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

| | | |
|---|---|---|
| School *Francis JHS* | Principal *Dr. Courtney Fletcher* | Special Education Coordinator *C. Gross* |
| Date *11-18-04* | Case Manager *Annie A. Witcher* | Technical Support Supervisor |
| Student *D___ A___* | DOB *__-89* Age *15* Grade *9* ID# | SSN# |
| Parent *Corine Anthony* | Telephone (H) | (W) |
| Address: | | City *Washington, D.C.* State *20001* |
| Street # Street | Quad Apt No. | City Zip Code |

REFERRAL SOURCE: (Check) ☐ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA

☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☐ Local School  ☐ Other:

Previous least restrictive environment (LRE Setting):

### JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| *D___ needs a small instructional setting to address his needs in written Expression, Reading and D.C. History.* | Current IEP | Yes ☑ | No ☐ |
| | Signatures of required participants (MDT notes) | Yes ☑ | |
| | Intervention Behavior Plan | Yes ☐ | |
| | Copies of current class work and homework assignments | Yes ☐ | |
| | Medical Reports: | Yes ☐ | No ☐ |
| | Clinical Reports: | Yes ☐ | No ☐ |
| | Psychiatric Reports: | Yes ☐ | No ☐ |
| | Medications: | Yes ☐ | No ☐ |
| | Attendance Record | Yes ☐ | |
| | Copies of most recent evaluation(s) | Yes ☐ | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| | *Small setting Extended Time repetition of direction* |

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ is general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☑ combination general education and resource classroom | ☑ combination of general educators, special educators and related service providers | ☑ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings.

Check the level of need as indicated:
**DIRECTIONS:**

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |

### 7. LEVEL OF NEED

| ☐ LOW | ☐ MODERATE | ☐ HIGH |
|---|---|---|

07-02-2001        Attention: Technical Support Supervisor / PERM Compliance Team

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ~~D━━ A━━━~~     SCHOOL _Francis JHS_     DATE: _11-18-04_

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Cosine Anthony | Cosine Anthony | Mother |
| Clare Frey | | The Children's Law Center |
| Pamela Holmes | Pamela Holmes | Guidance Counselor |
| Annie A. Witcher | Annie A. Witcher | Special Ed. Teacher |
| CHRISTINE Gross | Christine Gross | Sp. Ed. Coord. |
| JONATHAN JOHNSON | J. John | Home Room Teacher |

The purpose of this meeting is to review current evaluations
and reports to determine eligibility for ~~D━━ A━━━~~. It was
determined that ~~D━━~~ needs additional testing to determine
his placement. Mr. Henderson schedules his testing for
December 6, 2004. Also, he will be given a Speech and
Language test. It was agreed that the committee will reconvene
after the testing to determine his eligibility. In the meantime
~~D━━~~ will continue to be eligible for special education
as an Emotionally Disturbed student.

Academic Instruction: ~~D━━~~ will receive 15 hrs. per week
in the area of math, Reading and D.C. History,
in a pull out small group setting.

Related services: 1 hr. per week psychological counseling (1 hr per week speech/