

EXHIBIT
DA-13

INTENT Page 1

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

## NOTICE TO PARENT OF INTENT TO EVALUATE/REEVALUATE

Date: 11-18-04

To Corine Anthony
[redacted]
Washington, D.C. 20001

Ref
DOB 03-12-89
ID # 8334307

Telephone: (H)
(W)

Dear

The District of Columbia Public Schools is requesting that D[redacted] A[redacted] be available for testing for the following tests, on the indicated date, at the school.

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TEST DATE ASSIGNED | TEST DATE ADMINISTERED |
|---|---|---|---|---|
| ☑ Psychological | BERTHA HENDERSON | Wechsler Abbrev. Scale of Intell. | 12/2/04 | |
| ☑ Speech/Language | Derrick Freeman | CLEF - 4 | 12/2/04 | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☑ Educational | BERTHA HENDERSON | Kaufman Test of Educ. Achievement | 12/2/04 | |
| ☐ Hearing Screening | | | | |
| ☐ Other | Other: | Other: | Other: | |

## LIST OF TESTS WITH DESCRIPTIONS

- ☐ **Bayley Scales of Infant Development-II** - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age.
- ☐ **Bender Visual Motor Gestalt Test** - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System.
- ☐ **Children's Apperception Test** - a projective story-telling technique for personality evaluation in ages 5 to 10 years.
- ☐ **Clinical Evaluation of Language Functions - III** - assesses the child's language functioning including processing and production.
- ☐ **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate caregiver.
- ☐ **Developmental Test of Visual Motor Integration (VMI)** - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format.
- ☐ **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary.
- ☐ **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
- ☐ **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts.

## NOTICE TO PARENT OF INTENT TO EVALUATE/REEVALUATE

**INTENT Page 2**

**Student** [redacted] **DOB** [redacted]89 **Age** 15 **Grade** 9 **ID** 8334307

- ☐ **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15. 11 years.
- ☐ **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents.
- ☐ **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement.
- ☐ **Kaufman Test of Educational Achievement (KTEA)** - an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation.
- ☐ **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
- ☐ **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
- ☐ **Peabody Individual Achievement Test-Revised (PIAT-R)** - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics.
- ☐ **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
- ☐ **Preschool Language Scale** - measures auditory comprehension and verbal ability skills.
- ☐ **Receptive One Word Picture Vocabulary Test** - assesses the child's single word receptive vocabulary.
- ☐ **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older.
- ☐ **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills.
- ☐ **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills.
- ☐ **Thematic Apperception Test** - a projective story-telling technique for personality evaluation in older children and adolescents.
- ☐ **Wechsler Adult Intelligence Scale-III (WIAS III)** - an individually administered test designed to measure the intelligence of individuals ages 16 and over.
- ☐ **Wechsler Individual Achievement Test (WIAT)** - a commonly used individually administered instrument designed assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression.
- ☐ **Wechsler Intelligence Scale for Children-IV (WISC IV)** - commonly employed individually administered test designed to measure the intelligence of individuals ages 6 1/2 to 16 1/2 years.
- ☐ **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years.
- ☐ **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests.
- ☐ **Classroom Observation** - assesses present functioning of the student within the classroom environment.
- ☐ **List other tests with descriptions:**

**Other factors that are relevant to be included:**



EXHIBIT
DA-14

MDT

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**CONSENT FOR EVALUATION - INITIAL OR REEVALUATION**
**(*CHECK ONE ONLY - INITIAL OR REEVALUATION)**

## I. INITIAL EVALUATION CONSENT ☐

As a result of the review of the screening information at the MDT meeting on ______________

it was determined in a MDT meeting that your child, ______________________________

is in need of a full and individual evaluation to assist us in developing the most appropriate educational program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We would like to remind you at this time that:

- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide an appropriate program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

## II. REEVALUATION ☒

The MDT received the following request for a reevaluation for D[redacted] A[redacted]

by /for a: ☐ parent request ☐ teacher request ☒ 3 year reevaluation

The MDT will collect supportive documentation in the area of the disability to determine the need for continued special education and related services. The school is required to only evaluate in those areas of documented need or consensus of the MDT (parent is a member of team). Parents have the right to request assessments to determine if the child continues to be a child with a disability. DCPS may reevaluate your child, without your consent, if the school district can demonstrate that it has taken reasonable steps to get parental consent and the parent has not responded.

- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide a Free Appropriate Public Education program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student evaluation plan (SEP) .

**III.** I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the Student Evaluation Plan (attached ) for my child, D[redacted] A[redacted]

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which you will be invited) to determine if your child is eligible for special education and related services. The written reports of all procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use this information to determine an appropriate program for your child. If records are to be obtained/released as part of this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me at 724-4841 (telephone number).

*☐ INITIAL EVALUATION *☒ REEVALUATION

Parent Response Section:

☒ I agree to the proposed evaluation(s) ☐ I do NOT agree to the proposed evaluation(s)

Carine Anthony ______ 11-18-04
Parent/Guardian Signature Date



# STANFORD

*ACHIEVEMENT TEST SERIES, NINTH EDITION*

TEACHER: HAYDEN PATRICIA
SCHOOL: WALKER JONES ELEM - 04332
DISTRICT: D C PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 02
TEST DATE: 11/96

CRITERION-REFERENCED INFORMATION

| *SUBTESTS AND TOTALS* | No. of Items | Raw Score | Scaled Score |
|---|---|---|---|
| Total Reading | 106 | 32 | 467 |
| Word Study Skills | 36 | 12 | 479 |
| Word Reading | 30 | 5 | 428 |
| Reading Comp. | 40 | 15 | 476 |

| *CONTENT/PROCESS CLUSTERS* | RS/NP/NA |
|---|---|
| **Word Study Skills** | 12/ 36/ 36 |
| Structural Analysis | 3/ 12/ 12 |
| Phonetic Analysis-Consonants | 5/ 12/ 12 |
| Phonetic Analysis-Vowels | 4/ 12/ 12 |
| **Word Reading** | 5/ 30/ 26 |
| **Reading Comprehension** | 15/ 40/ 38 |
| Two-Sentence Stories (Riddles) | 1/ 5/ 5 |
| Short Passages (Cloze) | 6/ 15/ 14 |
| Short Passages w/Questions | 8/ 20/ 19 |
| Recreational | 2/ 10/ 9 |
| Textual | 2/ 5/ 5 |
| Functional | 4/ 5/ 5 |
| Initial Understanding | 4/ 9/ 9 |
| Interpretation | 4/ 11/ 10 |

The reading section of *Stanford Achievement Test, Ninth Edition*, was recently administered in the District of Columbia Public Schools, to obtain valid and reliable information about the reading literacy skills of students, grades 1-6. While this assessment is an important part of the school experience of each student, the information provided presents a limited picture of the student's performance in reading. In order to obtain a complete profile on the student, it is important to consider other kinds of information, such as daily work in the classroom, other classroom tests, and projects undertaken as part of the school's reading program.

Student achievement in Reading is reported in terms of performance standards set by committees of teachers from across the country. The standards are:

| | | |
|---|---|---|
| Advanced | -- | Highest Level |
| Proficient | -- | Second Level |
| Basic | -- | Third Level |
| Below Basic | -- | Fourth Level |

It is the goal of the D.C. Public Schools to have all students read at or above the Proficient level.

The information on the score reports entitled Multiple-Choice, Open-Ended, and Combined, coupled with other information from the classroom, will enable the classroom teacher to develop an instructional program for each student to achieve the level of reading proficiency desired by the school system.

STANFORD LEVEL/FORM: Primary 1/S
1995 NORMS: Fall National

Copy 03 

Process No. 19691205-0552310-0621-00321-3

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.

# STANFORD

*ACHIEVEMENT TEST SERIES, NINTH EDITION*

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
D[redacted] W[redacted]

Student No: 8339307

TEACHER: HAYDEN PATRICIA
SCHOOL: WALKER JONES ELEM - 04332
DISTRICT: D C PUBLIC SCHOOLS
TEST TYPE: COMBINED

GRADE: 02
TEST DATE: 11/96

CRITERION-REFERENCED INFORMATION

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| *MULTIPLE CHOICE:* | | | |
| Total Reading | 106 | 32 | BELOW BASIC |
| Word Study Skills | 36 | 12 | BELOW BASIC |
| Word Reading | 30 | 5 | BELOW BASIC |
| Reading Comp. | 40 | 15 | BELOW BASIC |
| *OPEN ENDED:* | | | |
| Reading | 27 | 0[1] | NA[1] |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories of levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills for this grade level.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work at this grade level.

**Proficient** represents solid academic performance, indicating that students are prepared for this grade level.

**Advanced** signifies superior performance beyond grade-level mastery.

NOTES

STANFORD LEVEL/FORM: Primary 1/S
1995 NORMS: Fall National

Copy 01

Process No. 19691205-0552310-0621-00345-1

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.

STANFORD ACHIEVEMENT TEST SERIES, NINTH EDITION

**STUDENT REPORT FOR**
D[redacted] W[redacted]

Student No: 8339307

TEACHER: HAYDEN PATRICIA
SCHOOL: WALKER JONES ELEM - 04332
DISTRICT: D C PUBLIC SCHOOLS
TEST TYPE: OPEN ENDED

GRADE: 02
TEST DATE: 11/96

CRITERION-REFERENCED INFORMATION

*READING OPEN-ENDED ASSESSMENT*

The Stanford open-ended assessment involves students in writing their own answers to questions rather than selecting from among several answer choices. Students are also asked to support their answers with additional information. Scores called Performance Indicators describe achievement and may be interpreted as: 3 = Essentially Correct; 2 = Partially Correct; 1 = Marginally Acceptable; 0 = Essentially Incorrect.

Performance Indicator

**OVERALL PERFORMANCE**

| Number Possible | Raw Score | Scaled Score |
|---|---|---|
| 27 | 0 [1] | NA [1] |

## CONTENT CLUSTERS

Performance Indicator

**CHARACTER (Recreational)**

The student earned 0 out of 6 points. In general, responses were incorrect, either because they were off-task or irrelevant or they had no link to the reading situation. Some questions may have been blank or unscorable.

Performance Indicator

**SETTING AND PLOT (Recreational)**

The student earned 0 out of 12 points. In general, responses were incorrect, either because they were off-task or irrelevant or they had no link to the reading situation. Some questions may have been blank or unscorable.

Performance Indicator

**THEME/WRITER'S CRAFT (Recreational)**

The student earned 0 out of 9 points. In general, responses were incorrect, either because they were off-task or irrelevant or they had no link to the reading situation. Some questions may have been blank or unscorable.

## PROCESS CLUSTERS

Performance Indicator

**GET THE BIG PICTURE (Initial Understanding)**

The student earned 0 out of 9 points. In general, responses were incorrect, either because they were off-task or irrelevant or they had no link to the reading situation. Some questions may have been blank or unscorable.

