


**EXHIBIT DA-37**

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
### REQUEST FOR MEDIATION/HEARING

➢ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**

➢ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556**

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION  ___ I REQUEST MEDIATION AND A HEARING  ⟨X⟩ I REQUEST A HEARING

---

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: ~~D████ A████~~   DOB: █████89

Address: ~~████████~~ NW, ████ Washington, DC 20001

Present School of Attendance: **Francis JHS**

Home School: (Neighborhood school where child is registered) **Francis JHS**

**COMPLAINT IS MADE AGAINST:** ___ **DCPS** ___
DCPS and/or D.C. Public Charter School-specify charter school

### INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name: **Corine Anthony**

Address: ~~████████~~ NW, ████ Washington DC 20001

Phone: (H) (202) ~~████████~~  (W) **N/A**  (Fax) **N/A**

Relationship to Student: **X** Parent ___ Self ___ Legal Guardian ___ Parent Surrogate ___ Public Agency

### PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name: **Tracy L. Goodman**   Phone: (W) **(202) 884-3141**  (Fax) **(202) 884-4730**
**(202) 467-4900 x 503**

Address: **The Children's Law Center**
**901 15th St. NW, Suite 500**
**Washington DC 20005**

---

Form 101                                                02/01/2003

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates. *4 hour slot Requested*

Hearings: _April 18, 2005_____ _April 21, 2005_____ _April *27, 2005_____

Mediation: _____ _____ _____

FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).

FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

Interpreter
___ Foreign Language _____
___ Sign Language _____
___ Other _____

| Form 101 | 02/01/2003 |

198

Special Communications _____
Special Accommodation for Disability _____
Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
   (You may attach additional pages to provide more information if needed.) *Please see attached.*

   Describe the nature of the problem:


   Describe issues to be addressed at the mediation and/or hearing, with specificity:


   Describe relevant facts relating to the problem:


   State how you would like to see the problem corrected:


_____                    *3/25/05*
Signature of Applicant/Parent (Required)        _____
                                                Date (Required)


**MAIL, FAX, OR DELIVER APPLICATION TO:**
Student Hearing Office of the District of Columbia
828 North Capitol Street, NE, 8th Floor
Washington, DC 20002            FAX: (202) 442-5556


**FOR OFFICE USE ONLY:**
Case Number: _____
Student ID#: _____

Form 101

                                        Revised 02/01/2003


Form 101

                                        02/01/2003

199

**REQUEST FOR HEARING, DELONTA ANTHONY (DOB: 3/12/89)**

**3.  In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:**

**a)  Describe the nature of the problem.**
DCPS is currently denying D████ A██████ a free and appropriate education ("FAPE") and has denied D█████ FAPE for over three years.  For specific issues and relevant facts, please see below.

**b)  Describe the issues to be addressed at the mediation and/or hearing.**
The central issue to be addressed is the past and continuing failure of DCPS to provide D█████ A██████ with FAPE.  More specifically, the issues are, but not necessarily limited to the following: (1) Has DPCS failed to develop appropriate IEPs for D██████?; (2) Has DCPS failed to implement appropriate IEPs for D██████?; (3) Has DCPS failed to provide an appropriate educational placement(s) for D██████?; (4) Has DCPS failed to provide D█████ with the appropriate special education and related services he requires?; (5) Has DCPS failed to develop and/or implement an appropriate behavior intervention plan for D██████?; (6) Has DCPS failed to conduct timely and/or adequate re-evaluations of D██████?; (7) Has DCPS failed to adequately consider, offer and/or provide Extended School Year ("ESY") services to D██████?; (8) Did DPCS wholly and/or in a timely manner fail to locate, identify, and/or fully and appropriately evaluate D██████?; and finally, (9) Has DCPS failed to comply with the requirements of the No Child Left Behind Act by not providing D█████ with supplemental services?

**c)  Describe the relevant facts relating to the problem.**
D█████ A██████ is a mentally fragile sixteen year old boy in need of extensive special education services.  D█████ is diagnosed with Chronic Paranoid Schizophrenia, suffers from a speech and language impairment and functions cognitively in the borderline range.  D██████ educational placement and services are inappropriate and do not meet his unique needs.

In September 2003, D█████ was pushed down the steps at Shaw Junior High School and suffered a left leg fracture that required ongoing medical care and visiting instruction services.  Because of this severe bullying incident, D█████ was enrolled at Francis JHS in January 2004 pursuant to a discretionary transfer sought by Ms. Anthony and granted by Ralph Neal.  D█████ is doing poorly academically, socially and behaviorally at Francis JHS.  Alarming because of his psychiatric diagnosis, D█████ is often roaming the school halls, staying in the principal's office or spending time with the security officer, isolating himself from other students, and remains a target for bullying.  Recently, D█████ suffered a black eye, scratches and ripped clothes during a fight at Francis JHS.  Francis JHS personnel have stated their agreement that Francis is not an appropriate placement for D█████ yet DCPS has not taken appropriate action to help this young man.

D█████ current IEP dated November 18, 2004 is inappropriate and is not being implemented as written.  D█████ requires a full-time therapeutic special education placement including psychological counseling and speech/language therapy to meet his severe special needs and to adequately and safely address his significant psychiatric problems and his difficulties with

learning: the current IEP fails to meet these requirements. Furthermore, the current IEP is not being implemented as written, as upon information and belief, D███████ is not receiving the specified number of hours of specialized instruction nor is he receiving psychological counseling or speech and language therapy as required by this IEP. D█████ also did not receive these necessary related services during the prior school year at Francis. Moreover, DCPS has not developed and/or implemented an appropriate behavior intervention plan for D██████, which he requires.

Due to the missed services during SY 2003-2004, staff at Francis JHS indicated D███████ would receive compensatory education during ESY 2004, but upon information and belief, no compensatory education or ESY services were provided to D█████ in ESY 2004, nor has any compensatory education been provided this current school year.

DCPS has failed to wholly and timely re-evaluate D██████. D██████s triennial evaluations are overdue. The most recent psychological evaluation is dated May 14, 2001 and the most recent speech and language evaluation is dated July 11, 2001. Moreover, D████████adoptive mother Ms. Anthony signed a consent for evaluation on November 18, 2004, and upon information and belief, DCPS has still not conducted the evaluations.

D███████ IEP dated October 3, 2003 is inappropriate because of its failure to provide D██████ with the appropriate level of specialized instruction and related services. Furthermore, upon information and belief, this IEP was not being implemented as written at Francis JHS, as D██████ did not receive psychological counseling or speech and language therapy as required by the IEP. Moreover, upon information and belief, DCPS did not implement the behavior intervention plan attached to this October 23, 2003 IEP nor did DCPS develop an appropriate behavior intervention plan for D████████

The past IEPs dated September 1, 2001 and May 5, 2002 are also inappropriate because of their failure to provide D██████ with the appropriate level of specialized instruction and related services that he required. The IEP for school year 2002-2003 was missing from the records provided to parent's counsel.

Despite D████████extensive disabilities, D██████ was never located or identified by DCPS as a child in need of special education prior to 2001, contrary to Child Find requirements. At the time of D████████ initial placement, D███████ disability classification was speech and language impairment, a disability which should have been identified by DCPS earlier in D████████life. Furthermore, upon information and belief, D████████ severe social/emotional/psychological needs were not reflected in D████████disability classification until October 2003.

Finally, DCPS has failed to provide D██████ with supplemental educational services pursuant to the No Child Left Behind Act. Francis JHS was identified as a "school in need of improvement" as it has not made adequate yearly progress for two consecutive years. As such D████████ is entitled to receive supplemental education services. D██████ applied in a timely fashion but never received any supplemental services.

**d) How would you like to see the problem corrected?**

First, DCPS must immediately place and fund D███████ A███████ at an appropriate non-public fulltime special education program because DCPS has no such program. Second, the staff at D███████'s new placement shall develop an appropriate IEP for D███████. Third, D███████ requires compensatory education for the amount of time that DCPS failed to provide him with an appropriate education.

202





# HIGH ROAD
### SCHOOL

April 15, 2005

Children's Law Center
901 15th St., NW
Suite 500
Washington, DC 20005

**RE:** D███████ A███████
     **DOB:** ████1989

Dear Ms. Frey,

I believe that D███████ A███████ is an appropriate candidate for enrollment in The High Road Upper School of Washington, DC. My decision is based on the review of his file and the interview with D██████ and Ms. Anthony. I believe that our instruction methods will provide him with the benefit, structure, and consistency necessary for him to reach his academic goals.

We look forward to contributing to D██████ educational and social development.

Thank you for referring D█████ to our school.