Performance Indicator

**TAKE A CLOSER LOOK (Interpretation)**

The student earned 0 out of 9 points. In general, responses were incorrect, either because they were off-task or irrelevant or they had no link to the reading situation. Some questions may have been blank or unscorable.

Performance Indicator

**BE A CRITIC (Critical Analysis)**

The student earned 0 out of 9 points. In general, responses were incorrect, either because they were off-task or irrelevant or they had no link to the reading situation. Some questions may have been blank or unscorable.

STANFORD LEVEL/FORM: Primary 1/S
1995 NORMS: Fall National

Copy 01

Process No. 19691205-0552310-0621-00417-1

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.

STANFORD ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

EXHIBIT DA-16

STUDENT ... FO...

TEACHER: LOVE
SCHOOL: WALKER-JONES ELEM - 332
DISTRICT: D C PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 03
TEST DATE: 10/97

D[redacted] W[redacted]
Age: 8 Yrs 07 Mos
Student No: 8334307

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 118 | 53 | 546 | 15-3 | 28.2 |
| Word Study Skills | 48 | 30 | 562 | 33-4 | 40.7 |
| Vocabulary | 30 | 10 | 513 | 6-2 | 17.3 |
| Reading Comp. | 40 | 13 | 550 | 14-3 | 27.2 |
| Total Mathematics | 74 | 21 | 497 | 2-1 | 6.7 |
| Problem Solving | 46 | 15 | 517 | 3-1 | 10.4 |
| Procedures | 28 | 6 | 464 | 2-1 | 6.7 |
| Partial Battery | 192 | 74 | NA | 8-2 | 20.5 |

NATIONAL GRADE PERCENTILE BANDS

1 10 30 50 70 90 99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Word Study Skills** | 30/ 48/ 48 | | ✓ | |
| Structural Analysis | 12/ 12/ 12 | | H✓ | |
| Phonetic Analysis-Consonants | 13/ 18/ 18 | | ✓ | |
| Phonetic Analysis-Vowels | 5/ 18/ 18 | ✓ | | |
| **Reading Vocabulary** | 10/ 30/ 25 | ✓ | | |
| Synonyms | 7/ 18/ 13 | ✓ | | |
| Context | 1/ 6/ 6 | ✓ | | |
| Multiple Meanings | 2/ 6/ 6 | ✓ | | |
| **Reading Comprehension** | 13/ 40/ 40 | ✓ | | |
| Recreational | 4/ 14/ 14 | ✓ | | |
| Textual | 6/ 13/ 13 | | ✓ | |
| Functional | 3/ 13/ 13 | ✓ | | |
| Initial Understanding | 5/ 14/ 14 | ✓ | | |
| Interpretation | 8/ 20/ 20 | | ✓ | |
| Critical Analysis | 0/ 3/ 3 | ✓ | | |
| Process Strategies | 0/ 3/ 3 | ✓ | | |
| **Mathematics: Problem Solving** | 15/ 46/ 46 | ✓ | | |
| Concepts/Whole No. Comput. | 1/ 4/ 4 | ✓ | | |
| Number Sense and Numeration | 5/ 10/ 10 | ✓ | | |
| Geometry and Spatial Sense | 0/ 5/ 5 | ✓ | | |
| Measurement | 4/ 10/ 10 | ✓ | | |
| Statistics and Probability | 3/ 6/ 6 | ✓ | | |
| Fraction and Decimal Concepts | 1/ 3/ 3 | ✓ | | |
| Patterns & Relationships | 1/ 5/ 5 | ✓ | | |
| Problem-Solving Strategies | 0/ 3/ 3 | ✓ | | |
| **Mathematics: Procedures** | 6/ 28/ 28 | ✓ | | |
| Number Facts | 2/ 8/ 8 | ✓ | | |
| Computation/Symbolic Notation | 2/ 12/ 12 | ✓ | | |
| Computation in Context | 2/ 8/ 8 | ✓ | | |

| | Below Average | Average | Above Average |
|---|---|---|---|

STANFORD LEVEL/FORM: Primary 2/T
1995 NORMS: Fall National

Copy 02
Process No. 19792152-3331939-0876-01462-2

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.

STANFORD ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

## STUDENT REPORT with PERFORMANCE STANDARDS FOR
D[redacted] W[redacted]

Age: 8 Yrs 07 Mos
Student No: 8334307

TEACHER: LOVE
SCHOOL: WALKER-JONES ELEM - 332
DISTRICT: D C PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 03
TEST DATE: 10/97

| *SUBTESTS AND TOTALS* | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 118 | 53 | BELOW BASIC |
| Word Study Skills | 48 | 30 | BASIC |
| Vocabulary | 30 | 10 | BELOW BASIC |
| Reading Comp. | 40 | 13 | BELOW BASIC |
| Total Mathematics | 74 | 21 | BELOW BASIC |
| Problem Solving | 46 | 15 | BELOW BASIC |
| Procedures | 28 | 6 | BELOW BASIC |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

STANFORD LEVEL/FORM: Primary 2/T
1995 NORMS: Fall National

Copy 02
Process No. 19792152-3331939-0876-01463-2

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.


EXHIBIT
DA-17

# STANFORD ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: GPELOTE
SCHOOL: WALKER-JONES ELEM SC 332
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 03
TEST DATE: 04/98

STUDENT ...

D[redacted] W[redacted]
Age: 9 Yrs 01 Mos
Student No. 813430700

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 31 | 561 | 11-3 | 24.2 |
| Vocabulary | 30 | 9 | 530 | 4-2 | 13.1 |
| Reading Comp. | 54 | 22 | 577 | 21-3 | 33.0 |
| Total Mathematics | 76 | 22 | 531 | 4-2 | 13.1 |
| Problem Solving | 46 | 17 | 552 | 9-2 | 21.8 |
| Procedures | 30 | 5 | 494 | 2-1 | 6.7 |
| Partial Battery | 160 | 53 | NA | 7-2 | 18.7 |

NATIONAL GRADE PERCENTILE BANDS

1 10 30 50 70 90 99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| Reading Vocabulary | 9/ 30/ 29 | ✓ | | |
| Synonyms | 7/ 18/ 17 | ✓ | | |
| Context | 1/ 6/ 6 | ✓ | | |
| Multiple Meanings | 1/ 6/ 6 | ✓ | | |
| Reading Comprehension | 22/ 54/ 53 | ✓ | | |
| Recreational | 9/ 18/ 18 | | ✓ | |
| Textual | 7/ 18/ 18 | | ✓ | |
| Functional | 6/ 18/ 17 | ✓ | | |
| Initial Understanding | 6/ 14/ 14 | ✓ | | |
| Interpretation | 8/ 24/ 24 | ✓ | | |
| Critical Analysis | 6/ 8/ 8 | | ✓ | |
| Process Strategies | 2/ 8/ 7 | ✓ | | |
| Mathematics: Problem Solving | 17/ 46/ 45 | ✓ | | |
| Concepts/Whole No. Comput. | 1/ 4/ 4 | ✓ | | |
| Number Sense and Numeration | 3/ 6/ 5 | | ✓ | |
| Geometry and Spatial Sense | 4/ 6/ 6 | | ✓ | |
| Measurement | 5/ 10/ 10 | | ✓ | |
| Statistics and Probability | 1/ 6/ 6 | ✓ | | |
| Fraction and Decimal Concepts | 1/ 4/ 4 | ✓ | | |
| Patterns & Relationships | 0/ 3/ 3 | ✓ | | |
| Estimation | 1/ 3/ 3 | | ✓ | |
| Problem-Solving Strategies | 1/ 4/ 4 | ✓ | | |
| Mathematics: Procedures | 5/ 30/ 30 | ✓ | | |
| Number Facts | 1/ 6/ 6 | ✓ | | |
| Computation/Symbolic Notation | 2/ 12/ 12 | ✓ | | |
| Computation in Context | 1/ 9/ 9 | ✓ | | |
| Rounding | 1/ 3/ 3 | | ✓ | |

STANFORD LEVEL/FORM: Primary 3/T
1995 NORMS: Spring National

OTHER INFO: 2 Copy 01
Process No. 19891622-1550011-2590-37705-1

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.



ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: GPELOTE
SCHOOL: WALKER-JONES ELEM SC - 332
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 03
TEST DATE: 04/98

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
D[redacted] W[redacted]
Age: 9 Yrs 01 Mos
Student No: 833430?00

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 31 | BELOW BASIC |
| Vocabulary | 30 | 9 | BELOW BASIC |
| Reading Comp. | 54 | 22 | BELOW BASIC |
| Total Mathematics | 76 | 22 | BELOW BASIC |
| Problem Solving | 46 | 17 | BELOW BASIC |
| Procedures | 30 | 5 | BELOW BASIC |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

STANFORD LEVEL/FORM: Primary 3/T
1995 NORMS: Spring National

OTHER INFO: 2 Copy 01
Process No. 1989I622-1550011-2590-37706-1

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.

EXHIBIT DA-18

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**3RD GRADE REPORT CARD 1997-98**

Student: [redacted]
Student ID: 8334307
Teacher: Ms. Pelote
School: Walker-Jones
__ Special Ed Services __ Bilingual/ESL Services

| READING | 2 | 3 | 4 |
|---|---|---|---|
| Uses word attack skills | N | 3 | 3 |
| Uses vocabulary strategies | N | 3 | 3 |
| Identifies story elements (setting, character, plot, etc.) | N | 3 | 3 |
| Learns and uses vocabulary | N | 3 | 3 |
| Reads with comprehension | N | 3 | 3 |
| Uses research & study skills | N | N | N |
| **WRITING** | | | |
| Writes personal narrative, letter & brief report | N | 3 | 3 |
| Writes neatly & legibly | N | N | N |
| Uses correct grammar, capitalization & spelling | N | N | N |
| Uses writing process | N | 3 | 3 |
| **LISTENING SKILLS** | N | N | N |
| **SPEAKING SKILLS** | N | N | N |

| MATHEMATICS | 2 | 3 | 4 |
|---|---|---|---|
| Has rapid recall of basic facts (circled) Addition Subtr. Mult. Division | N | 3 | N |
| Understands place value | N | 3 | N |
| Computes using whole numbers | N | 3 | N |
| Understands/uses measurement | N | 3 | 3 |
| Describes & classifies shapes | 3 | 3 | 3 |
| Solves problems/applies skills | T | N | N |
| Models & explains relationship between whole numbers & fractions | T | 3 | N |
| **SOCIAL STUDIES** | | | |
| Demonstrates appropriate map and globe skills | N | N | N |
| Demonstrates understanding of the city of Washington, DC | X | 3 | 3 |
| Recognizes significant persons, events & places in the city | X | N | |
| **SCIENCE** | | | |
| Participates in science activities | 3 | N | |
| Demonstrates knowledge of science content | N | | |

**Reporting Key:**
1 = Excellent 2 = Good 3 = Satisfactory
4 = Unsatisfactory
X = Not Applicable N = Needs to make more effort T = Needs more time to develop

| ATTENDANCE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | | | 3 | 3 |
| Days Tardy | | | 3 | 2 |

| | 2 | 3 | 4 |
|---|---|---|---|
| **ART** | | | |
| **MUSIC** | | | |
| **PHYSICAL EDUCATION** | | | |
| **WORK HABITS** | | | |
| Follows directions | T | N | N |
| Completes classroom work | T | 3 | 3 |
| Works well with others/cooperates | T | 4 | 4 |
| Uses time wisely | T | 4 | 4 |
| Completes and returns homework | T | 4 | 4 |
| **PERSONAL & SOCIAL GROWTH** | | | |
| Follows classroom rules | T | 4 | 4 |
| Follows playground/school rules | 3 | 3 | 3 |
| Respects the rights/property of others | T | 4 | 4 |
| Listens while others speak | N | 4 | 4 |
| Practices self-control | T | 4 | 4 |

**INSTRUCTIONAL LEVEL**

| | below | at level | above |
|---|---|---|---|
| **Reading** | | | |
| 2nd Advisory | ✓ | | |
| 3rd Advisory | ✓ | | |
| 4th Advisory | ✓ | | |
| **Mathematics** | | | |
| 2nd Advisory | ✓ | | |
| 3rd Advisory | ✓ | | |
| 4th Advisory | ✓ | | |

Grade Next Year: 3

Revised DCPS/12-97

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**Elementary Report Card 1997-98**
**COMMENTS**

Student: D[redacted] W[redacted] Teacher: Pelote

Grade: 3 School: Walker-Jones.