Sincerely,

David Emenheiser
Director

C:     Ms. Corine Anthony



*High Road Upper School of Washington D.C.*
1244 Taylor Street NW, Washington, DC 20011 | *Phone:* 202-291-1042 | *fax:* 202-291-1045 | www.highroadschool.com

203

EXHIBIT
DA-39

# The CHILDREN'S LAW CENTER

April 25, 2005

Sharon Newsome
DCPS Student Hearing Office
825 North Capitol St., N.E., 8th Floor
Washington, D.C.  20002

*Transmitted by fax to 202-442-5556*

Re:    **Amendment to Hearing Request for D██████ A█████ DOB██/89**
       **Hearing Date:  5/2/05 at 1:00 pm and 3:00 pm**

Dear Ms. Newsome:

I am writing to amend the hearing request that was filed for D██████ A█████ on March 25, 2005.

First, please amend part 3(d) of the hearing request by replacing the first sentence as follows: "First, DCPS shall immediately place and fund D█████A██████ at the High Road School, an appropriate fulltime special education placement that will meet D█████ special needs."

Second, please further amend part 3(d) of the hearing request to include the following: "Fourth, DCPS shall fund an independent clinical psychological evaluation and an independent speech/language evaluation, the provider to be selected by the parent."

Third, incorrect dates are identified for two of the past IEPs referenced in part 3(c) of the hearing request. Please amend the facts to include the correct dates which are September 19, 2001 and May 15, 2002, not September 1, 2002 and May 5, 2002.

Fourth, please amend part 3(c) of the hearing request to include the following facts that are relevant to the Child Find violation allegation (issue #8 in 3(b) of the hearing request): D██████ report cards dating back to SY 97-98 demonstrated severe deficiencies in reading, math and other academic subjects, as well as unsatisfactory work habits and personal and social skills. D██████ SAT-9 scores dating back to 1997 also demonstrated below basic levels in reading and math.

Sincerely,

Tracy L. Goodman
Attorney for Corine Anthony, parent

cc:  K. Herbert, Office of General Counsel, DCPS (transmitted by fax to (202) 442-5098)



**DR. SHEILA C. ISEMAN**
8800 Quiet Stream Court
Potomac, Maryland 20854
(301) 299-7424 (Home)
(301) 983-4124 (Work)
(301) 996-4124 (Cellular)
(301) 983-2509 (Fax)

**EDUCATION:**

Ph.D.. University of Maryland - Human Development, 1982.
M.S.. Oklahoma State University - Special Education, 1970.
B.S.. Brooklyn College - Elementary Education, 1967.

**AREAS OF EXPERTISE:**

Educational Consultant (Special Needs); Family and Community Interface and Case Management; Staff and Program Development; Grantsmanship; Cognition; Child Development; Computer Managed and Assisted Instruction; School Administration , Policy Analysis/Implementation; School Law and Child Advocacy.

**MARYLAND STATE DEPARTMENT OF EDUCATION CERTIFICATION:**

ADVANCED PROFESSIONAL:
Early Childhood-Nursery through Grade 3
Generic Special Education-Infant through Grade 3
Generic Special Education-Grades 1 through 8

**EXPERIENCE:**

**1994-Present:**
President, SCI Educational Consultants, Inc., Potomac, Maryland.

SCI is a small, high-level human services company, which serves students with special needs by obtaining grant monies, developing programs, making appropriate referrals for assessment, placement and other follow-up services. SCI also supports the efforts of organizations through research and development, and families through coordinated case management. Some of SCI's clients have

included The Department of Education, Montgomery County Associations for Retarded Citizens, Gallaudet University, WESTAT, IAI.

**2000-Present:**
Educational Consultant, National Children's Medical Center, Washington, DC.

The Department of Physical Medicine and Rehabilitation has established "rounds" at which individual cases are presented to Dr. Iseman for triage, review, recommendation and case management. Dr. Iseman is also a consultant for the Pervasive Developmental Disorders Program. All services to CNMC are pro bono.

**1983-Present:**
Adjunct Faculty, Department of Human Development, University of Maryland, College Park, Maryland.

As a member of the Graduate School, responsibilities include teaching, designing curriculum and doctoral committee membership.

**1996-Present:**
Instructor, Department of Special Education, Hood College, Frederick, Maryland.

Courses taught include "Historical, Philosophical, and Legal Foundations of Special Education" and "Topics in Educational Psychology".

**1993-1996:**
IDEA Hearing Officer, Office of Administrative Hearings, State of Maryland.

Impartial hearing officer for state and local level special education cases.

**1988-1994:**
Assistant Director and Coordinator of the Lower School, The Chelsea School, Silver Spring, Maryland.

The Chelsea School was an Intensity V school for students, grades 1-12, with learning disabilities. The Assistant Director was responsible for staff development, program and curriculum development and implementation, hiring and evaluation of staff, and scheduling and coordination of classes and related services. The Assistant Director acted as liaison with the Maryland State Department of Education, local education agencies,

professional associations, and the Maryland State Legislature. The Assistant Director also served as the Coordinator of the Lower School, attending all Board of Governor's meetings and long-range planning sessions.

1973-1988:
94-142 Hearing Officer, Washington, D. C.

Appointed by Judge Waddy to denial of placement and special education cases.

1968-1969 and 1970-1972:
Teacher of Language Disordered Preschoolers, Easter Seal Treatment Center, Rockville, Maryland.

Students with language disorder, hearing impairment, pervasive developmental disorder, developmental delay, learning disability and emotional disturbance were enrolled in special projects (e.g. Title I model and demonstration diagnostic/prescriptive program).

1967-1968:
Elementary School Teacher, Canarsie, New York.

PUBLICATIONS AND PRESENTATIONS:

Iseman, Dr. Sheila C. "The Role of an Expert in Special Education", Children's Law Center, Washington, DC, April, 2003.

Iseman, Dr. Sheila C. "The Role of an Expert in Special Education", American University Law School, Washington, DC, November, 2002.

Iseman, Dr. Sheila C. "Special Education Evaluations and the IEP: An Overview", Columbia School of Law, Georgetown University, Washington, DC, February, 2002; October, 2002.

Iseman, Dr. Sheila C. "Compensatory Education and Special Education", Columbia School of Law, Catholic University, Washington, DC, January, 2002; October 2002.

Iseman, Dr. Sheila C. "Educational Issues for the Child with Asperger's", Potomac Ridge, Maryland Parent Group for Asperger's, Rockville, Maryland, March, 2001.

Iseman, Dr. Sheila C. "Educational Issues for the Child with Spina Bifida", National Children's Medical Center,

Physical Medicine, Washington, DC, December, 2000.

Iseman, Dr. Sheila C. "Evaluation and Advocacy in Special Education", National Children's Medical Center, Physical Medicine, Washington, DC, June, 2000.

Iseman, Dr. Sheila C. "Educational Advocacy", Legal Aid Bureau, Metropolitan Maryland Office, Bethesda, Maryland, February, 2000.

Iseman, Dr. Sheila C., "Educational Evaluations", Georgetown School of Law, Washington, D.C., February, 2003; January, 2002; February, 2000.

Iseman, Dr. Sheila C., "Expert Witness: Preparation", University of the District of Columbia, Washington, D.C., Dec. 1999, Nov., 1998, Oct. 1997.

Iseman, Dr. Sheila C. and Tanya Harvey, Esq., "Special Education: Process and Implementation," D.C. Bar Association, Washington, D.C., Jan., 1999.

Iseman, Dr. Sheila C. and Jennifer Rosenberg, Esq., "Interpreting Educational Evaluations," Neglect and Delinquency Practice Institute of the Young Lawyers Section of the Bar Association of the District of Columbia, Washington, DC, Feb., 1998.

Iseman, Dr. Sheila C., "Mental Retardation: Advantages and Disadvantages of Inclusion". Prince Georges County ARC, Upper Marlboro, Maryland, Sept., 1997.

Iseman, Dr. Sheila C. and Dr. Jacqueline Haynes., "The Art and Science of Writing a Winning Proposal," Philadelphia Public School System, Philadelphia, Pennsylvania, Dec., 1993.

Iseman, Dr. Sheila C. and Dr. Margaret E. Gray., "The Laptop Computer: A Bridge to Literacy for Students with Learning Disabilities," Closing The Gap Conference, Minneapolis, Minnesota, Oct., 1993.

Iseman, Dr. Sheila C., The Laptop Computer: A Bridge to Literacy for Students with Learning Disabilities, Closing The Gap Journal, Sept., 1993.

Iseman, Dr. Sheila C., Beth Goodman, Esq. and Frieda Landman, "TRANSITION SERVICES: Programming for Life after School,". MANSEF Convention, Baltimore, MD, Nov., 1992.

Iseman, Dr. Sheila C., "The Laptop Computer: A Bridge to Literacy for Students with Learning Disabilities," Closing The Gap Conference, Minneapolis, Minnesota, Oct., 1992.

Iseman, Dr. Sheila C., "Exceptional Students: Exceptional Needs," Rotary Club, Friendship Heights, MD, Aug., 1992.