**Second Advisory**

D[redacted] tries to master the basic reading and phonics skills. However, he is currently unable to read fluently.

His socialization with others is disruptive and he is quick to make judgements about his classmates.

D[redacted] eagerness to participate in class is delightful.

Teacher Signature: S. Pelote Date: 2/6/98

**Third Advisory**

D[redacted] is working toward mastery of his reading skills. I am pleased with his love for books. D[redacted] will ~~work~~ read all day if allowed. He is making a great deal of progress in the area of math.

D[redacted] still needs to work on self control in the classroom. I am recommending him for the summer S.T.A.R.S program where he will benefit from the instruction

Teacher Signature: S. Pelote Date: 4/30/98

**Fourth Advisory**

D[redacted] works well with direct supervision however when he is not under close monitoring he loses his focus. D[redacted] scored Below 75% of basic levels in ~~both~~ reading

The guidelines indicate that he must successfully complete summer Stars program

Teacher Signature: S. Pelote Date: 6/19/98

12/97

EXHIBIT DA-19

STANFORD ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: G PEEOTE
SCHOOL: WALKER JONES ELEM - 332
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 03
TEST DATE: 04/99

STUDENT [redacted] FOR
D[redacted] M A[redacted]
Age: 10 Yrs 01 Mos
Student No: 8334307

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 40 | 580 | 22-3 | 33.7 |
| Vocabulary | 30 | 20 | 600 | 43-5 | 46.3 |
| Reading Comp. | 54 | 20 | 570 | 17-3 | 29.9 |
| Total Mathematics | 76 | 25 | 539 | 6-2 | 17.3 |
| Problem Solving | 46 | 15 | 543 | 6-2 | 17.3 |
| Procedures | 30 | 10 | 532 | 12-3 | 25.5 |
| Partial Battery | 160 | 65 | NA | 17-3 | 29.7 |

NATIONAL GRADE PERCENTILE BANDS

1 10 30 50 70 90 99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| Reading Vocabulary | 20/ 30/ 30 | | ✓ | |
| Synonyms | 14/ 18/ 18 | | ✓ | |
| Context | 4/ 6/ 6 | | ✓ | |
| Multiple Meanings | 2/ 6/ 6 | ✓ | | |
| Reading Comprehension | 20/ 54/ 53 | ✓ | | |
| Recreational | 7/ 18/ 18 | ✓ | | |
| Textual | 8/ 18/ 18 | | ✓ | |
| Functional | 5/ 18/ 17 | ✓ | | |
| Initial Understanding | 7/ 14/ 14 | | ✓ | |
| Interpretation | 6/ 24/ 24 | ✓ | | |
| Critical Analysis | 3/ 8/ 8 | ✓ | | |
| Process Strategies | 4/ 8/ 7 | | ✓ | |
| Mathematics: Problem Solving | 15/ 46/ 46 | ✓ | | |
| Concepts/Whole No. Comput. | 1/ 4/ 4 | ✓ | | |
| Number Sense and Numeration | 1/ 6/ 6 | ✓ | | |
| Geometry and Spatial Sense | 3/ 6/ 6 | ✓ | | |
| Measurement | 4/ 10/ 10 | ✓ | | |
| Statistics and Probability | 2/ 6/ 6 | ✓ | | |
| Fraction and Decimal Concepts | 2/ 4/ 4 | | ✓ | |
| Patterns & Relationships | 1/ 3/ 3 | ✓ | | |
| Estimation | 0/ 3/ 3 | ✓ | | |
| Problem Solving Strategies | 1/ 4/ 4 | ✓ | | |
| Mathematics: Procedures | 10/ 30/ 29 | ✓ | | |
| Number Facts | 4/ 6/ 6 | | ✓ | |
| Computation/Symbolic Notation | 4/ 12/ 11 | ✓ | | |
| Computation in Context | 2/ 9/ 9 | ✓ | | |
| Rounding | 0/ 3/ 3 | ✓ | | |

| | Below Average | Average | Above Average |
|---|---|---|---|

STANFORD LEVEL/FORM: Primary 3/T
1995 NORMS: Spring National

OTHER INFO: 2--13-- Copy 01
Process No. 1999001-1590052-2669-28349-1

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.



# STANFORD

**ACHIEVEMENT TEST SERIES, NINTH EDITION**
**SELECT**

TEACHER:
SCHOOL:   PATTERSON JONES ELEM - 132
DISTRICT:   DC PUBLIC SCHOOLS
TEST TYPE:   MULTIPLE CHOICE

GRADE:   03
TEST DATE:   04/01

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
D███████ M A█████████
Age: 10 yrs 0 mo
Student No.: 814430███

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 40 | BELOW BASIC |
| Vocabulary | 30 | 20 | BASIC |
| Reading Compr. | 54 | 20 | BELOW BASIC |
| Total Mathematics | 76 | 25 | BELOW BASIC |
| Problem Solving | 46 | 15 | BELOW BASIC |
| Procedures | 30 | 10 | BELOW BASIC |

Performance standards are content referenced, they describe what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by a representative panel of educators who applied their collective judgment of how students at different achievement levels should perform. These experts defined students' achievement levels at four performance categories.

Below Basic indicates little or no mastery of fundamental knowledge and skills.

Basic denotes partial mastery of the knowledge and skills that are fundamental for acceptable work at the level the student is able to make clear meaningful connections.

Proficient represents solid academic performance indicating that students are prepared for the next grade level. At this level students have the ability, progressiveness of understanding and ability to apply knowledge and apply the subject.

Advanced signifies superior performance at each grade level near mastery. At the high school level, this group of students are academically college bound and prepared for college level courses, employment requiring advanced academic skills.

NOT USED

---

EXHIBIT DA-20

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**3RD GRADE REPORT CARD** 1998-99
(Page one of three)
Student Name: [redacted]
ID#: 8334307
School: Walker-Jones ES
Teacher: Ms. Price

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | | | ✓ |
| 2nd Advisory | | | ✓ |
| 3rd Advisory | | | ✓ |
| 4th Advisory | | | ✓ |
| **Mathematics** | | | |
| 1st Advisory | | | ✓ |
| 2nd Advisory | | | ✓ |
| 3rd Advisory | | | |
| 4th Advisory | | | ✓ |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | 2 | 2 | 2 | 2 |
| Uses word attack skills & vocabulary building strategies | ✓ | ✓ | ✓ | ✓ |
| Reads and comprehends 25 books | | | | |
| Identifies main idea and supporting details | -- | -- | -- | -- |
| Reads aloud with accuracy and fluency | ✓ | ✓ | ✓ | ✓ |
| Determines cause and effect relationships in text | ✓ | ✓ | ✓ | ✓ |
| **WRITING** | 1 | 1 | 1 | 1 |
| Writes a personal letter | -- | -- | -- | -- |
| Writes a personal narrative | | -- | -- | ✓ |
| Writes a brief report | -- | -- | -- | ✓ |
| Uses technology to create, revise and publish work | | NI | -- | -- |
| Uses correct grammar, capitalization & spelling | | -- | -- | -- |
| Uses writing process | -- | -- | -- | -- |
| **LISTENING SKILLS** | 1 | 2 | 1 | 3 |
| Exhibits appropriate audience behavior | -- | -- | -- | ✓ |
| Comprehends oral presentations | -- | ✓ | -- | ✓ |
| **SPEAKING SKILLS** | 1 | 1 | 2 | |
| Gives & understands oral directions | -- | ✓ | ✓ | ✓ |
| Participates in group discussions | -- | -- | ✓ | ✓ |
| Makes oral presentations | -- | -- | -- | ✓ |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | 1 | 2 | 2 | 2 |
| Adds & subtracts whole numbers with regrouping | -- | ✓ | ✓ | ✓ |
| Applies place value concepts | -- | ✓ | ✓ | ✓ |
| Models concepts of multiplication and division | NI | | ✓ | ✓ |
| Applies estimation and rounding strategies | -- | ✓ | ✓ | ✓ |
| Counts money & makes change | NI | -- | -- | + |
| Classifies three-dimensional shapes | NI | NI | -- | -- |
| Identifies geometric figures | NI | NI | ✓ | ✓ |
| Interprets data from charts, graphs and tables | NI | -- | ✓ | ✓ |
| Models & solves problems | -- | -- | -- | ✓ |

**Reporting Key:**
For overall grade in subject area:
4 = Exceeds the standard (Advanced)
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.
3 = Meets the standard (Proficient)
Student produces work that meets the standard; frequently produces very good work of high quality; applies skills/concepts correctly.
2 = Approaches the standard (Basic)
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.
1 = Does not meet the standard (Below Basic)
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.
For skills/expectations within subject area:
+ = Excellent -- = Unsatisfactory
√ = Satisfactory NI = Not Introduced

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**3RD GRADE REPORT CARD 1998-99**
(Page two of three)
Student Name: D[redacted] W[redacted]