Goodman, Beth, Esq. and Dr. Sheila C. Iseman, "TRANSITION SERVICES: Developing and Implementing IEPs for Life after School," 13th National Institute on Legal Issues of Educating Individuals with Disabilities, San Antonio, TX, May, 1992.

Iseman, Dr. Sheila C., "Metacognitive Strategies: Empowering the Learner," MANSEF Convention, November 1990.

Gray, Dr. Margaret E. and Dr. Sheila C. Iseman, "The IEP As a Living Document," presentation to the District of Columbia Association of Children with Learning Disabilities, Spring, 1989.

Iseman, Dr. Sheila C. "Programming for Children with Attention Deficit Disorder," Montgomery County Association of Children with Learning Disabilities, Winter, 1988.

Iseman, Dr. Sheila C. "Programming for Specific Learning Disabilities" presentation for the Committee for Education, Research and Development, October 1987.

Iseman, Sheila C., Habituation: A Diagnostic Tool for Detecting Attentional Problems, published doctoral dissertation, University of Maryland, 1982.

Iseman, Sheila C., "The Role of a Hearing Officer," presented at Walter Reed Army Medical Center, Washington, D.C., Spring, 1981.

Iseman, Sheila C., et al. "Title I Model and Demonstration Program for Language Delayed Preschoolers," presented at American Speech and Hearing Association Conference, Baltimore, Maryland, Fall, 1970.



# HIGH ROAD UPPER SCHOOL OF WASHINGTON D.C.

## CLINICAL SUMMARY

| | |
|---|---|
| **STUDENT:** | D_____ A_____ |
| **D.O.B.:** | ___89 |
| **GUARDIAN:** | Corrine Anthony, Mother |
| **DATE OF REPORT:** | June 16, 2005 |

**DIAGNOSIS:**
AXIS I:   Chronic Paranoid Schizophrenia
AXIS II:  Deferred
AXIS III  None
AXIS IV: Moderate
AXIS V:  GAF 50 on discharge
(Per report by N. Nusrat, M.D. and A.S. Robb, M.D. on 5/10/02)

**DISABILITY:**        Emotionally Disturbed

---

D_____ A_____ is a 16-year-old African American male who is currently placed in the 8th grade classroom of High Road Upper School. D_____ was enrolled at HRUS on May 10, 2005. Prior to HRUS, D_____ attended Francis JHS, Shaw JHS, Gage Eckington ES, and Walker Jones ES. The records available to HRUS do not indicate when D_____ was identified as a special education but an IEP from 10/2003 has D_____ identified as Emotionally Disturbed. His most recent IEP from 11/2004 had D_____ receiving 15 hours of Special Education Services. A HOD occurred on May 4, 2005 at which time D_____ was placed at HRUS.

D_____ is currently living with his adoptive mother and his mother's husband in Northwest Washington D.C. According to reports, D_____ was adopted when he was one year old. He has no contact or knowledge of his biological family.

D_____ has had several psychiatric hospitalizations and is currently receiving psychiatric services in the community.

D_____ progress at HRUS since his enrollment in May has been fair. D_____ has shown improvement in his math skills and reading skills. D_____ is currently in a self-contained classroom with 9 other students, a teacher and teaching assistant. D_____ attention in class varies. At times, D_____ is able to stay on task and complete assignments. He often requires prompts from staff in helping him stay focused. He is capable of working independently at his desk but again, often requires prompts from staff. D_____ is easily distracted by environmental stimuli and has moments where he will stare "into space".

210

D████ has had difficulty managing stressful or frustrating situations. He has had several occasions where he required removal from the classroom in order for him to de-escalate. His escalations have been the result of internal stimuli, thoughts and perceptions, as well as the result of external stimuli, peers and staff prompts. D████ has had difficulty de-escalating in several situations. He required a great deal of help processing information to help him reach a calm level. Such an incident occurred with peers in his class where D████ had difficulty determining playful interactions by his peers and harmful instigations by his peers. D████ initially did not trust staff in helping him delineate the perception of his peers' behavior as good or bad. D████ has shown a recent strength in beginning to build his trust with staff in assisting him with possible inaccurate perceptions of situations.

Generally, D████s interactions with his peers are minimal. He tends to stay to himself for the most part. His interactions are more inclusive in dealing with staff. D████ does have difficulty with managing his verbal boundaries with peers and has been noted as instigating situations with peers through passive comments. He then has a hard time dealing with conflicts that result from his initial comment. The deliberateness of some of D████ comments is not known.

As far as staff interactions, D████ tends to be appropriate and respectful. He is generally cooperative in following directives and prompts.

D████ currently receives individual and group therapy. His interactions in group have been mixed. He is generally cooperative but not necessarily engaged in discussions. Because he is relatively new to the school, he is still in the trust building stage with his social worker. He is cooperative and appears interested in building a therapeutic relationship.

Overall, D████ appears to be benefiting from the HRUS program. He does well in the small classroom setting and requires the one on one attention he is able to get in the classroom. He seems to be adapting favorably to the behavioral program. The recommendation is for D████ to continue his placement at High Road Upper School. It is further recommended that he continue receiving the related services with one change being that his psychological services are increased to 2.5 hours per week. The last recommendation is for D████ to attend ESY in order to recoup and retain the information he is currently receiving.

Tish Weidman, LICSW
HRUS Clinical Social Worker



## Metropolitan and Educational and Therapeutic Services, Inc.

### Speech and Language Report

Name: ███████ ████████
DOB: ████/89
Age:    16 years, 6 month

Examiner  Sylvia Jones
Date of Evaluations: 9/20/06
Date of Report: 9/27/06

## REASON FOR REFERRAL

A Speech and Language Evaluation was recommended for ██████ ████████ by the High Road Upper School of Washington, D.C. to determine his current level of receptive and expressive language functioning. ██████ is currently enrolled at the High Road Upper School where he is a relatively new student. He is receiving 60 minutes of Speech and Language therapy services as specified on his IEP.

## Clinical Observations

██████ was a polite young man who was generally cooperative during testing. Rapport was established and maintained. His attention to the tasks waived at times due to distractions in the hallway and his internal distractions, i.e, thinking of events outside of testing and the school. With promptings, ██████ would refocus and attend to the stimuli. The results of this evaluation should be considered a valid and accurate assessment of his present level of functioning.

## Evaluation Results:

The following tests were administered to assess ██████ speech and language skills:

Receptive One-Word Picture Vocabulary Test (ROWPVT)
Expressive One-Word Picture Vocabulary Test (EOWPVT)
Clinical Evaluation of Language Fundamentals -4 (CELF-4)

## Receptive One-Word Picture Vocabulary Test (ROWPVT)

The ROWPVT was administered to assess ██████ receptive vocabulary skills. When presented a set of four pictures on each page, he was requested to identify the word named by the examiner by pointing or stating the accompanying number. ROWPVT has a mean of 100 and a standard deviation of 15. ██████ results are as follows: standard score of 82 (90% confidence interval = 78-86, percentile rank = 11). Compared to age expectation, single word receptive vocabulary is in the below average range of functioning.

212

## Expressive One-Word Picture Vocabulary Test (EOWPVT)

The EOWPVT was administered to assess D████ expressive vocabulary skills. When presented a picture or a group of pictures on each page, he was requested to state the name of the stimuli. EOWPVT has a mean of 100 and a standard deviation of 15. D████ results are as follows: standard score of 72 (90% confidence interval = 68-76, percentile rank = 3). Compared to age expectation, single word expressive vocabulary is in the low range of functioning.

## CELF–4 CORE LANGUAGE SCORE

D████ was administered four core subtests of the Clinical Evaluation of Language Fundamentals–Fourth Edition (CELF–4) from which his Core Language score was derived. The Core Language score is considered to be the most representative measure of D████ language skills and provides an easy and reliable way to quantify a student's overall language performance. The Core Language score has a mean of 100 and a standard deviation of 15. A score of 100 on this scale represents the performance of the typical student of a given age.

For D████ Core Language score, the following subtests were administered:
Recalling Sentences
Formulated Sentences
Word Classes 2–Total
Word Definitions

D████ received a Core Language score of 67 (confidence interval = 64 to 70, percentile rank = 1). This places D████ in the very low range of functioning.

## CELF–4 RECEPTIVE LANGUAGE INDEX

The Receptive Language index is a cumulative measure of D████ performance on two or three subtests designed to best probe receptive aspects of language including comprehension and listening. The Receptive Language index has a mean of 100 and a standard deviation of 15. A score of 100 on this scale represents the performance of the typical student of a given age.

For D████ Receptive Language index, the following subtests were administered:
Word Classes 2–Receptive
Understanding Spoken Paragraphs
Semantic Relationships

D████ received a Receptive Language Index of 62 (confidence interval = 57 to 67, percentile rank = 1). This places D████ in the very low range of functioning.