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **SOCIAL STUDIES** | 1 | 1 | 1 | 1 |
| Identifies historical landmarks & key geographical features of the nation's capital | ✓ | ✓ | ✓ | ✓ |
| Recognizes significant persons, documents & events shaping Washington, D.C. | NI | NI | — | — |
| Describes the contributions of diverse groups to Washington, D.C. society | NI | — | — | — |
| Demonstrates recognition of names of other large cities & capitals | — | — | — | — |
| Demonstrates map & globe skills | ✓ | ✓ | ✓ | ✓ |
| **SCIENCE** | 2 | 2 | 2 | 2 |
| Uses scientific methods to ask & answer questions about the natural world | ✓ | ✓ | ✓ | ✓ |
| Describes how structures of living things adapt to function | NI | NI | — | — |
| Describes physical features of local environment | | NI | — | — |
| Describes how vibrating objects produce sound | ✓ | NI | — | — |
| Describes how matter changes | NI | NI | — | ✓ |
| Explains seasonal changes | ✓ | ✓ | ✓ | ✓ |
| **MUSIC** | 2 | 2 | 2 | 2 |
| Identifies music of various cultures and styles | NI | NI | — | — |
| Interprets music through singing, listening, performing, creating, reading & writing | ✓ | ✓ | ✓ | ✓ |
| **ART** | 2 | 2 | 2 | 2 |
| Applies different media, techniques & processes in artworks | ✓ | ✓ | ✓ | ✓ |
| Uses symbols & images to convey meaning | NI | NI | — | — |

| **HEALTH & PHYSICAL EDUCATION** | 1 | 3 | 3 | 3 |
|---|---|---|---|---|
| Explains consequences of negative & positive behaviors in conflict | — | — | — | — |
| Scores in acceptable levels for physical fitness; e.g. sit & reach, running | ✓ | ✓ | ✓ | ✓ |
| Displays increased motor skills in individual & team sports | NI | ✓ | ✓ | ✓ |

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:

+ = Excellent
√ = Satisfactory
-- = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | — | — | — | ✓ |
| Completes classwork on time | ✓ | — | — | — |
| Works well with others/cooperates | — | — | — | — |
| Uses time wisely | — | — | — | — |
| Completes and returns homework | — | — | — | ✓ |
| Participates in class discussions | — | ✓ | ✓ | ✓ |
| Makes an effort | — | ✓ | ✓ | ✓ |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | — | — | — | |
| Follows playground/school rules | ✓ | ✓ | ✓ | ✓ |
| Respects the rights/property of others | — | — | — | — |
| Listens while others speak | — | — | — | — |
| Practices self-control | — | — | — | — |

| **ATTENDANCE** | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 46 | 46 | 47 | 46 |
| Days Absent | 1 | 0 | 0 | 2 |
| Days Tardy | 0 | 2 | 2 | 1 |

**SUPPORT SERVICES** Check where applicable. Additional comments from support staff attached.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Resource; Reading | | | | |
| Resource: Mathematics | | | | |
| Special Education | | | | |
| Bilingual/ESL | | | | |

**District of Columbia Public Schools Report Card**
1998-99 (Page three of three)
**TEACHER COMMENTS**

Student Name: D[redacted] W[redacted] Grade: 3

**First Advisory** – D[redacted] work has improved this year. However I am concerned about his home work and the completeness of his classwork. D[redacted] often exhibits inappropriate behavior and shows no respect for others.
– The 3rd grade has a goal for each student to read 25 books this year. D[redacted] has read 5 books to date. Please help him to meet his goal.

[signature] 11/1/98

Teacher Signature Date

**Second Advisory** D[redacted] work habits have slacked off. ~~I have not~~ Seen any homework that was properly completed. D[redacted] has a wonderful sense of humor and when he grasps a concept he really knows it. However he plays too much to learn everything that is required to complete the 3rd grade. The 3rd Grade is required D[redacted] 25 books to date he has read ... of being retained.

[signature] 2/2/99

Teacher Signature Date

**Third Advisory**

See attached

[signature] 4-28-99

Teacher Signature Date

**Fourth Advisory**

See attached

[signature] 5-16-99

Teacher Signature Date

EXHIBIT DA-21

STANFORD ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: AVITA
SCHOOL: GAGE-ECKINGTON ELEM - 281
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 04
TEST DATE: 04/00

STUDENT [redacted] FOR
D[redacted] A[redacted]
Age: 11 Yrs 01 Mos
Student No: 8334307

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 32 | 589 | 13-3 | 26.3 |
| Vocabulary | 30 | 12 | 579 | 8-2 | 20.4 |
| Reading Comp. | 54 | 20 | 594 | 18-3 | 30.7 |
| Total Mathematics | 78 | 27 | 572 | 8-2 | 20.4 |
| Problem Solving | 48 | 20 | 584 | 15-3 | 28.2 |
| Procedures | 30 | 7 | 551 | 6-2 | 17.3 |
| Partial Battery | 162 | 59 | NA | 11-3 | 24.2 |

NATIONAL GRADE PERCENTILE BANDS
1 10 30 50 70 90 99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 12/ 30/ 30 | ✓ | | |
| Synonyms | 8/ 16/ 16 | ✓ | | |
| Context | 2/ 7/ 7 | ✓ | | |
| Multiple Meanings | 2/ 7/ 7 | ✓ | | |
| **Reading Comprehension** | 20/ 54/ 54 | ✓ | | |
| Recreational | 7/ 18/ 18 | ✓ | | |
| Textual | 5/ 18/ 18 | ✓ | | |
| Functional | 8/ 18/ 18 | ✓ | | |
| Initial Understanding | 7/ 12/ 12 | | ✓ | |
| Interpretation | 6/ 24/ 24 | ✓ | | |
| Critical Analysis | 3/ 9/ 9 | ✓ | | |
| Process Strategies | 4/ 9/ 9 | | ✓ | |
| **Mathematics: Problem Solving** | 20/ 48/ 48 | ✓ | | |
| Concepts/Whole No. Comput. | 2/ 4/ 4 | ✓ | | |
| Number Sense and Numeration | 0/ 6/ 6 | ✓ | | |
| Geometry and Spatial Sense | 3/ 6/ 6 | | ✓ | |
| Measurement | 5/ 10/ 10 | | ✓ | |
| Statistics and Probability | 3/ 6/ 6 | | ✓ | |
| Fraction and Decimal Concepts | 3/ 6/ 6 | | ✓ | |
| Patterns & Relationships | 2/ 3/ 3 | | ✓ | |
| Estimation | 1/ 3/ 3 | | ✓ | |
| Problem-Solving Strategies | 1/ 4/ 4 | | ✓ | |
| **Mathematics: Procedures** | 7/ 30/ 30 | ✓ | | |
| Number Facts | 3/ 3/ 3 | | H✓ | |
| Computation/Symbolic Notation | 3/ 12/ 12 | ✓ | | |
| Computation in Context | 0/ 12/ 12 | ✓ | | |
| Rounding | 1/ 3/ 3 | | ✓ | |

| | Below Average | Average | Above Average |
|---|---|---|---|

STANFORD LEVEL/FORM: Intermediate 1/T
1995 NORMS: Spring National

OTHER INFO: 2-----3--- Copy 01
Process No. 10092001-1332214-7929-11786-1

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.



ACHIEVEMENT TEST SERIES, NINTH EDITION
SELECT

TEACHER: AVITA
SCHOOL: GAGE-ECKINGTON ELEM - 281
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 04
TEST DATE: 04/00

**STUDENT REPORT with PERFORMANCE STANDARDS FOR**
D[redacted], A[redacted]
Age: 11 Yrs 01 Mos
Student No: 8334307

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 32 | BELOW BASIC |
| Vocabulary | 30 | 12 | BELOW BASIC |
| Reading Comp. | 54 | 20 | BELOW BASIC |
| Total Mathematics | 78 | 27 | BELOW BASIC |
| Problem Solving | 48 | 20 | BELOW BASIC |
| Procedures | 30 | 7 | BELOW BASIC |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

NOTES

STANFORD LEVEL/FORM: Intermediate 1/T
1995 NORMS: Spring National

OTHER INFO: 2-----3--- Copy 01
Process No. 10092001-1332214-7929-11787-1

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.





SECOND SEMESTER 1999 – 2000
Part A

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
4TH GRADE REPORT CARD

Student Name: D[redacted] A[redacted]

Grade Placement September, 2000 4

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 3rd Advisory | | | √ |
| 4th Advisory | | | √ |
| **Mathematics** | | | |
| 1st Advisory | | | √ |
| 2nd Advisory | | | √ |
| 3rd Advisory | | | √ |
| 4th Advisory | | | √ |

| Advisory | 3rd | 4th |
|---|---|---|
| **READING** | 2 | 1 |
| Uses word attack skills & vocabulary building strategies | √ | – |
| Learns and uses new vocabulary | √ | – |
| Reads and comprehends 25 books (0) (0) | – | – |
| Identifies character, setting, plot, theme and climax in stories | √ | – |
| Reads & comprehends everyday materials (e.g. schedules, ads ) | √ | – |
| **WRITING** | 1 | 1 |
| Writes narrative | √ | – |
| Writes report, using at least two sources | – | – |
| Writes response to literature | √ | – |
| Uses correct grammar, capitalization & spelling | – | – |
| Uses writing process | √ | – |
| **LISTENING SKILLS** | 2 | 1 |
| Exhibits appropriate audience behavior | √ | – |
| Comprehends oral presentations | √ | – |
| **SPEAKING SKILLS** | 1 | 1 |
| Summarizes orally what is read or written | √ | – |
| Participates in group discussions | – | – |
| Presents oral report | – | – |

| Advisory | 3rd | 4th |
|---|---|---|
| **MATHEMATICS** | 1 | 1 |
| Recalls basic multiplication and division facts | – | – |
| Computes using whole numbers | – | – |
| Compares & orders whole numbers, fractions and decimals | – | – |
| Adds & subtracts fractions | – | – |
| Adds & subtracts decimals | – | – |
| Applies rounding | √ | – |
| Measures area, perimeter & volume | – | – |
| Compares and contrasts geometric shapes and figures | √ | – |
| Writes expressions and equations to solve problems | √ | – |

**Reporting Key:**

For overall grade in subject area:

4 = Exceeds the standard (Advanced)
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.

3 = Meets the standard (Proficient)
Student produces work that meets the standard; frequently produces very good work of high quality; applies skills/concepts correctly.

2 = Approaches the standard (Basic)
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.

1 = Does not meet the standard (Below Basic)
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.