213

# CELF–4 EXPRESSIVE LANGUAGE INDEX

The Expressive Language index is a cumulative measure of D████████ performance on the three subtests that probe expressive aspects of language including oral language expression. The Expressive Language index has a mean of 100 and a standard deviation of 15. A score of 100 on this scale represents the performance of the typical student of a given age.

For D████████ Expressive Language index, the following subtests were administered:
Recalling Sentences
Formulated Sentences
Word Classes 2—Expressive

D████████ received an Expressive Language index of 55 (confidence interval = 51 to 59, percentile rank = 0.1). This places D████████ in the very low range of functioning.

## DISCREPANCY ANALYSIS

D████████ was administered all the subtests required to derive the Receptive Language Index (RLI) and Expressive Language index (ELI). A discrepancy analysis was performed between the RLI standard score of 62 (Score 1) and ELI standard score of 55 (Score 2). The 7-point difference between the scores is not significant (at .05) and indicates similar levels of development between receptive and expressive language skills.

# CELF–4 LANGUAGE MEMORY INDEX

The Language Memory index is a cumulative measure of D████████ performance on the subtests designed to probe memory dependent language tasks. The Language Memory index has a mean of 100 and a standard deviation of 15. A score of 100 on this scale represents the performance of the typical student of a given age.

For D████████ Language Memory index, the following subtests were administered:
Recalling Sentences
Formulated Sentences
Semantic Relationships

D████████ received a Language Memory index of 48 (confidence interval = 44 to 52, percentile rank = <0.1). This places D████████ in the very low range of functioning.

# CELF-4 SUBTEST SCORES

## Recalling Sentences

The Recalling Sentences subtest is used to evaluate the student's ability to recall and reproduce sentences of varying length and syntactic complexity. The student imitates sentences presented by the examiner. The mean for the subtest is 10 and the standard deviation is 3.

Delante received a scaled score of 3 (confidence interval = 2 to 4 percentile rank = 1) on the Recalling Sentences subtest. His score is 2+ standard deviation below the mean, which is in the very low range of functioning.

## Formulated Sentences

The Formulated Sentences subtest is used to evaluate the ability to formulate compound and complex sentences when given grammatical (semantic and syntactic) constraints. The student is asked to formulate a sentence, using target words or phrases, while using an illustration as a reference. This subtest has a mean of 10 and the standard deviation is 3.

Delante received a scaled score of 1 (confidence interval = 1 to 3, percentile rank = 0.1) on the Formulated Sentences subtest. His score is 3 standard deviation below the mean, which is in the very low range of functioning.

## Word Classes 2

The Word Classes 2 subtest is used to evaluate the student's ability to understand relationships between words that share a variety of functional and conceptual relationships. The student is asked to choose the items that best represent the desired relationship. This subtest has a mean of 10 and a standard deviation of 3.

Delante received a scaled score of 8 (confidence interval = 7 to 9, percentile rank = 25) on Word Classes 2–Receptive. His score is in the average range of functioning.

Delante received a scaled score of 4 (confidence interval = 3 to 5, percentile rank = 2) on Word Classes 2–Expressive. His score is 2 standard deviation below the mean, which is in the very low range of functioning.

Delante received a scaled score of 6 (confidence interval = 5 to 7, percentile rank = 9) on Word Classes 2–Total. His score is 1+ standard deviation below the mean, which is in the low range of functioning.

## Word Definitions

The Word Definitions subtest is used to evaluate the student's expressive vocabulary. The student is orally presented a word, followed by an introductory sentence that includes the word. The student is then asked to define the word using descriptive language. The mean for this subtest is 10 and the standard deviation is 3.

Delonta received a scaled score of 8 (confidence interval = 7 to 9, percentile rank = 25) on the Word Definitions subtest. His score is in the average range of functioning.

## Understanding Spoken Paragraphs

The Understanding Spoken Paragraphs subtest is used to evaluate the student's ability to understand information presented in spoken paragraphs. The student answers questions about a paragraph presented orally. The questions probe the student's understanding of the paragraph's main idea, detail and sequence of events, and the student's ability to make inferences and predictions from the information presented. This subtest has a mean of 10 and a standard deviation of 3.

Delonta received a scaled score of 2 (confidence interval = 1 to 4, percentile rank = 0.4) on the Understanding Spoken Paragraphs subtest. His score is 2 standard deviation below the mean, which is in the very low range of functioning.

## Semantic Relationships

The Semantic Relationships subtest is used to evaluate the ability to identify different semantic relationships in sentences. After listening to a sentence, the student selects the two correct choices from four visually presented options. The mean for this subtest is 10 and the standard deviation is 3.

Delonta received a scaled score of 1 (confidence interval = 1 to 2, percentile rank = 0.1) on the Semantic Relationships subtest. His score is 3 standard deviation below the mean, which is in the very low range of functioning.

Other testing:

Articulation

D█████ presented with articulation skills essentially within normal limits. Dialectal errors were noted.

Voice and Fluency

Informal assessment revealed voice and fluency skills to be judged within normal limits for age and gender.

Hearing

A formal hearing test was not administered. However, based upon informal observation, hearing appears to be grossly within normal limits for speech perception and discrimination.

SUMMARY

D█████ was evaluated on 09/20/2005 by Sylvia Jones, Speech-Language Pathologist, at the High Road Upper School of Washington, D.C.

Results of the Clinical Evaluation of Language Fundamentals–Fourth Edition (CELF–4) revealed the following:
Core Language Score: 67
Receptive Language Index: 82
Expressive Language Index: 55
Language Memory Index: 48

Results of the Receptive One-Word Picture Vocabulary Test and the Expressive One-Word Picture Vocabulary Test:
ROWPVT - below average range of functioning
EOWPVT - low range of functioning

Clinical observations as well as standardized tests were utilized to assess his abilities in the areas of speech and language functions. D█████ presents with a severe language disorder that affects receptive and expressive language skills. D█████ presents with a very low range of functioning for the core language score (very low range of functioning receptive language skills and very low range of functioning expressive language skills). He also demonstrates a low range of functioning for expressive vocabulary skills and below average range of functioning for receptive vocabulary skills. Results from informal evaluation of articulation, voice, and fluency revealed essentially within normal parameters.

217

## RECOMMENDATIONS

It is recommended that D█████ continue to receive speech and l nguage therapy at 60 minutes per week as specified on the IEP. The following areas o  focus are suggested for intervention: improving vocabulary, improving sentence formu tion, recalling sentences, comprehending spoken stimuli, and identifying semar ic relationships.


_(Signature)_                                    9.27.05
                                                _(Date)_

218

# CELF-4

Clinical Evaluation of Language Fundamentals
**FOURTH EDITION**

Student: D██████ A████████
Date of Birth: ████1989
Gender: Male
Grade: Not Specified
Parent(s):
Address:

Test Date: 9/█/2005
Age at Testing: 16 years 6 months
Report Date: 9/█/2005
Examiner: Sy███ia Jones
Teacher:
School: Hig█ Road Upper School of D.C.
Referred By:

## Four-Level Summary Report

### Level 1 - Identifying the problem and determining eligibility

| Subtest and Index Scores | Raw Score | Scaled Score | SS* | CI* 68% Level | PR* | CI* (PR*) 68% Level | Age Eq.* | S* | NCE* |
|---|---|---|---|---|---|---|---|---|---|
| Recalling Sentences | 55 | 3 | NA | 2 to 4 | 1 | 0.4 to 2 | 8:4 | 1 | 1 |
| Formulated Sentences | 30 | 1 | NA | 1 to 3 | 0.1 | 0.1 to 1 | 7:3 | 1 | 1 |
| Word Classes 2–Total | NA | 6 | NA | 5 to 7 | 9 | 5 to 16 | 11:6 | 2 | 22 |
| Word Definitions | 22 | 8 | NA | 7 to 9 | 25 | 16 to 37 | 13:3 | 4 | 36 |
| Core Language Score | NA | NA | 67 | 64 to 70 | 1 | 1 to 2 | NA | 1 | 4 |