For skills/expectations within subject area:

+ = Excellent -- = Unsatisfactory
√ = Satisfactory NI = Not Introduced



SECOND SEMESTER 1999 – 2000
Part B

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
4TH GRADE REPORT CARD

Student Name: [redacted]

| Advisory | 3rd | 4th |
|---|---|---|
| **SOCIAL STUDIES** | 2 | 1 |
| Demonstrates map & globe skills | √ | – |
| Describes the physical geography of the United States | √ | – |
| Names and locates the regions of the U.S., their states & capitals | √ | – |
| Explains the relationship among people, places & environment | √ | √ |
| Describes the contributions of diverse groups to American culture | √ | √ |
| **SCIENCE** | 2 | 1 |
| Plans and conducts experiments to answer questions | √ | – |
| Describes conditions necessary to sustain life | √ | √ |
| Explains changes in Earth's features caused by natural forces | √ | √ |
| Describes factors that affect weather & seasonal change | √ | √ |
| Illustrates food chains and recycling of materials in nature | √ | – |
| Describes effects of common forces (gravity, magnetism) on objects | NI | – |
| **MUSIC** | | |
| Identifies music of various composers, cultures, styles & forms | N | A |
| Interprets music through singing, listening, performing & writing | – | – |
| Recognizes basic music symbols | – | – |
| **ART** | 2 | 2 |
| Applies different media, techniques & processes in artworks | √ | √ |
| Describes the use of symbols & images to identify different artists' styles | √ | √ |

| HEALTH & PHYSICAL EDUCATION | 2 | 3 |
|---|---|---|
| Distinguishes between safe and harmful behaviors in relationships | √ | + |
| Displays rhythmic skills in various dance activities | √ | + |
| Describes & demonstrates strategies for improved fitness | √ | + |

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:

+ = Excellent
√ = Satisfactory
– = Unsatisfactory

| Advisory | 3rd | 4th |
|---|---|---|
| **WORK HABITS** | | |
| Follows directions | – | – |
| Completes classwork on time | – | – |
| Works well with others/cooperates | – | – |
| Uses time wisely | – | – |
| Completes and returns homework | √ | – |
| Participates in class discussions | √ | – |
| Makes an effort | – | – |
| **PERSONAL & SOCIAL SKILLS** | | |
| Follows classroom rules | √ | √ |
| Follows playground/school rules | √ | √ |
| Respects the rights/property of others | √ | – |
| Listens while others speak | √ | – |
| Practices self-control | √ | – |

| ATTENDANCE | 3rd | 4th |
|---|---|---|
| Days of Instruction | 47 | 43 |
| Days Absent | 0 | 3 |
| Days Tardy | 13 | 0 |

**SUPPORT SERVICES** Check where applicable. Additional comments from support staff attached.

| | 3rd | 4th |
|---|---|---|
| Resource; Reading | – | – |
| Resource: Mathematics | – | – |
| Special Education | – | – |
| Bilingual/ESL | – | – |

**District of Columbia Public Schools Report Card**
1998-99 (Page three of three)
**TEACHER COMMENTS**

Student Name: D[redacted] A[redacted] Grade: 4

**First Advisory**

I am very concerned about D[redacted] behavior in class. I would appreciate a conference where you and I could sit and discuss some things/strategies we can improve D[redacted] behavior, and, in turn - increase his grades. D[redacted] is very dependent upon individual instructions and seems to be having a hard time adjusting to the new environment.

Miss Vita — Teacher Signature
2-8-00 — Date

**Second Advisory**

Teacher Signature ______ Date ______

**Third Advisory**

Teacher Signature ______ Date ______

**Fourth Advisory**

Teacher Signature ______ Date ______

EXHIBIT DA-23

STANFORD

SELECT

TEACHER: LANDY T
SCHOOL: GAGE-ECKINGTON ELEM - 281
DISTRICT: DC PUBLIC SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 04
TEST DATE: 04/01

STUDENT

D
Age: 12 Yrs 01 Mos
Student No. 8334307

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE |
|---|---|---|---|---|---|
| Total Reading | 84 | 38 | 601 | 19-3 | 31.5 |
| Vocabulary | 30 | 16 | 603 | 23-4 | 34.4 |
| Reading Comp. | 54 | 22 | 600 | 21-3 | 33.0 |
| Total Mathematics | 78 | 33 | 585 | 15-3 | 28.2 |
| Problem Solving | 48 | 21 | 587 | 17-3 | 29.9 |
| Procedures | 30 | 12 | 583 | 20-3 | 32.3 |
| Partial Battery | 162 | 71 | NA | 20-3 | 32.4 |

NATIONAL GRADE PERCENTILE BANDS

1 10 30 50 70 90 99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 16/ 30/ 28 | | √ | |
| Synonyms | 11/ 16/ 14 | | √ | |
| Context | 4/ 7/ 7 | | √ | |
| Multiple Meanings | 1/ 7/ 7 | √ | | |
| **Reading Comprehension** | 22/ 54/ 54 | √ | | |
| Recreational | 7/ 18/ 18 | √ | | |
| Textual | 8/ 18/ 18 | | √ | |
| Functional | 7/ 18/ 18 | √ | | |
| Initial Understanding | 4/ 12/ 12 | √ | | |
| Interpretation | 11/ 24/ 24 | | √ | |
| Critical Analysis | 3/ 9/ 9 | √ | | |
| Process Strategies | 4/ 9/ 9 | | √ | |
| **Mathematics: Problem Solving** | 21/ 48/ 48 | √ | | |
| Concepts/Whole No. Comput. | 3/ 4/ 4 | | √ | |
| Number Sense and Numeration | 1/ 6/ 6 | √ | | |
| Geometry and Spatial Sense | 2/ 6/ 6 | √ | | |
| Measurement | 4/ 10/ 10 | √ | | |
| Statistics and Probability | 3/ 6/ 6 | | √ | |
| Fraction and Decimal Concepts | 5/ 6/ 6 | | √ | |
| Patterns & Relationships | 1/ 3/ 3 | √ | | |
| Estimation | 0/ 3/ 3 | √ | | |
| Problem Solving Strategies | 2/ 4/ 4 | | √ | |
| **Mathematics: Procedures** | 12/ 30/ 29 | √ | | |
| Number Facts | 3/ 3/ 3 | | H√ | |
| Computation/Symbolic Notation | 6/ 12/ 12 | | √ | |
| Computation in Context | 2/ 12/ 11 | √ | | |
| Rounding | 1/ 3/ 3 | | √ | |

| | Below Average | Average | Above Average |
|---|---|---|---|

STANFORD LEVEL/FORM: Intermediate 1/T
1995 NORMS: Spring National

Scores based on normative data copyright © 1996 by Harcourt, Inc. All rights reserved.

OTHER INFO: 2 Copy 01
Process No. 10192001-1661722-0232-40357-1



**STANFORD** 

*ACHIEVEMENT TEST SERIES, NINTH EDITION*
SELECT

STUDENT REPORT with
PERFORMANCE STANDARDS FOR
[redacted]

STUDENT: GARDY J
SCHOOL: GAGE ARRINGTON ELEM 241
DISTRICT: TOPEKA SCHOOLS
TEST TYPE: MULTIPLE CHOICE

GRADE: 04
TEST DATE: 04/01

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
|---|---|---|---|
| Total Reading | 84 | 58 | BELOW BASIC |
| Vocabulary | 30 | 16 | BASIC |
| Reading Comp. | 54 | 42 | BELOW BASIC |
| Total Mathematics | 78 | 53 | BELOW BASIC |
| Problem Solving | 48 | 41 | BELOW BASIC |
| Procedures | 30 | 12 | BELOW BASIC |

Performance Standards are content-referenced scores that report what students know and should be able to do in different subject areas. The Stanford Performance Standards were developed by expert panels of educators who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgements yielded four categories, or levels, of student performance.

**Below Basic** indicates little or no mastery of fundamental knowledge and skills.

**Basic** denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level this is higher than minimum competency skills.

**Proficient** represents solid academic performance, indicating that students are prepared for the next grade. At the high school level this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

**Advanced** signifies superior performance beyond grade level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

## NOTES

OTHER INFO:

Scores based on normative data copyright © 1996 by Harcourt, Inc. All rights reserved.



EXHIBIT
DA-24

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
4TH GRADE REPORT CARD SY 00-01
(Page one of three)
Student Name: [redacted]
ID#:
School: Gage Eckington
Teacher:

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | | | ✓ |
| 2nd Advisory | | | ✓ |
| 3rd Advisory | | | ✓ |
| 4th Advisory | | | ✓ |
| **Mathematics** | | | |
| 1st Advisory | | | ✓ |
| 2nd Advisory | | | ✓ |
| 3rd Advisory | | | ✓ |
| 4th Advisory | | | ✓ |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | 1 | 2 | 2 | |
| Uses word attack skills & vocabulary building strategies | – | + | | |
| Learns and uses new vocabulary | | + | | |
| Reads and comprehends 25 books | – | | | |
| Identifies character, setting, plot, theme and climax in stories | – | | | |
| Reads & comprehend every-day materials (e.g. schedules, ads) | NI | – | | |
| **WRITING** | 1 | 1 | 1 | 1 |
| Writes narrative | ✓ | ✓ | ✓ | ✓ |
| Writes report, using at least two sources | NI | NI | – | – |
| Writes response to literature | NI | – | – | – |
| Uses correct grammar, capitalization & spelling | – | – | – | – |
| Uses writing process | – | – | – | – |
| **LISTENING SKILLS** | 2 | 1 | 2 | 2 |
| Exhibits appropriate audience behavior | ✓ | – | – | – |
| Comprehends oral presentations | – | – | ✓ | ✓ |
| **SPEAKING SKILLS** | 1 | 1 | 2 | 2 |
| Summarizes orally what is read or written | – | – | ✓ | ✓ |
| Participates in group discussions | – | – | – | + |
| Presents oral report | NI | NI | NI | |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | 1 | 1 | 2 | 2 |
| Recalls basic multiplication and division facts | ✓ | ✓ | + | + |
| Computes using whole numbers | – | ✓ | + | ✓ |
| Compares & orders whole numbers, fractions and decimals | | – | – | – |
| Adds & subtracts fractions | NI | – | – | – |
| Adds & subtracts decimals | NI | – | ✓ | ✓ |
| Applies rounding | ✓ | ✓ | ✓ | ✓ |
| Measures area, perimeter & volume | NI | NI | – | – |
| Compares and contrasts geometric shapes and figures | NI | NI | – | |
| Writes expressions and equations to solve problems | – | – | ✓ | ✓ |

**Reporting Key:**

For overall grade in subject area:

4 = Exceeds the standard (Advanced)
Student takes initiative to exceed the standard, consistently produces excellent work, applying skills/concepts correctly, shows creativity and insight.

3 = Meets the standard (Proficient)
Student produces work that meets the standard, frequently produces very good work of high quality, applies skills/concepts correctly.

2 = Approaches the standard (Basic)
Student shows a basic working knowledge of skills/concepts, produces satisfactory work, usually applies skills/concepts correctly.

1 = Does not meet the standard (Below Basic)
Student does not show basic working knowledge of skills/concepts, seldom produces work of satisfactory quality.