### Level 2 - Describing the nature of the disorder

| Subtest and Index Scores | Raw Score | Scaled Score | SS* | CI* 68% Level | PR* | CI* (PR*) 68% Level | Age Eq.* | S* | NCE* |
|---|---|---|---|---|---|---|---|---|---|
| Word Classes 2–Receptive | 17 | 8 | NA | 7 to 9 | 25 | 16 to 37 | 19:9 | 4 | 36 |
| Semantic Relationships | 8 | 1 | NA | 1 to 2 | 0.1 | 0.1 to 0.4 | 8:6 | 1 | 1 |
| Understanding Spoken Paragraphs | 5 | 2 | NA | 1 to 4 | 0.4 | 0.1 to 2 | NA | 1 | 1 |
| Receptive Language Index | NA | NA | 62 | 57 to 67 | 1 | 0.2 to 1 | NA | 1 | 1 |
| Recalling Sentences | 55 | 3 | NA | 2 to 4 | 1 | 0.4 to 2 | 8:4 | 1 | 1 |
| Formulated Sentences | 30 | 1 | NA | 1 to 3 | 0.1 | 0.1 to 1 | 7:3 | 1 | 1 |
| Word Classes 2–Expressive | 7 | 4 | NA | 3 to 5 | 2 | 1 to 5 | 9:6 | 1 | 8 |
| Expressive Language Index | NA | NA | 55 | 51 to 59 | 0.1 | 0.1 to 0.3 | NA | 1 | 1 |
| Word Definitions | 22 | 8 | NA | 7 to 9 | 25 | 16 to 37 | 13:3 | 4 | 36 |
| Understanding Spoken Paragraphs | 5 | 2 | NA | 1 to 4 | 0.4 | 0.1 to 2 | NA | 1 | 1 |
| Language Content Index | NA | NA | | | | | NA | | |
| Recalling Sentences | 55 | 3 | NA | 2 to 4 | 1 | 0.4 to 2 | 8:4 | 1 | 1 |
| Formulated Sentences | 30 | 1 | NA | 1 to 3 | 0.1 | 0.1 to 1 | 7:3 | 1 | 1 |
| Semantic Relationships | 8 | 1 | NA | 1 to 2 | 0.1 | 0.1 to 0.4 | 8:6 | 1 | 1 |
| Language Memory Index | NA | NA | 48 | 44 to 52 | <0.1 | <0.1 to 0.1 | NA | 1 | 1 |

CI*–Confidence Interval
Age Eq.* - Age Equivalent

SS* - Standard Score
S* - Stanine

PR*–Percentile Rank
NCE*–Normal Curve Equivalent

Copyright © 2004 by Harcourt Assessment, Inc.
All rights reserved. Printed in the United States of America.

219

# CELF-4

Clinical Evaluation of Language Fundamentals
FOURTH EDITION

## Discrepancy Comparisons

| Indexes | Score 1 | Score 2 | Difference | Critical Value | Significant Difference (Y or N) | Prevalence | Level of Significance |
|---|---|---|---|---|---|---|---|
| Receptive-Expressive Language Index | 82 | 55 | 7 | 12 | N | 24.3% | .05 |

Copyright © 2004 by Harcourt Assessment, Inc.
All rights reserved. Printed in the United States of America.

# CELF-4

Clinical Evaluation of Language Fundamentals
FOURTH EDITION



## Core and Index Standard Scores

Note: Shaded area represents the average range (86-114).

| Core and Indexes | Standard Score | Confidence Interval |
|---|---|---|
| Core Language Score (CLS) | 67 | 64 to 70 |
| Receptive Language Index (RLI) | 62 | 57 to 67 |
| Expressive Language Index (ELI) | 55 | 51 to 59 |
| Language Content Index (LCI) | | |
| Language Memory Index (LMI) | 48 | 44 to 52 |
| Working Memory Index (WMI) | | |

Copyright © 2004 by Harcourt Assessment, Inc.
All rights reserved. Printed in the United States of America.

221

# CELF-4

Clinical Evaluation of Language Fundamentals
FOURTH EDITION



**Subtest Scaled Scores**

Note: Shaded area represents the average range (7-13).

| Subtests | Scaled Score | Confidence Interval |
|---|---|---|
| Recalling Sentences (RS) | | |
| Formulated Sentences (FS) | 3 | 2 to 4 |
| Word Classes 2–Receptive (WC2R) | 1 | 1 to 3 |
| Word Classes 2–Expressive (WC2E) | 8 | 7 to 9 |
| Word Classes 2–Total (WC2T) | 4 | 3 to 5 |
| Word Definition (WD) | 6 | 5 to 7 |
| Understanding Spoken Paragraphs (USP) | 8 | 7 to 9 |
| Sentence Assembly (SA) | 2 | 1 to 4 |
| Semantic Relationships (SR) | 1 | 1 to 2 |

Copyright © 2004 by Harcourt Assessment, Inc.
All rights reserved. Printed in the United States of America.





## HIGH ROAD
### SCHOOL

## Delonta Anthony Current Levels of Academic Performance

### English: Reading The Bully

- Weekly vocabulary and quiz on it on Friday

- Answering comprehension questions about The Bully

- Doing additional vocabulary exercises in Vocabulary Connections Workbook: exercises
  include reading a story, using vocabulary words from story to fill in the blank sentences,
  multiple choice questions, writing creative stories

- Exercises from book are typically correct, the short stories he writes are not consistent and
  typically do not answer the question asked

### Mathematics

- Multiplication of 2 digits by 1 digit, 2 digits by 2 digits, 3 digits by 2 digits

- Division of 2 digits by 1 digit

- Occasionally telling time

### Grade Equivalent Approximations

- Math Calculations          5.3

- Broad Reading              6.6

- Reading Comprehension      5.0

David Emenheiser, Director    Rebecca L. Williams, Spec. Ed. Coord.    Sarah Armlin, Teacher

*High Road Upper School of Washington D.C.*
1244 Taylor Street NW, Washington, DC 20011  |  *phone:* 202-291-1042  |  *fax:* 202-291-1045  |  *www.highroadschool.com*

223

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.
## INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

### I. IDENTIFICATION INFORMATION

Student Name: Last A████████   First D█████   MI

Student ID 8334307   Soc. Sec. No. _____   Age: 16   Grade NG

Gender ☒ M ☐ F   Date of Birth ████ 1989   Ethnic Group AFRICAN AMERICAN

Address ████████████████

House No.   Street Name   Quadrant   Apartment #

Washington, DC 20001
City   State   Zip Code

☐ Non-attending

Attending School  HIGH ROAD of DC   Home School _____

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent  CORINE ANTHONY

Address of (if different from student):   ☒ Parent ☐ Guardian ☐ Surrogate

Same as student

House No.   Street Name   Quad   Apt. No.   City   State   Zip Code

Telephone: Home 202-667-0540   Work

### II. CURRENT INFORMATION

Date of IEP Meeting: 6/16/2005

Date of Last IEP Meeting: 11/18/2004

Date of Most Recent Eligibility Decision: 10/3/2002

Purpose of IEP Conference:
☐ Initial IEP   ☒ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| ☒ BEHAVIOR | ☒ TRANSPORTATION |
| ☐ ESY | ☒ TRANSITION |

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | ENGLISH | ENGLISH | ENGLISH | NATIVE | Oral _____ |
| Parent | ENGLISH | ENGLISH | ENGLISH | NATIVE | Rdg./ Written _____ |
| Home | ENGLISH | ENGLISH | | | Instrument: _____ |
| | | | | | Date: _____ |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos. |
|---|---|---|---|---|---|---|---|---|---|
| SPECIALIZED INSTRUCTION | 26.5 | 26.5 | | Hr. | W | Spec. Ed. Teacher | 06/17/2005 | 10 | mos. |
| PSYCHOSOCIAL COUNSELING | 2.5 | 2.5 | | Hr. | W | Social Worker | 06/17/2005 | 10 | mos. |
| SPEECH & LANGUAGE | 1.0 | 1.0 | | Hr. | W | SLP | 06/17/2005 | 10 | mos. |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | 30 | 30 | | Hours Per Week | | | | | |

### V. Disability(ies)

Emotional Dis. _____

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☐ 21-60%   ☒ 61-100%

Percent of time NOT in a Regular Education Setting 100%

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Rebecca L. Williams   Rebecca L. Williams
D█████ A███████   D█████ A███████
Corine Anthony   Corine Anthony, parent
Tracy Goodman   Tracy Goodman   parents attorney
R█████ W█████   _____   _____
Sharna Fd█   Sharna Hole   Social Worker

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature  Corine Anthony   Date 5 - 16 - 06

| Student Name | D████ A████████ | | Managing School | High Road Upper School | | DCPS - IEP |
| Student ID Number 8334307 | | DOB ████89 | Attending School | High Road Upper School | | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** R. Turner - Teacher

Math Strengths:
> D████ can solve problems including addition, subtraction, multiplication & division. *He is currently working on multiplying 3 x 2 ts.*

Impact of disability on educational performance in general education curriculum:
> D████ inability to maintain focus impacts on his academic performance.

Reading Strengths:
> D████ is able to read passages from short stories.

Impact of disability on educational performance in general education curriculum:
> D████ inability to focus on a given assignment impacts his academic performance.