For skills/expectations within subject area:
+ = Excellent  – = Unsatisfactory
✓ = Satisfactory  NI = Not Introduced

*Revised 2000-2001*

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**4TH GRADE REPORT CARD**
(Page two of three)
Student Name: [redacted]

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **SOCIAL STUDIES** | 2 | 2 | 2 | 2 |
| Demonstrates map & globe skills | ✓ | ✓ | ✓ | ✓ |
| Describes the physical geography of the United States | NI | — | — | ✓ |
| Names and locates the regions of the U.S., their states & capitals | ✓ | — | — | ✓ |
| Explains the relationship among people, places & environment | NI | NI | ✓ | ✓ |
| Describes the contributions of diverse groups to American culture | NI | NI | NI | ✓ |
| **SCIENCE** | 1 | 2 | 2 | 2 |
| Plans and conducts experiments to answer questions | — | | | |
| Describes conditions necessary to sustain life | | | | |
| Explains changes in Earth's features caused by natural forces | NI | | | |
| Describes factors that affect weather & seasonal change | NI | | | |
| Illustrates food chains and recycling of materials in nature | NI | | | |
| Describes effects of common forces (gravity, magnetism) on objects | NI | | | |
| **MUSIC** | | | | |
| Identifies music of various composers, cultures, styles & forms | | | | |
| Interprets music through singing, listening, performing & writing | | | | |
| Recognizes basic music symbols | | | | |
| **ART** | 2 | 2 | 2 | 2 |
| Applies different media, techniques & processes in artworks | | | | |
| Describes the use of symbols & images of different artists' styles | | | | |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **HEALTH & PHYSICAL EDUCATION** | 2 | 2 | 2 | 2 |
| Distinguishes between safe and harmful behaviors in relationships | | | | |
| Displays rhythmic skills in various dance activities | | | | |
| Describes & demonstrates strategies for improved fitness | | | | |

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:
+ = Excellent
✓ = Satisfactory
– = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | — | — | — | — |
| Completes classwork on time | — | — | — | — |
| Works well with others/cooperates | — | — | — | — |
| Uses time wisely | — | — | — | — |
| Completes and returns homework | — | — | ✓ | — |
| Participates in class discussions | — | — | — | — |
| Makes an effort | — | — | — | — |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | — | — | — | — |
| Follows playground/school rules | — | — | ✓ | — |
| Respects the rights/property of others | — | — | — | — |
| Listens while others speak | ✓ | — | — | — |
| Practices self-control | — | — | — | ✓ |

| ATTENDANCE | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 46 | 44 | 45 | |
| Days Absent | 13 | 8 | 6 | |
| Days Tardy | 3 | 0 | 0 | |

**SUPPORT SERVICES** Check where applicable. Additional comments from support staff attached.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Resource, Reading | | | | |
| Resource, Mathematics | | | | |
| Special Education | | | | |
| Bilingual/ESL | | | | |

**Grade Next Year** 5

**District of Columbia Public Schools Report Card**
SY 00 - 01 (Page three of three)
**TEACHER COMMENTS**

Student Name: D[redacted] A[redacted] Grade: 4

**First Advisory**
When D[redacted] chooses to focus on his work, he shows that he is capable of doing. His grades however reflect the lack of work that he completes. Though he has improved since the beginning of September [redacted] needs to begin following directions and respecting his teacher and classmates.

Teacher Signature: [signature] Date: 11/6/00

**Second Advisory**
D[redacted] has had a very difficult advisory. He often gets into physical and verbal arguments with other students, speaks out of turn and walks out of the classroom without permission. He has shown little improvement due to lack of effort. He shows great potential and seems to love to read about history.

Teacher Signature: [signature] Date: 1/29/01

**Third Advisory**
D[redacted] has shown great improvement in completing his homework and classwork. Though he continues to struggle with socially appropriate behaviors he shows a love for learning and succeeding. He needs to work on leaving other students alone and controlling his anger.

Teacher Signature: [signature] Date: 4/9/01

**Fourth Advisory**
D[redacted] needs to work on his math skills this summer! See you in the 5th grade!

Teacher Signature: [signature] Date: 6/15/01



EXHIBIT
DA-25

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**5TH GRADE REPORT CARD** SY 01-02
(Page one of three)
Student Name: D[redacted]
ID#: 8334507
School: Garfield Terrace ES
Teacher: Ms. J. Landy

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | | | ✓ |
| 2nd Advisory | | | ✓ |
| 3rd Advisory | | | ✓ |
| 4th Advisory | | | ✓ |
| **Mathematics** | | | |
| 1st Advisory | | | ✓ |
| 2nd Advisory | | | ✓ |
| 3rd Advisory | | | ✓ |
| 4th Advisory | | | ✓ |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | 1 | 1 | 1 | 1 |
| Uses word attack skills & vocabulary strategies | ✓ | ✓ | ✓ | ✓ |
| Learns and uses new vocabulary | – | – | – | – |
| Reads and comprehends 25 books | – | – | – | – |
| Recognizes literary devices (e.g. simile, exaggeration) | NI | NI | NI | – |
| Compares/contrasts literary works | – | – | – | – |
| Locates and uses information | – | – | – | – |
| **WRITING** | 1 | 1 | 1 | 1 |
| Writes set of instructions | NI | NI | – | – |
| Writes detailed narrative | – | – | – | – |
| Writes research report | NI | NI | NI | NI |
| Writes response to literature | ✓ | ✓ | ✓ | ✓ |
| Uses correct grammar, capitalization & spelling | – | – | – | – |
| Uses writing process | – | – | – | – |
| **LISTENING SKILLS** | 2 | 2 | 2 | 2 |
| Exhibits appropriate audience behavior | – | – | – | – |
| Comprehends oral presentations | ✓ | ✓ | ✓ | ✓ |
| **SPEAKING SKILLS** | 1 | 1 | 1 | 1 |
| Gives oral directions | – | – | – | – |
| Participates in group discussions | – | – | – | – |
| Makes oral presentations | NI | NI | NI | – |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | 1 | 1 | 1 | 1 |
| Computes using whole numbers | – | – | – | – |
| Applies place value concepts | – | – | – | – |
| Describes & compares quantities | NI | NI | NI | – |
| Computes using fractions | NI | NI | – | – |
| Computes using decimals | NI | – | – | – |
| Identifies geometric figures | NI | NI | – | – |
| Estimates/measures objects | NI | NI | – | – |
| Collects, organizes & displays data on charts, graphs and tables | NI | – | – | – |
| Models & solves problems | – | – | – | – |

**Reporting Key:**

For overall grade in subject area:

4 = Exceeds the standard (Advanced)
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.

3 = Meets the standard (Proficient)
Student produces work that meets the standard; frequently produces very good work of high quality; applies skills/concepts correctly.

2 = Approaches the standard (Basic)
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.

1 = Does not meet the standard (Below Basic)
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.

For skills/expectations within subject area:

+ = Excellent -- = Unsatisfactory
√ = Satisfactory NI = Not Introduced

*Revised 2000-2001*



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**5TH GRADE REPORT CARD** SY 01-02
(Page two of three)
Student Name: [redacted]

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **SOCIAL STUDIES** | 1 | 1 | 1 | 1 |
| Demonstrates map & globe skills | – | – | – | ✓ |
| Demonstrates understanding of chronological order | – | – | – | – |
| Uses multiple methods of research to learn about American history | NI | NI | NI | – |
| Recognizes significant persons, documents & events from early American history | NI | ✓ | ✓ | ✓ |
| Describes the contributions of diverse groups to American history | NI | NI | NI | – |
| **SCIENCE** | 1 | 1 | 1 | 1 |
| Uses scientific methods to ask & answer questions about the natural world | – | – | – | – |
| Categorizes living things according to characteristics and behaviors | NI | NI | + | – |
| Conducts experiments to examine properties of different substances | NI | – | – | – |
| Designs objects for specific uses and purposes | NI | NI | NI | – |
| Explains the location & movement of objects in the solar system | NI | – | – | – |
| **MUSIC** | 1 | 1 | 1 | 1 |
| Identifies music of various composers, cultures, styles & forms | NI | NI | NI | – |
| Interprets music through singing, listening, performing & writing | – | – | – | – |
| Recognizes basic music symbols | NI | – | – | – |
| **ART** | 1 | 1 | 1 | 1 |
| Applies different media, techniques & processes in artworks | NI | – | – | – |
| Describes the use of symbols & images to identify different artists' styles | NI | NI | – | – |

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **HEALTH & PHYSICAL EDUCATION** | 2 | 2 | 2 | 2 |
| Explains behaviors that promote health and prevent disease | NI | NI | NI | NI |
| Demonstrates proficiency in basic physical education skills | ✓ | ✓ | ✓ | ✓ |
| Compares basic offensive & defensive strategies in games | ✓ | ✓ | ✓ | ✓ |

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:
+ = Excellent
√ = Satisfactory
– = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | – | – | – | – |
| Completes classwork on time | – | – | – | – |
| Works well with others/cooperates | – | – | – | – |
| Uses time wisely | – | – | – | – |
| Completes and returns homework | – | – | – | – |
| Participates in class discussions | – | – | – | – |
| Makes an effort | – | – | – | – |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | – | + | – | – |
| Follows playground/school rules | – | + | – | – |
| Respects the rights/property of others | – | – | – | – |
| Listens while others speak | – | – | – | – |
| Practices self-control | – | – | – | – |

| **ATTENDANCE** | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 46 | 46 | 45 | 46 |
| Days Absent | 2 | 11 | 11 | 23 |
| Days Tardy | 0 | 2 | 0 | 0 |

**SUPPORT SERVICES** Check where applicable. Additional comments from support staff attached.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Resource; Reading | | | | |
| Resource: Mathematics | | | | |
| Special Education | | ✓ | ✓ | ✓ |
| Bilingual/ESL | | | | |

**Grade Next Year** 6

*Revised 2000-2001*

# District of Columbia Public Schools Report Card

SY [illegible] - [illegible] (Page three of three)

## TEACHER COMMENTS

Student Name: D[redacted] [redacted] Grade: 5

**First Advisory**

[illegible] D[redacted] [illegible]

Teacher Signature [illegible] Date [illegible]

**Second Advisory**

D[redacted] grades do not reflect his capabilities. He has shown improvement and is beginning to demonstrate more effort.

Teacher Signature J. Fandy Date 2/2/02

**Third Advisory**

D[redacted] continues to express interest in learning but puts in very little time or effort. He should practice reading each night at home or a place to go out everyday.

Teacher Signature [signature] Fandy Date 4/20/02

**Fourth Advisory**

Have a great summer, D[redacted], and good luck next year. I will miss you! I expect great things from you, D[redacted].