**Score(s) When Available**

Math Cal. *5.1 GE*
Math Rea. *2.0 GE 3.5*
See goal page:
Date: *4.9.04*

Rdg. Com *5.0 GE 2.9*
Rdg. Basic *2.0 GE 5.2*
Written Ex.
See goal page:
Date: *4.9.04*

**Communication (Speech & Language) (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

| Score(s) When Available | | |
| --- | --- | --- |
| Exp. Lang. | | |
| Rec. Lang. | | |
| Artic | | |
| Voice | | |
| Fluency | | |
| Exp. Voc. | | |
| Rec. Voc. | | |
| See goal page: | | |
| Date: | | |

**Motor/Health (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) /Results When Available**

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)** T. Weidman, LICSW  Social Worker

Strengths:
> D████ can be cooperative and polite.

Impact of disability on educational performance in general education curriculum:
> D████ has difficulty managing his emotions when he is overwhelmed with a situation.

**Score(s) When Available**

See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**

See goal page:
Date:

**Prevocational Skills: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**

See goal page:
Date:

| Student Name  D█████ A█████████ | Managing School:  The High Road Upper School of Washington DC | DCPS –IEP |
|---|---|---|
| Student ID Number: 8334307    DOB: ████/89 | Attending School:  The High Road Upper School of Washington DC | Page 3 of 4 |

Goal Number:

**VIII. SPECIALIZED SERVICES**    Additional Comments:
Area Addressed by goal: Academics: Reading

**ANNUAL GOAL:  (Including mastery criteria.)**
D█████ will demonstrate growth in reading skills as evidenced by mastery of short-term objectives.

**Provider(s):**  Transition Coordinator, Special Education Teacher, Special Education Teaching Assistant

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| D█████ will identify and spell (10) words each week from a list on his instructional level with 80% accuracy 4/5 times. | | Monthly |
| D█████ will recall the main idea, details, sequence of events in a reading selection, and draw logical conclusions with 80% accuracy 4/5 times. | | Monthly |
| D█████ will write a paragraph on a single topic with 80% accuracy 4/5 times. | | Monthly |
| D█████ will use capitalization and correct punctuation when writing sentences with 80% accuracy 4/5 times. | | Monthly |
| | | Monthly |
| | | |

**EVALUATION PROCEDURE (S)**

(Portfolio)    Log    Chart    (Test)    Documented Observation    (Report)    Other _____

| Student Name   De____ A_____ | Managing School:   The High Road Upper School of Washington DC | DCPS –IEP |
|---|---|---|
| Student ID Number: 8334307    DOB:____/89 | Attending School:   The High Road Upper School of Washington DC | Page 3 of 4 |

Goal Number: [  ]

**VIII. SPECIALIZED SERVICES**    Additional Comments:
Area Addressed by goal: Academics: Math

---

**ANNUAL GOAL:**  (Including mastery criteria.)
De____ will demonstrate growth in math skills as evidenced by mastery of short-term objectives.

---

**Provider(s):**  Transition Coordinator, Special Education Teacher, Special Education Teaching Assistant

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| De____ will use correct operation (addition, subtraction, multiplication, division) for assigned word problems with 80% accuracy 4/5 times. | | Monthly |
| De____ will multiply three digits by three digits with 80% accuracy 4/5 times. | | Monthly |
| De____ will measure time by seconds, minutes, and hours with 80% accuracy 4/5 times. | | Monthly |
| De____ will find the lowest and greatest common denominator of (2) two fractions with 80% accuracy 4/5 times. | | Monthly |
| D____ will covert an improper fraction into a mixed or whole number with 80% accuracy 4/5 times. | | Monthly |
| | | |

---

**EVALUATION PROCEDURE (S)**

(Portfolio)    Log    Chart    (Test)    Documented Observation    (Report)    Other _____

District of Columbia Public Schools   07-02-2001    Division of Special Education    Appendix – A    IEP Page 3 of 4

227

| Student Name D███████ A███████ | Managing School High Road Upper School | DCPS - IEP |
|---|---|---|
| Student ID Number 8334307   DOB ███/89 | Attending School High Road Upper School | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐         Goal Number: ☐

Area addressed by goal: Social Emotional

**ANNUAL GOAL:** (including mastery criteria.)

D██████ will demonstrate adequate concentration and exhibit less distractibility in behavior with 80% accuracy.

**Provider(s):** Teacher, Teaching Assistant, Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| D██████ will show the ability to follow class schedule and routine with 80% accuracty. | | Monthly |
| D██████ will remain on task when working independently with one prompt with 80% accuracy. | | Monthly |
| D██████ will follow verbal directives with 80% accuracy. | | Monthly |
| D██████ will increase independent work time with challenging work up to 10 minutes with 80% accuracy. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | D⬛⬛⬛ A⬛⬛⬛⬛ | | Managing School | High Road Upper School | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 8334307 | DOB ⬛⬛⬛89 | Attending School | High Road Upper School | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: ☐ |
|---|---|---|

**Area addressed by goal:**  Social Emotional

**ANNUAL GOAL: (including mastery criteria.)**

D⬛⬛⬛ will develop and strengthen positive attitudes toward peers and authority focusing on the following objectives with 80% accuracy.

**Provider(s):** Teacher, Teaching Assistant, Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| D⬛⬛⬛ will avoid the tendency to act out physically or with verbal abuse when disagreements occur with 80% accuracty. | | Monthly |
| D⬛⬛⬛ will ignore provocative or disruptive behavior of peers with 80% accuracy. | | Monthly |
| D⬛⬛⬛ will refrain from making negative comments about peers with 80% accuracy. | | Monthly |
| D⬛⬛⬛ will use time outs constructively to diffuse frustrations with 80% accuracy. | | Monthly |
| D⬛⬛⬛ will show increased trust in others by sharing feelings and concerns openly and directly with 80% accuracy. | | Monthly |
| D⬛⬛⬛ will be able to identify what kinds of behavior and language are acceptable and unacceptable with 80% accuracy. | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name: D█████ A█████ | | Managing School: The HRUS of Washington DC | DCPS –IEP |
|---|---|---|---|
| Student ID Number:8334307 | DOB: 05/10/05 | Attending School: The HRUS of Washington DC | Page 3 of 4 |

**Goal Number:** [ ]

**VIII. SPECIALIZED SERVICES**

**Additional Comments:**

**Area Addressed by goal:** _____ Transition _____

**ANNUAL GOAL:** (Including mastery criteria.)

D█████ will identify future career goals and complete the steps necessary to attaining them, with a mastery level of 80%.

**Provider(s):** Transition Coordinator, Special Education Teacher, and Special Education Teacher Assistant

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| D█████ will identify (3) of his own skills and abilities in relevance to careers. | | Monthly |
| D█████ will create a personal budget. | | Monthly |
| D█████ will construct (3) functional resumes, a cover letter and a thank you letter. | | Monthly |
| D█████ will fill out a job application accurately and completely. | | Monthly |
| D█████ will participate in (2) mock interviews and role-playing activities. | | Monthly |
| D█████ will apply self-advocacy skills by participating in his I.E.P. meetings. | | Monthly |

**EVALUATION PROCEDURE (S)**

X Portfolio    X Log    Chart    Test    Documented Observation    Report    Other

District of Columbia Public Schools   07-02-2001    Division of Special Education    Appendix – A    IEP Page 3 of 4

230

| Student Name | D̶e̶l̶a̶n̶e̶y̶ A̶n̶t̶h̶o̶n̶y̶ | | Managing School | High Road Upper School | DCPS - TRANSITION |
|---|---|---|---|---|---|
| Student ID Number | 8334307 | DOB 05/10/05 | Attending School | High Road Upper School | SERVICES PLAN PAGE 1 OF 2 |

Date Developed: _____

# DCPS TRANSITION SERVICES PLAN

**Note:** The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of the IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

## I. Record student's post-secondary goals and interests.

Employment:   D̶e̶l̶a̶n̶e̶y̶ has expressed an interest in becoming an entrepreneur.