Teacher Signature Jouna Fandy Date 6/1/02



DISTRICT OF COLUMBIA PUBLIC SCHOOLS

EXHIBIT DA-26

# REPORT FORM

07/08/03

SHAW JUNIOR HIGH SCHOOL

REPORT TO PARENTS ON STUDENT PROGRESS

STUDENT ID: 8334307 STUDENT NAME: A[redacted], D[redacted]

GRADE: 07 HOMEROOM: 7205

78

| COURSE TEACHER | SEC | SUBJECT COMMENTS | GRADES ADV 1 | ADV 2 | ADV 3 | ADV 4 | FINAL | EARN CRED | CLASS ABSENCE ADV | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 FITZGERALD | 01 | ART 7 | C | C+ | | | C+ | | | 0 |
| AA8 TURNER | 04 | CITIZENSHIP | B | B | A | C | B- | | 18 | 52 |
| E00 PITTMAN | 05 | ENGLISH RESOURC | B | C+ | D | C- | C- | | | 0 |
| E24 TURNER | 04 | TST TK STUDIES | S | U | S | U | S | | | 0 |
| H00 PITTMAN | 02 | SOC STU RESOURC | C- | C- | D | C | C | | | 0 |
| M00 GREEN | 12 | MATH RESOURCE NEEDS MORE STUDY EXCESSIVE ABSENCES | C- | C | C- | D | D | | 15 | 32 |
| N00 TAYLOR | 11 | READING RESOURC | C | C+ | C | C- | C- | | | 0 |
| N02 Dickerson | 02 | READING COMP NEEDS MORE STUDY | | | C | C | C | | | 6 |

SHAW JUNIOR HIGH
PROMOTED

HOMEROOM ABSENCES: 11.5 EXCUSED: 0.0 UNEXCUSED: 11.5 TARDY: 0

D[redacted] A[redacted]
[redacted], [redacted]
WASHINGTON, DC 20001



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

EXHIBIT DA-27

## REPORT FORM

06/25/04
*FRANCIS JUNIOR HIGH SCHOOL*
REPORT TO PARENTS ON STUDENT PROGRESS

STUDENT ID: 8334307 STUDENT NAME: A[redacted], D[redacted]
GRADE: 08 HOMEROOM: 8116

150

| COURSE TEACHER | SEC | SUBJECT COMMENTS | ADV 1 | ADV 2 | ADV 3 | ADV 4 | FINAL | EARN CRED | CLASS ABSENCE ADV | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| :02S WITCHER *Sp Ed.* | 01 | ENGLISH 8<br>NEEDS MORE STUDY<br>EXCELLENT BEHAVIOR | C- | | C- | C- | C- | | | 0 |
| I15 JOHNSON *Regular* | 06 | AMER HISTORY<br>POOR BEHAVIOR<br>NEEDS MORE STUDY | D | | C | D | D | | 8 | 9 |
| I01 Harper *Regular* | 05 | MATH FUNDAMENT | F | | | | F | | | 0 |
| 18S GROSS *Sp Ed* | 01 | FIRST HALF ALGE<br>NEEDS MORE STUDY<br>LACKS INITIATIVE | B | | D- | F | D- | 0.50 | 5 | 23 |
| 02 HARMON *Reg.* | 04 | READING COMP<br>NEEDS MORE STUDY<br>NEEDS MORE STUDY | | | D+ | D- | D | | 4 | 10 |
| 12 DICKENS | 06 | HLTH & PE 8<br>LACKS INITIATIVE<br>NEEDS MORE STUDY | | | F | D | D | | | 0 |
| 02 PRICE | 04 | PHYSICAL SCIENC<br>LACKS INITIATIVE<br>GOOD PARTICIPATION | C- | | D- | D- | D | | 15 | 22 |
| 12 Miles | 05 | MUSIC 8 | C | | | | C | | | 0 |

HOMEROOM ABSENCES: 7.0 EXCUSED: 0.0 UNEXCUSED: 7.0 TARDY: 1

D[redacted] A[redacted]
[redacted]
WASHINGTON, DC 20001

The CHILDREN'S LAW CENTER

EXHIBIT DA-28

October 23, 2003

Mr. Gregory E. Thomas, Principal
Shaw Junior High School
925 Rhode Island Avenue, N.W.
Washington D.C. 20001

Re: D[redacted] A[redacted]

Dear Mr. Thomas:

I am writing to request a copy of the cumulative school records file that you have for D[redacted] A[redacted]. Please include his report cards, IEPs, disciplinary reports, progress reports, teacher's notes, and copies of any evaluations done.

Please find attached an Authorization for Release of Documents and Information signed by D[redacted] mother Ms. Corrine Anthony.

Please mail the records to my attention to the following address: The Health Access Project at Children's National Medical Center, c/o General Pediatrics, 111 Michigan Avenue N.W., Washington D.C., 20010.

Thank you in advance for your timely response. If you have any questions, please call me at (202) 884-3141.

Sincerely,

Tracy L. Goodman
Staff Attorney

Enclosure

The CHILDREN'S LAW CENTER

EXHIBIT DA-29

November 7, 2003

Mr. Gregory E. Thomas, Principal
Shaw Junior High School
925 Rhode Island Avenue, N.W.
Washington D.C. 20001

*Sent by fax to (202) 673-2364*
Re: D[redacted] A[redacted]

Dear Mr. Thomas:

I am writing for a second time to request a copy of the cumulative school records file that you have for D[redacted] A[redacted]. Please include his report cards, IEPs, disciplinary reports, progress reports, teacher's notes, and copies of any evaluations done.

Please find attached an Authorization for Release of Documents and Information signed by D[redacted] mother Ms. Corrine Anthony. Also find attached a copy of the first letter sent via U.S. Mail to Shaw Junior High school.

Please make the records available for pick up by November 12, 2003. We will contact your office to make an appointment to pick up the records.

Thank you in advance for your timely response. If you have any questions, please call me at (202) 884-3141.

Sincerely,

Tracy L. Goodman
Staff Attorney

Attachments



The CHILDREN'S LAW CENTER

December 11, 2003

Mr. Ralph Neal, Assistant Superintendent
District of Columbia Public Schools
825 N. Capitol Street N.E., 9th Floor
Washington D.C. 20002

*Sent by fax to (202) 442-5303*

**Re: D[redacted] A[redacted] (DOB [redacted]/89)**

Dear Mr. Neal:

I am writing on behalf of Corrine Anthony to request that a discretionary transfer be granted for her son D[redacted] A[redacted] to attend a different school. D[redacted] is currently enrolled at Shaw Junior High School as an eighth grade special education student. He is currently receiving visiting instruction services at home and will do so until early January 2004.

D[redacted] suffered a severe injury at Shaw Junior High School in early September of 2003. He was pushed down the steps at school which resulted in a left leg fracture. D[redacted] receives ongoing medical care at Children's National Medical Center in relation to this injury. This leg fracture has prevented D[redacted] from attending school, and he will not be able to return until January 2004. D[redacted] also has substantial mental health problems, including a diagnosis of paranoid schizophrenia. D[redacted] expresses a very real fear of returning to Shaw and is extremely worried that he will be hurt again. When asked about his fears, D[redacted] has been able to share recently that the incident resulting in the broken leg was not the first time he was targeted and he shamefully told his medical care provider about another situation involving other students picking on him and becoming physically aggressive with him. D[redacted] is ashamed to admit it, but he is truly afraid.

I have attached a release of information signed by Ms. Anthony along with a Physician's Certificate of Pupil's Inability to Attend School which indicates D[redacted] may return on January 12, 2004.

Ms. Anthony respectfully requests that D[redacted] be permitted to attend either Francis Junior High School or Hardy Middle School, both of which are located in Ward 2. The extenuating circumstances outlined in this letter justify a discretionary transfer.

**901 15th Street NW • 5th Floor • Washington, DC 20005**
**Phone (202) 467-4900 • Fax (202) 467-4949 • www.childrenslawcenter.org**

Please contact me at (202) 884-3141 or fax number (202) 884-4730 at your earliest convenience. Thank you for your prompt attention to this matter.

Sincerely,

Tracy L. Goodman

Attachment

cc: Ms. Anthony

PUBLIC SCHOOLS OF THE DISTRICT OF COLUMBIA

PHYSICIAN'S CERTIFICATE OF PUPIL'S INABILITY TO ATTEND SCHOOL

Date 12/4/03

To the Board of Education:

This is to certify that D[redacted] A[redacted] 9-11-03

Name Birth Date

M [redacted] Wash DC 20001 Shaw Jr. High 8

Sex Address School Grade

has been under my care since 9/11/03 and is physically unable to attend school at this time. This pupil will probably be able to return to school within 4 weeks or ______ months or ______ years.

may return to school on 1/12/04

(Signed) [signature], M.D.

Address Children's Hospital

Telephone # 111 Michigan Ave NW Wash DC 20010

CONFIDENTIAL STATEMENT 2028841353

Physician will check appropriate items in the following four columns and fill in *diagnosis* and *remarks* below.

| Anatomical Location | Types of Lesions | Degree of Disability | Prognosis |
|---|---|---|---|
| Skin | Physical (circled) | Complete | Permanent |
| Head | Mental | Partial (circled) | Partial Improvement |
| Eyes | Nervous | | Complete Recovery (circled) |
| Ears | Organic | | |
| Throat | Functional (circled) | | |
| Joints | Communicable | | |
| Upper Limbs R L | Noncommunicable (circled) | | |
| Lower Limbs (circled) R L (L circled) | Infectious | | |
| Spine | Noninfectious (circled) | | |
| Thorax | Spastic Paralysis | | |
| Lungs | Flaccid Paralysis | | |
| Heart | | | |
| Abdomen | | | |
| Gastro Intestinal Tract | | | |
| Genito Urinary Tract | | | |
| Nervous System | | | |
| General | | | |

Diagnosis and Remarks: left leg fracture - not fully weight bearing without pain - start physical therapy next week

Taft Building
Room 203
1800 Perry Street, NE
Washington, DC 20018
PHONE: 202-576-5600; FAX: 202-576-5417





District of Columbia Public Schools

# Student Services Division

Union Square Building
825 North Capitol Street, N.E.
Washington, D.C. 20002
Room 8020
(202) 442-5200/Fax (202) 442-5303

# - FAX TRANSMITTAL-

TO: Ms. Tracy L. Goodman
Children's Law Center (202) 884-4730

FROM: Ralph H. Neal, Asst. Supt.

DATE: 12-12-03

RE: D[redacted] A[redacted]

**Message:**

The CHILDREN'S LAW CENTER

December 11, 2003

Mr. Ralph Neal, Assistant Superintendent
District of Columbia Public Schools
825 N. Capitol Street N.E., 9th Floor
Washington D.C. 20002

*Sent by fax to (202) 442-5303*

**Re: D[redacted] A[redacted] (DOB[redacted]/89)**

Dear Mr. Neal:

I am writing on behalf of Corrine Anthony to request that a discretionary transfer be granted for her son D[redacted] A[redacted] to attend a different school. D[redacted] is currently enrolled at Shaw Junior High School as an eighth grade special education student. He is currently receiving visiting instruction services at home and will do so until early January 2004.

D[redacted] suffered a severe injury at Shaw Junior High School in early September of 2003. He was pushed down the steps at school which resulted in a left leg fracture. D[redacted] receives ongoing medical care at Children's National Medical Center in relation to this injury. This leg fracture has prevented D[redacted] from attending school, and he will not be able to return until January 2004. D[redacted] also has substantial mental health problems, including a diagnosis of paranoid schizophrenia. D[redacted] expresses a very real fear of returning to Shaw and is extremely worried that he will be hurt again. When asked about his fears, D[redacted] has been able to share recently that the incident resulting in the broken leg was not the first time he was targeted and he shamefully told his medical care provider about another situation involving other students picking on him and becoming physically aggressive with him. D[redacted] is ashamed to admit it, but he is truly afraid.

I have attached a release of information signed by Ms. Anthony along with a Physician's Certificate of Pupil's Inability to Attend School which indicates D[redacted] may return on January 12, 2004.