Community Participation:  He needs to complete community service hours

Post-Secondary Education and Training:  Interested in vocational school and college

Independent Living:   n/a

## II. Courses of study leading to student's post-high school goals.

| Grade or School Year | Courses of Study |
|---|---|
| 2008-2009 | English, Math, Electives |
| | |
| | |
| | |
| | |

## III. Transition Services Needed.

*Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.*

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| Employment<br><br>If service is not needed, provide explanation. | Student will learn job related skills, will have opportunity to participate in career exploration. Student will learn job related skills by way of the classroom | School<br>Home<br>Student |
| Community Participation<br><br>If service is not needed, provide explanation. | Explore places to complete community service hours. Student needs 100 hours | Student<br>Home |
| Post - Secondary Education and Training<br><br>If service is not needed, provide explanation. | Student will explore career field and the education preparation needed for career | |
| Independent and Adult Living<br><br>If service is not needed, provide explanation. | | |

District of Columbia Public Schools     07-02-2001     Division of Special Education    IEP Attachment C  Transition Services Plan  Page 1 of 2

231

| Student Name | D_____ A_____ | | Managing School | High Road Upper, Wash, D.C. | DCPS - TRANSITION SERVICES PLAN PAGE 2 OF 2 |
| Student ID Number | 8334307 | DOB 05/10/05 | Attending School | High Road Upper, Wash.D.C., | |

Date Developed: _____

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills** If service is not needed, provide explanation. | Travel training, washing clothes,dishes- by way of classroom | School Home Student |
| **Functional Vocational Evaluation** If service is not needed, provide explanation. | e.choices will be done | School |
| **Other** | needs a mentor and help completing hours of community service | Home Student School |

**IV.**

| Projected Exit Category *(check one)* | | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|---|
| X | DC High School Diploma | | # Credits Earned toward graduation | 6/~~2009~~ RFO 2008 |
| | High School Certificate at age 21 | | | |
| | High School Certificate prior to age 21 | | # Community Service Hours Completed | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| | | |
| | | |
| | | |

**V.** *Identify any other agencies likely to be responsible for providing or paying for specific transition services.*

Examples of Agency Linkages Needed for Transition
- Rehabilitation Services Administration (RSA)
- Mental Retardation and Developmental Disabilities Administration (MRDDA)
- Commission on Mental Health Services (CMES)
- UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| RSA | Darlene Gripper Telephone No.: | Transition plan | |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment C  Transition Services Plan  Page 2 of 2

232

| Student Name | D█████ A█████ | Managing School | HIGH ROAD of DC | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 8334307 | DOB █████1989 | Attending School HIGH ROAD of DC | Page 4 of 4 |

### Additional Comments: ☐

**IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION**
**SERVICE ALTERNATIVES**

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☐ Yes ☑ No

Explanation for removal out of regular education classroom.

D█████ A█████ requires a therapeutic school environment that includes access to clinical and behavioral interventions, small school and class sizes, and regular feedback on positive and negative behaviors.

**X. Supplementary Aids and Services**

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed

Timing/Scheduling: Extended time, frequent breaks, multiple sessions
Setting: Small group or individual situation; Special seating; Proximity to monitor
Presentation: Repeated oral instructions; Redirections for off-task behaviors
Response: Write in test booklet, Oral responses when possible
Equipment: Calculator; Word processor; Scratch paper; & Ruler

**XI. STATE AND DISTRICT ASSESSMENTS:**

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☑ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V  Portfolio: _____

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

**XII. Areas Requiring Specialized Instruction and Related Services:**          **Modifications:**

☑ Reading            ☐ Physical/Sensory        ☑ Transition          ☑ Language Arts/English
☑ Mathematics        ☑ Social Emotional        ☐ Vocational          ☑ Social Sciences
☑ Written Expression ☐ Physical Development    ☐ Independent Living  ☑ Biological & Physical Sciences
☐ Other:                                       ☑ Speech/Language     ☑ Fine Arts
☐ None    Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

**XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION**

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| GENERAL EDUCATION | REJECT | |
| GEN & SPEC ED COMBINATION | REJECT | |
| OUT OF GENERAL EDUCATION | ACCEPT | LIMITED OPPORTUNITY TO |
| | | INTERACT WITH NON- |
| | | DISABLED PEERS |

Modification(s)/Accommodation(s) to address the harmful effects:

Individual therapy

Location for Services  HIGH ROAD SCHOOLS of WASH, DC

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

IEP Attachment - D
ESY Services
Page 1 of 2

**District of Columbia Public Schools**
**Division of Special Education**

## IEP ADDENDUM FOR ESY SERVICES

Student Name: ~~D_____ A_____~~    Initial _____    Date of Birth: ~~____~~ · 89

Gender: ☒ Male ☐ Female    Grade   NG

School: High Road Upper School    Date IEP Written  10·16·05

### Checklist:

| | | Yes | No |
|---|---|---|---|
| 1. | IEP is appropriate and reasonable for student | ☒ | ☐ |
| 2. | All or most IEP goals and objective are being achieved | ☐ | ☒ |
| 3. | Severity of student's disability requires individualized programming in areas of : | ☒ | ☐ |
| | • Self sufficiency and independence from caretaker or | | |
| | • _____ | | |
| 4. | Student record shows serious regression following interruptions in the school program. | ☒ | ☐ |
| 5. | Student record shows inability to recoup skills a reasonable time following regression. | ☒ | ☐ |
| 6. | Student has critical need for continuity in programming to facilitate achieving educational benefit from her or his education program. | ☒ | ☐ |
| 7. | Transportation services needed    DCPS Bus | ☒ | ☐ |

**Determination**

After review the IEP team **RECOMMENDS** the provision of an extended school year program for the above student.    ☒   ☐

**Reason**

For maintenance of school structure as well as continued work on IEP goals

## Special Education Goal and Objective for ESY

Goals and objectives from the IEP which are to be specifically addressed during ESY are:

| Annual Goal(s) | Skills Area(s) |
|---|---|
| Improvement in … | Speech/Lang. |
| Identifying future goals | Transition |
| Improvement in … | Mathematics |

| Special Education Services for ESY | | RELATED SERVICES | | | | |
|---|---|---|---|---|---|---|
| Skills Area(s) | *Setting | Time to be Provided | | | Projected Date of Initiation | Number of Weeks |
| | | Amount | Unit ( Hours/ Mins ) | Period ( D/ W/ M ) | | |
| Individualized Ins | C | 20.5 | Hours | Week | 7.5.05 | 5 |
| Psychosocial Cou. | | 1 | Hour | Week | 7.5.05 | 5 |
| Speech/Lang. | | 1 | | | | |

*Setting : A - Full Time General Education; B - Combo. General Education / Resources Classroom ; C - Out of Regular Education

| ESY Least Restrictive Environment (LRE) | | |
|---|---|---|
| ☒ Placement as in regular school year | Hours/Week | 22.5 |
| ☐ Placement different from regular school year | | |

**Placement**

Specify placement (setting and alternate) of ESY service:

High Road Upper School of Washington, D.C.

Explain why options selected above are the most appropriate and the least restrictive.

Maintenance of structure and staff supports.

Describe any other options considered, and provide reasons those options rejected.

Neighborhood school does not provide therapeutic environment and needed structure.

| Parent Name | Date | Signature |
|---|---|---|
| Corine Anthony | 5-16-0 | Carine Anthony |



**District of Columbia Public
Schools Division of Special
Education Washington, D.C.**

NEW ADDENDUM MEETING PAGE
Attach to the IEP and check the box on page one.

Student Name ~~Anthony, Dakota~~    DOB 3·12·89 DATE 10·6·05

Student ID Number 8334307    School High Road Upper School

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Rebecca L. Williams | Rebecca L. Williams | Spec. Ed. Coord. |
| Carine Anthony | Carine Anthony | Mother |
| Tracy Goodman | Tracy Goodman | mother's attorney |
| Megan Miller | Megan Miller | Research Asst. |
| Paula Travers | Paula Travers | DCPS, LEA |
| Natalie Smith | Natalie Smith | Law clerk |
| Sarah Armlin | Sarah Armlin | reg teacher |
| Shannan Foley | Shannan Foley | social worker |

**INSTRUCTIONS:** Use this addendum, in an IEP/MDT meeting, when changing levels of services on an IEP section or part. Discipline service providers must participate in the meeting. Attach addendum to the IEP and check the appropriate box on page one.

**Purpose of this meeting is to:**

Review & discuss Speech & Language goals as well as assessment, review & discuss behaviors here at High Road Upper, discussion of Comp. Ed. Update present levels of performance

**SERVICES TO BE ADDED TO THE IEP**

| SERVICES | SETTING GenEd SpEd Total | | | FREQUENCY HrJ Min D/W/M. | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks/mos | DATE ADDED mm/dd/yyyy |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | | | Hours Per Week | | | | | |

CURRENT IEP : Percent of time in Special Services
☐ 0-20%   ☐ 21-60%   ☒ 61-100%

THIS ADDENDUM : Percent of time in Special Services
☐ 0-20%   ☐ 21-60%   ☒ 61-100%

Describe: 2 pages of Communication/Speech & Language Goals were added to his IEP. Changes made to his educational scores to reflect the 4.9.04 Assessment.