Ms. Anthony respectfully requests that D[redacted] be permitted to attend either Francis Junior High School or Hardy Middle School, both of which are located in Ward 2. The extenuating circumstances outlined in this letter justify a discretionary transfer.

901 15th Street NW • 5th Floor • Washington, DC 20005
Phone (202) 467-4900 • Fax (202) 467-4949 • www.childrenslawcenter.org

Please contact me at (202) 884-3141 or fax number (202) 884-4730 at your earliest convenience. Thank you for your prompt attention to this matter.

Sincerely,

Tracy L. Goodman

Approved ____________
Ralph H. Neal
Assistant Superintendent
Division of Student Services

Attachment

cc: Ms. Anthony

The CHILDREN'S LAW CENTER

EXHIBIT
DA-32

January 21, 2004

Dr. Courtney Fletcher, Principal
Francis Junior High School
2425 N Street, N.W.
Washington D.C.

*Hand-delivered on January 21, 2004*

Re: D[redacted] A[redacted]

Dear Dr. Fletcher:

I am writing on behalf of Corrine Anthony, the mother of special education student D[redacted] A[redacted]. Ms. Anthony requested and received permission for a discretionary transfer out of Shaw Junior High School for her son D[redacted] subsequent to a serious injury resulting from a bullying incident at that school. Mr. Ralph Neal, assistant superintendent, informed Ms. Anthony that Francis Junior High School is the school approved for D[redacted] enrollment.

I am accompanying Ms. Anthony to Francis JHS today so that D[redacted] may be enrolled to begin school as soon as possible. I am providing you with a copy of D[redacted] current IEP along with a copy of the letter indicating the transfer request was approved. A new transportation form will also need to be submitted, which I have filled out and attached as well. Please also find attached an Authorization for Release of Documents and Information signed by Ms. Anthony.

Thank you in advance for your assistance with this matter. Ms. Anthony is pleased that D[redacted] will be able to have a fresh start at Francis, without the fear of being bullied. If you have any questions, please call me at (202) 884-3141.

Sincerely,

Tracy L. Goodman
Staff Attorney

Attachments

901 15th Street NW • 5th Floor • Washington, DC 20005
Phone (202) 467-4900 • Fax (202) 467-4949 • www.childrenslawcenter.org



EXHIBIT DA-33

June 19, 2004

Ms. Christine Gross, Special Education Coordinator
Francis Junior High School
2425 N Street, N.W.
Washington D.C.

**Re: D[redacted] A[redacted]**

*Faxed to (202)724-3957*

Dear Ms. Gross:

I am writing in reference to D[redacted] A[redacted], as a follow up to our telephone conversation on June 16, 2004.

It is my understanding that D[redacted] will be attending summer school this year as well as receiving speech and language therapy and psychological counseling during this time. You indicated you would fax me the summer school forms for the parent to fill out, but I have not received the forms as of yet.

Second, you indicated that D[redacted] has *not* been receiving speech and language therapy and psychological counseling as required by his current IEP. Because of this lack of services, you informed me that a compensatory education plan was going to be developed for D[redacted]. In order to determine the type and amount of compensatory services D[redacted] needs, we will need to know exactly when the services were terminated. Please provide me with the related service providers' progress notes and encounter tracker forms so we can determine how many sessions D[redacted] actually received.

Third, the fact that D[redacted], an emotionally disturbed child with grave mental health issues, has been attending school without receiving the therapeutic services he requires is alarming. Ms. Anthony was not aware that her son was not receiving the services set forth in the IEP. Please contact me in reference to the compensatory education plan that needs to be developed and implemented for D[redacted] as Ms. Anthony will need to participate in this important decision.

Thank you in advance for your assistance with this matter. Please fax me the

**901 15th Street NW • 5th Floor • Washington, DC 20005**
**Phone (202) 467-4900 • Fax (202) 467-4949 • www.childrenslawcenter.org**

summer school forms as well as the related services information requested as soon as possible. You can reach me by telephone at (202) 884-3141 and by fax at (202) 884-4730.

Sincerely,

Tracy L. Goodman
Staff Attorney

CC: Corrine Anthony

The CHILDREN'S LAW CENTER

September 2, 2004

Dr. Courtney L. Fletcher, Principal
Francis Junior High School
2425 N Street, N.W.
Washington D.C.

**Re: D[redacted] A[redacted]**

*Faxed to (202)724-3957*

Dear Dr. Fletcher:

I am writing in reference to D[redacted] A[redacted], special education student at Francis Junior High School.

Pursuant to the No Child Left Behind Act, D[redacted] is entitled to receive supplemental services. Please find enclosed the completed Supplemental Services Application. Please inform the parent and myself as soon as possible when the services will begin.

Thank you for your attention to this matter. Please don't hesitate to contact me with any questions or concerns. You may reach me by telephone at (202) 884-3141 and by fax at (202) 467-4949.

Sincerely,

Tracy L. Goodman
Staff Attorney

CC: Christine Gross, Special Education Coordinator
Corrine Anthony

**901 15th Street NW • 5th Floor • Washington, DC 20005**
**Phone (202) 467-4900 • Fax (202) 467-4949 • www.childrenslawcenter.org**

# SUPPLEMENTAL SERVICES APPLICATION

Please complete and return this form to your child's school

Student Name D[redacted] A[redacted] *Student ID Number (School ID#) 8334307

Parent/Guardian Name(s) Corine Anthony

School Name Francis Junior High Grade

Home Telephone Number (202) [redacted] Second Contact Number (202) 884-3141

Home Mailing Address [redacted] NW, [redacted] Wash DC 20001

*The student ID Number is required for processing this form. If you do not know the ID Number, please contact your child's school.

**PROVIDER REQUESTED • MARK YOUR TOP THREE CHOICES – 1ST, 2ND, 3RD**

- ☒ Academy for Ideal Education
- ☐ Alliance for Quality Education, Inc.
- ☐ Bell Foundation
- ☐ Calvary Bilingual Multicultural Learning Center
- ☐ DCPS After School For All
- ☐ DCPS Literacy Arcade
- ☐ DC SCORES
- ☐ Education Station – A Sylvan Partnership
- ☐ Failure Free Reading
- ☐ Friendship House Association
- ☐ Heads Up
- ☐ Hill Academy and Community Technology Center
- ☒ Howard University
- ☐ Huntington Learning Center
- ☐ In2Books, Inc.
- ☐ Kaplan Learning Center
- ☐ KidSafe, Inc.
- ☐ Mosaica Education
- ☐ Newton Learning Inc.
- ☐ Platform Learning
- ☒ Plato Learning (*formerly Light Span*)
- ☐ PowerCommunicators
- ☐ Princeton Review
- ☐ SAAP Learning Systems – A Division of Friendship Public Charter School
- ☐ The Fishing School
- ☐ U.S. Dream Academy, Inc.
- ☐ Wellness, Inc.

1st Choice Academy for IDeal Education 2nd Choice Plato, Inc. 3rd Choice Kaplan

Parent/Guardian Signature Corine Anthony

Student Signature D[redacted] M A[redacted]

School Official ______

**NOTICE OF NON-DISCRIMINATION**

In accordance with the DC Human Rights Act of 1977, as amended, DC Official Code § 2-1401.01, et seq. (Act), the District of Columbia Public Schools does not discriminate on the basis of actual or perceived race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, family status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Sexual harassment is a form of sex discrimination which is prohibited by the Act. In addition, harassment based on any of the above protected categories is prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.

The following office has been designated to handle inquiries regarding non-discrimination policies:

**Equal Employment Opportunity Office**
**District of Columbia Public Schools** · 825 North Capitol Street, NE, 6th Floor · Washington, D.C. 20002 · (202) 442-5424

*Contact the LEA Grant Programs Office at (202) 442-5593 or (202) 442-5637 for further information*

For School Use Only

Student is eligible for free/reduced lunch: _____ yes _____ no School Official ______

EXHIBIT DA-35

The CHILDREN'S LAW CENTER

October 13, 2004

Ms. Christine Gross, Special Education Coordinator
Francis Junior High School
2425 N Street, N.W.
Washington D.C.

**Re: D[redacted] A[redacted]**

*Faxed to (202)724-3957*

Dear Ms. Gross:

I am writing in reference to D[redacted] A[redacted]. First, I am writing to request a copy of the cumulative school records file that you have for D[redacted] A[redacted]. Please include his report cards, IEPs, disciplinary reports, progress reports, teacher's notes, encounter tracking forms and copies of any evaluations done. I am asking for his entire record. Please mail it to the address below.

Second, as you know, I requested information in June 2004 about D[redacted] speech and language therapy and psychological counseling. At this time, I am renewing my request for detailed information as to the related services provided to D[redacted] during the school year 2003-2004 as well as this current school year.

Third, I submitted a No Child Left Behind supplemental services application on behalf of Ms. Anthony, D[redacted] mother, during the first week of school. Thus far, it is our understanding that these tutoring services have not begun. Please provide me with a status update on this issue as well.

Thank you in advance for your assistance with this matter. You can reach me by telephone at (202) 884-3141 and by fax at (202) 884-4730.

Sincerely,

Tracy L. Goodman
Staff Attorney

CC: Corrine Anthony

**901 15th Street NW • 5th Floor • Washington, DC 20005**
**Phone (202) 467-4900 • Fax (202) 467-4949 • www.childrenslawcenter.org**

The CHILDREN'S LAW CENTER

EXHIBIT DA-36

March 17, 2005

Dr. Courtney Fletcher
Principal
Francis Junior High School
2425 N Street N.W.
Washington D.C. 20037

Transmitted by fax to 202-724-3957

Dear Dr. Fletcher:

I am writing in reference to D[redacted] A[redacted], a special education student, and his recent suspension from school. It is my understanding from speaking with Corrine Anthony that D[redacted] is not supposed to return to Francis JHS until April 4, 2005 because of an incident that occurred yesterday March 16, 2005 on school grounds. It is my understanding that D[redacted] returned home from school yesterday with a black eye, scratches on his neck, and a torn shirt, injuries sustained at Francis JHS during the school day. No paperwork was received by Ms. Anthony nor were any of the other proper procedures followed in accordance with Chapter 25 of the District of Columbia Municipal Regulations ("DCMR").

As you know, no disciplinary action is to be effectuated unless it is in accordance with the procedures set forth in Section 2505 of the DCMR. With respect to D[redacted] suspension *no* procedures were followed with the exception of one telephone call to Ms. Anthony wherein she was told to keep D[redacted] home until April 4, 2005. In addition, it is unclear for what exact violations D[redacted] was suspended thus providing insufficient notice. Furthermore, none of the protections required by the IDEA were given to D[redacted], a special education student.

In light of the foregoing information D[redacted] suspension is invalid and D[redacted] should be permitted to return to school immediately. Please call me at 202-884-3141 to discuss this matter. Thank you in advance for your cooperation.

Sincerely,

Tracy L. Goodman
Staff Attorney

cc: Ms. Christine Gross, Special Ed Coordinator (Transmitted by fax to 202-724-3957)
Corrine Anthony