PARENT SIGNATURE FOR ADDITION(S) APPROVAL: Carine Anthony    DATE: 10·6·05

| Student Name: D_____ A_____ | | Managing School: The HRA of Washington DC | DCPS –IEP |
| Student ID Number: 8334307 | DOB: _____ | Attending School: The HRA of Washington DC | Page 3 of 4 |

Goal Number: [ ]

| VIII. SPECIALIZED SERVICES | Additional Comments: |

Area Addressed by goal: __**Communication**__

**ANNUAL GOAL:** (Including mastery criteria.)

To improve receptive and expressive language skills by mastering the following short term objectives with 80% accuracy

**Provider(s):**   Speech-Language Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will formulate simple, grammatically correct sentences using pictures with 80% accuracy | | Monthly |
| Will listen to a paragraph/short story and answer wh-questions with 80% accuracy | | Monthly |
| Will use a given conjunction (i.e. and, until, although, however, otherwise, or) to expand a simple sentence into a compound or complex sentence with 80% accuracy with min/mod cues (with cues to be decreased) | | Monthly |
| Will paraphrase remarks and directives with 100% accuracy 80% of the time | | Monthly |
| Will follow directions of increasing length and complexity with 80% accuracy | | Monthly |
| Will demonstrate an improved receptive vocabulary, such as, identifying definitions, synonyms, antonyms, multiple meaning words, homophones, root, and prefixes/suffixes with 80% accuracy | | Monthly |

| EVALUATION PROCEDURE (S) | | | | | | |
|---|---|---|---|---|---|---|
| Portfolio | Log | Chart | Test | X Documented Observation | XReport | Other |

District of Columbia Public Schools  07-02-2001   Division of Special Education   Appendix – A   IEP Page 3 of 4

237

| Student Name: D████ A██████ | Managing School: The HRA of Washington DC | DCPS –IEP |
| Student ID Number: 8334307   DOB: ███89 | Attending School: The HRA of Washington DC | Page 3 of 4 |

Goal Number: [  ]

| VIII. SPECIALIZED SERVICES | Additional Comments: |

Area Addressed by goal:   **Communication**

ANNUAL GOAL: (Including mastery criteria.)

To improve receptive and expressive language skills by mastering the following short term objectives with 80% accuracy

Provider(s):   Speech-Language Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will use targeted vocabulary words appropriately in orally formulated sentence with 80% accuracy | | Monthly |
| Will repeat a 7-12 word sentence with 80% accuracy | | Monthly |
| Will correctly answer questions with sequential, temporal, or passive concepts with 80% accuracy with min/mod cues (with cues to be decreased) | | Monthly |
| | | |
| | | |
| | | |

| EVALUATION PROCEDURE (S) |
|---|
| Portfolio    Log    Chart    Test    X Documented Observation    XReport    Other |

District of Columbia Public Schools   07-02-2001    Division of Special Education    Appendix – A    IEP Page 3 of 4

### High Road Upper School of Washington D.C
1244 Taylor St., NW
Washington, D.C. 20011
(202) 291-1042



#### Midterm Progress Report

Name: Anthony, Delmont          DOB: ███/1989          Student ID: 8334307

Address: ███████████████

Quarter: **1** 2 3 **4**

Attendance:          4 Unexcused          3 Excused

| COURSE | TEACHER | GRADE | COMMENTS |
|--------|---------|-------|----------|
| English | Armlin | D | Missing Assigments |
| Math | Armlin | C | |
| World History | Armlin | D | Missing Assigments |
| Health | Turner | C | |
| Citizenship | Lotchin | P | |
| Biology | Wood | D | Needs to focus more |
| Foreign Language | Whitaker | B | |

_____
Homeroom Teacher

_____
Director



# POSITIVE NATURE INC.
1017 New Jersey Avenue, SE
Washington, DC 20003

## THE POSITIVE NATURE STAFF

The Positive Nature staff is a highly trained multi-talented team comprised of a consulting psychiatrist, counseling psychologists, a clinical social worker, an Art Director, an Expressive Therapist, certified teachers, musicians, actors, athletes, and youth advisors.

## CRISIS INTERVENTION

All staff members at Positive Nature are trained and certified in the advanced skills of Life Space Crisis Intervention. When a student is in crisis, presenting language and behavior that has escalated to a point that is disruptive, offensive or unsafe, that student is engaged one-on-one in a very structured process of de-escalation, recognition, responsibility, and finally, re-entry to the original environment. It is the belief and practice at Positive Nature that the implementation of an advanced verbal de-escalation regimen safely and appropriately guides students through a crisis, teaches them new skills, and empowers their self-awareness in future scenarios.

## LIFE SKILLS: THE ARISE FOUNDATION CURRICULUM

The ARISE Foundation in Miami, Florida has written a very thorough interactive curriculum for at-risk youth between the ages of five and twenty-one. All Positive Nature staff are trained and certified in teaching the curriculum in group settings and the topics and related activities include full workbooks on self-esteem, violence and guns, safety, health and hygiene, making good choices, fatherhood, and anger, to name a few. Life skills sessions are facilitated in small groups on a daily basis.

## ACADEMIC ENHANCEMENT: TUTORING

All students at Positive Nature have a school-generated Individualized Educational Plan (IEP). Youth Advisors serve as valued members on the MDT teams for the students on their case loads, and they maintain close contact with teachers at the students' schools. As most students are below their expected academic levels, students receive tutoring services on a daily basis, in accordance with the goals prescribed in their IEPs.

# THERAPEUTIC
# CORE COMPONENTS

## THERAPEUTIC ART

In this vital form of creative expression students have the opportunity to explore all media from paper, to clay, to fabric, to film, to technology and design. Students are given a strong foundation in the fundamentals of art and the seven elements that effect everything in art / life (line, shape, color, value, form, space, and texture). They are given the challenge of seeing a project through from start to finish, and they experience the joy of making progress.

## DANCE / MOVEMENT THERAPY

The Movement Therapy program focuses on body awareness and the ways that non-verbal communication can successfully express that which is verbally inaccessible. In sessions, students utilize listening skills and develop relationships. Body integration in encouraged through developmental movement patterns with a focus on space, fine/gross motor skills, and sequencing of movement. Students develop their movement repertoire to increase their coping skills.

## THERAPEUTIC RECREATION

In daily therapeutic recreation blocks students focus on the principles of teamwork, cooperation, sportsmanship, communication, and goal-setting. Games and activities are designed to encourage participation in all areas, and the needs and abilities of all students are addressed and considered. Through the use positive reinforcement and positive praise students develop self-confidence and self-esteem.

## THERAPEUTIC MUSIC

The Therapeutic Music Program offers students the opportunity to explore music as another form of self-expression. Students develop individual musical abilities and come together with their instruments to make music as a group. With an awareness of the foundations of music including time, measures, beats and rhythm, students explore different historical and cultural influences over music. Listening skills, repetition, practice, cooperation, and fun are all keys to this element.

## THERAPEUTIC DRAMA

The Therapeutic Drama element provides an essential opportunity for children to try on different hats, faces, and characters, both literally and figuratively. Students are able to engage in improvisational games, skits and short plays as a way of expressing their personal thoughts, views and feelings. This component allows children to be imaginative, spontaneous and creative. Children discover new ways to address conflict, peer pressure, community issues and school challenges.

## BUILDERS CHALLENGE

The Builders Challenge provides children with the opportunity to create blueprints for ideas and then utilizing the skills of communication, cooperation, goal setting and safety, follow a structured process toward a finished product. Students learn the basics of working with tools and different types of wood and other materials, as they explore individual interests and creativity.

241

# TEEN ACHIEVEMENT PROGRAM

The Teen Achievement Program grew out of the need for specialized services for the teen-aged youth at Positive Nature. It is designed to engage, challenge and develop healthy teenagers and to give them positive, viable alternatives to life's negative pressures. Students participate in exercises and activities that challenge them to implement positive choices and to anticipate consequences. They work intensely with a life skills curriculum and strive to develop qualities that will make them productive and successful members of their community and society. All TAP participants are given paid work experience opportunities at Positive Nature or other venues during the eight wee summer program.

TAP Participants: improve social skills, develop team concepts, demonstrate leadership with younger PNI students, improve individual academic performance, identify interests and goals, move gradually toward autonomy and independence.

# THE POSITECHS
## PNI'S TECHNOLOGY CLUB

PNI began offering computer technology training to the Teen Achievement Program in the fall of 2004. Students have the opportunity to strip computers, learn functions of all components and discuss the pertinent issues that effect the increasingly technological world in which we live. Efforts culminate annually in the Positechs participation in the youth technology competition, where there knowledge and skills are tested.



# PNI MUSIC CLUB

In the D.C. tradition, a group of enthusiastic musicians has come together to form Positive Nature's own go-go band. They are making their own beats, playing different instruments, writing lyrics and preparing for future recording opportunities.

# STEPANCEEDERS

The Stepanceeders is Positive Nature's Step-Dance-Cheerleading Team. Whether they are entertaining the crowd at the half time of PNI basketball games, performing hip-hop or jazz routines, and most recently, Egyptian dance, this group of energetic young people has enjoyed pushing themselves to learn new moves and collaborate with music tracks prepared in Music class.

# ART CLUB

The PNI Art Club is made up of several enthusiastic, creative, and energetic individuals that share a passion for art. Students in this club work on everything from traditional art (painting, sculpture) to non-traditional art forms (graffiti, computer graphic design). Fashion design and t-shirt production is also offered to this group.