wtk

16

1  another, he was convinced that they were talking

2  about him.

3         And I think that that has gotten better;

4  that he's not quite as scared of or paranoid about

5  the peers in the classroom; that he's still very

6  disconnected from them.   Hello?

7         HEARING OFFICER DuBOW:  Yes, I'm just

8  writing--I'm sorry, I'm trying to write down what

9  you're saying.

10        THE WITNESS:  Okay.

11        HEARING OFFICER DuBOW:  How many--in his

12 class, how many students?

13        THE WITNESS:  I'm sorry?

14        HEARING OFFICER DuBOW:  How many students

15 are in his class?

16        THE WITNESS:  He's in a classroom with I

17 think seven other--eight other students; he's the

18 ninth student in the classroom.

19        HEARING OFFICER DuBOW:  Any questions to

20 pose from my questions, you want to ask on

21 social/emotional?

22        MS. GOODMAN:  No.

wtk

1          HEARING OFFICER DuBOW:  Okay, but you say

2    he's more open to staff now, but he still has the

3    same guardedness toward the peers?

4          THE WITNESS:  It's not quite the same

5    because, like I was saying, at the beginning, he

6    was much more paranoid--

7          HEARING OFFICER DuBOW:  Yeah.

8          THE WITNESS:  --around his peers.  Now, he

9    is just guarded and disconnected.  So, there's a

10   little bit of improvement--

11         HEARING OFFICER DuBOW:  So that--still on

12   the social/emotional--when he goes, you said to

13   group therapy for two hours a week, if you're able

14   to share at all, is he able to interact in those

15   sessions or is he--I assume those sessions are

16   small group, are they not?

17         THE WITNESS:  They, also, are right around

18   that five-to-seven students.

19         HEARING OFFICER DuBOW:  So, the group is

20   five to seven?

21         THE WITNESS:  Yes, I believe so.

22         HEARING OFFICER DuBOW:  So, how does he

1  deal in that situation?

2      THE WITNESS:  I think, it's sort of mixed.

3  There are--the social workers do things, kind of

4  two different sorts of activities:  They often will

5  have some sort of group discussion and I think what

6  I've seen is in those discussions, he does not

7  participate very [unintell.] He might answer direct

8  questions, D█████, can you tell me such-and-such?

9  And then, he'll answer that.  But if they're more

10  open-ended:  can anybody think of a kind of

11  something-or-other?  He's not going to be the one

12  to offer that kind of--participate in that kind of

13  discussion.

14      The other sorts of thing that they often

15  do projects, maybe certain posters on a particular

16  idea or something like, you know the concerns of

17  teenagers.  And so they might do more projects.

18  And in those, if it's an individual sort of project

19  that then he shows to the group, he does that, I

20  think, fairly well.  When he has to do group

21  projects working with other students, that is much

22  more difficult for him.

1          Because, again, that requires that

2     interaction, that back-and-forth communication,

3     which the peers don't quite understand--can't quite

4     figure out what he means sometimes, I think.

5          HEARING OFFICER DuBOW:  In light of what

6     you have described as to his isolation, what steps

7     is High Road taking to address that problem?

8          THE WITNESS:  I was reading [unintell.]

9          HEARING OFFICER DuBOW:  I decided rather

10    to have complicated questions, I'll try to have

11    just one simple question, okay?

12         THE WITNESS:  What we're doing is--I think

13    that is one of the main keys that is talked about

14    in the individual therapy times, where the social

15    worker is really trying to work with Anthony--or

16    with De███████, I'm sorry, I keep messing up

17    that--with Delonta--to figure out what

18    he's--individually what he's feeling and what he's

19    going through and better ways of communicating

20    that.  That is, also, a part of the group therapy,

21    where he might be able to get some peer feedback

22    on, okay, that may be what you want to do, but that

wtk

1  isn't how it came across to me.  That sort of

2  thing.

3       We also have behavior point sheets; we

4  have a level system; it's all part of what he has

5  on a daily basis, so he gets to see every half hour

6  feedback on his behaviors, including, there's a

7  peer interaction; there's a staff interaction;

8  there's being on-task and there's some behavioral,

9  as well as some interaction goals on those point

10  sheets that he must--he has an opportunity to earn

11  a point every half hour.  And he gets that feedback

12  every half-hour.

13       HEARING OFFICER DuBOW:  So, if he--so,

14  it's sort of on the point system, you get a reward

15  if you get so many points?

16       THE WITNESS:  Yes, that's correct, if you

17  earn a certain level of points--if you earn a

18  certain number of points, that takes him to a level

19  and at each of the levels we have red, yellow,

20  green, blue, and gold.  Each of those levels have

21  different privileges.  The higher levels, you

22  get--he would be able to walk the halls without

21

1  staff monitoring; you just have a hall pass.  For

2  every level, there's a certain amount of money that

3  gets deposited into the school account, which then,

4  students can use to purchase form the school store;

5  different things like that.

6          HEARING OFFICER DuBOW:  So, in the

7  social/emotional area, you have a point system

8  geared--that can acknowledge his efforts to improve

9  in that area, right--something of that nature?

10          THE WITNESS:  Yes, it's an opportunity for

11  him to get the feedback on his level of

12  performance, yes.

13          HEARING OFFICER DuBOW:  That's monitored

14  by who?

15          THE WITNESS:  The classroom has a teacher

16  and a TA and they're the ones who mark down the

17  points; they also speak with the students at the

18  end of the day; they add up all the points so that

19  the student knows what level they're coming in on

20  the next day.  The TA maintains those in a folder

21  with the Student.  We send copies home for the

22  Parents, so that the Parents can sign and see the

wtk                                                            22

1   level of the Student's progress and performance is

2   in the school.  And then, hopefully, the Student is

3   taking the point sheet home to the Parent and

4   bringing it back to us signed the next day so that

5   we have the record that the Parent is getting that

6   communication.

7           HEARING OFFICER DuBOW:  Based on your

8   system--the point system on the social/emotional

9   area, how--and the different levels you

10  describe--where is he at?

11          THE WITNESS:  He is low-average.  He

12  rarely has a red day, which are lowest.  I would

13  say I don't have his chart here in front of me that

14  has all of his levels for every day, so, I'm doing

15  this based on memory.  But, I think for the most

16  part, he's on yellow, so that's--green is what we

17  think of just being an average day, nothing

18  terribly great, but nothing terribly bad.

19          HEARING OFFICER DuBOW:  Red is the lowest,

20  then yellow--

21          HEARING OFFICER DuBOW:  Okay.

22          THE WITNESS:  --then green, blue, and then

23

1   gold.  So, out of the five levels, green is just a

2   solid "C", so to speak.  And he's here on yellow,

3   which would be more of a D--so it's a passing, but

4   it's not--

5          HEARING OFFICER DuBOW:  Okay, so a yellow,

6   I'm not with Homeland Security, but it's red,

7   yellow, green--and then what?

8          THE WITNESS:  Blue.

9          HEARING OFFICER DuBOW:  Yeah.

10          THE WITNESS:  And gold.

11          HEARING OFFICER DuBOW:  Thanks, sorry.

12          THE WITNESS:  No problem.

13          HEARING OFFICER DuBOW:  All right.  Go

14   ahead, Ms. Goodman.

15          BY MS. GOODMAN:

16   Q    Just as a follow-up, Mr. Eminheiser--

17   A    Sure.

18   Q    --you testified that he's generally on

19   yellow.  Is this any change from when he started at

20   High Road in May?

21   A    Again, I don't have his, I don't have the

22   calendar or the chart that has all of those levels

24

1    on it, but I would say, yes.  I think that at the

2    beginning, when he first got enrolled at the end of

3    last school year, he was more reds and yellows, the

4    fluctuated on that end.  He was just pretty much

5    solid yellow.

6         Q    Then, in the clinical summary, which is

7    DA-41, which was written by one of High Road's

8    social workers--

9         A    Yes.

10        Q    --on the second page in the top paragraph,

11   it states that D████████ has had to--there were

12   several occasions where he was removed from the

13   classroom in order to de-escalate--and my question

14   is whether he has required the same level of

15   classroom removals during this school year?

16        A    Over all, no.  We have had a few days in a

17   row, I see it twice this school year that he was

18   requesting to come out and I believe that during

19   those time frames, there was also a few times that

20   the staff--that it was a staff-directed time-out,

21   as well.

22        Q    Okay.

wtk

1       A    Last year, he was out of the classroom

2   frequently--much more frequently than he has this

3   year.

4       Q    I'm now going to ask you some questions

5   about his academic performance and status.

6       A    Okay.

7       Q    What is D▆▆▆▆, working on in his reading

8   and written expression in related classes?

9       A    We working--excuse me--we're working on a

10  series of books, like, novels, the one that he's

11  currently reading is called "The Bully," it's about

12  high-school-aged main characters and their lives.

13  And some that--they're pulling out some vocabulary

14  words, that maybe individuals don't know and

15  working on that vocabulary.  But they're also

16  working on comprehension of that story.  Additional

17  resources in the classroom and in language would be

18  vocabulary connection so some ways of using that

19  vocabulary in different ways; being able to use the

20  vocabulary to write their own stories;

21  multiple-choice questions; defines emotions; lots

22  of different things like that.

wtk

1    Q    Okay.

2    A    And some creative writing opportunities at

3  some times.

4    Q    What is D███████ current level of

5  academic performance, specifically in reading and

6  written expression?  And if you could give an age

7  or grade equivalent  that would be appreciated,

8  please?

9    A    As an approximation, I think probably

10  fifth-, sixth-grade level--

11         HEARING OFFICER DuBOW:  Did you say sixth

12  or fifth?

13         THE WITNESS:  --in reading and writing.

14         BY MS. GOODMAN:

15    Q    You said fifth?

16         HEARING OFFICER DuBOW:  Did you say fifth

17  to sixth?

18         THE WITNESS:  Yes, fifth to sixth.

19         HEARING OFFICER DuBOW:  If I may

20  interrupt--I have a document from you called DA-43,

21  do you have that, sir?  It's the D███████ Current

22  Levels of Academic Performance?

27

1          THE WITNESS:  I do.

2          HEARING OFFICER DuBOW:  You have levels on

3    there, but the problem is there's no date on this

4    document.  Do you have a date--do you know when it

5    was done?

6          THE WITNESS:  I don't have a date, other

7    than it was this school year, it was this month.

8    We prepared this specifically for this  hearing.

9          HEARING OFFICER DuBOW:  Okay, so it was

10   prepared this month, in October, correct?

11         THE WITNESS:  Yes.

12         BY MS. GOODMAN:

13     Q    It was prepared after the IEP meeting,

14   correct?

15     A    That is correct.

16         HEARING OFFICER DuBOW:  When was that?

17         BY MS. GOODMAN:

18     Q    The IEP review was on--

19         HEARING OFFICER DuBOW:  Wait a minute--

20         BY MS. GOODMAN:

21     Q    It was on October 6, 2005, is that

22   correct?  If you look at DA-45, you'll see an IEP

wtk                                                                          28

1    addendum?

2        A    Yes, 10/6/05, that's right.

3            HEARING OFFICER DuBOW:  So it was done

4    after October 6?

5            THE WITNESS:  That is correct.  I believe

6    it was done last week, like, the beginning of last

7    week, but that would be the right time frame, maybe

8    two weeks ago, at the end of the previous week.

9            HEARING OFFICER DuBOW:  Okay.

10           BY MS. GOODMAN:

11       Q    So, just to clarify, you testified that

12   he's on the fifth- to sixth-grade level in reading

13   and written expression?

14       A    That's correct.

15       Q    What, exactly, is D███████ working on in

16   math and related classes?

17       A    In math, he's doing the--as you can see on

18   that D-43, he's working on some basic math skills;

19   multiplication of multiple digits, with multiple

20   digits.  He's also working on division of two

21   digits by one digit.  And working on time.

22       Q    So, what is his current, speaking now,

wtk

1    about his current level of academic performance in

2    math?

3         A    [unintell.]--say that it's at fifth grade,

4    but obviously those math things we're working on

5    right now, are a hole in that.  There's a deficit

6    in that specific area, so that's why we're working

7    on that.

8         Q    In reference to other subject matters in

9    which D███████ is taught, what is his current level

10   of performance and his grades and progress?

11        A    Progress, I would say [unintell.] which

12   came out at the beginning of October, he's

13   generally a "C" or "D" student.  And that has a lot

14   to do with assignments not necessarily being

15   completed and sometimes the assignments are

16   completed, but, especially, if it's like a short,

17   written assignment, like a paragraph or

18   something--there are times that the answer that he

19   writes really is unrelated to the question, which

20   is a little bit of a concern.  And, obviously, the

21   teachers are struggling with grading that.

22             He is doing B-level work in foreign

wtk                                                              30

1    language, which is our American Sign Language; he's

2    doing American Sign Language as a foreign language,

3    an that's a "B."

4            [Simultaneous conversation.]

5            HEARING OFFICER DuBOW:  I was wondering, I

6    mean, if you get a D in English and you get a B in

7    foreign language, I had some questions, but when

8    you're doing American Sign Language, it makes a

9    difference.  That makes sense, okay.

10           THE WITNESS:  Right.

11           BY MS. GOODMAN:

12      Q    You testified he's generally a "C" or "D"

13   student and we see in DA-46 his progress report.

14   Those were his grades mid-term?

15      A    Yes.

16      Q    Can you identify any reasons that he's at

17   a D-level?  Or, in other words, let me ask it this

18   way:  Is there anything that--what, if anything, is

19   High Road doing to assess D███████ in increasing his

20   academic performance to get up to his grade or age

21   level?

22      A    We provide the individualized instruction

wtk                                                                    31

1    and we're working on giving D██████ the opportunity

2    to really have a few bad days and not include those

3    as part of the grade to either break the larger

4    assignments into smaller bits so that he can get,

5    maybe, more of the assignment completed, instead of

6    it being just one assignment that he gets completed

7    or not.  Then breaking that down into two or three

8    parts and he might be able to finish two of the

9    three parts.  And, so, then, we'll be able to grade

10   and he'll be able to make progress on those two

11   parts and then we'll just give him another

12   opportunity to do that third part.

13          Different teachers are doing that in

14   different sorts of things in their classrooms.

15       Q    I notice on DA-46, the progress report

16   that in two of the classes where he's getting D's,

17   the comments are that he's missing assignments--is

18   there anything that High Road's doing to encourage

19   D██████ to finish his assignments?

20       A    What we've done is, many of the

21   teachers--because this was the beginning of the

22   year, they were just sort of getting to know him

32

1   again.  So, I think since then--since the mid-term,

2   though, we're closely monitoring his time in class,

3   as well as following up with him to make sure that

4   he's remembering that he has an assignment to be

5   done and checking on to make sure that it's coming

6   in.  Just a little bit more of that logistical

7   support, as well.

8           HEARING OFFICER DuBOW:  I've got to ask a

9   question here:  We have now the grades in that

10  document the DA-46, that was done recently.  When

11  he first came last year in May, did you do any

12  testing or do any--after he'd been there, maybe, a

13  month, to see where he was at?

14          THE WITNESS:  We did not be any formal

15  educational assessment, no.

16          HEARING OFFICER DuBOW:  So, okay, he

17  started, what did you say, May 10?

18          THE WITNESS:  That is correct.

19          HEARING OFFICER DuBOW:  Did you do and

20  then you ended what--the end of June or something

21  before ESY started--when does your year end?  Like

22  DCPS at the end of June, sometime?

1        THE WITNESS:  Yeah, I believe it was the

2    21st of June last year.

3        HEARING OFFICER DuBOW:  So, from the

4    period of May 10th to June 21st, was there any

5    marking period or is there any--was there any

6    grading done for his performance for that period?

7        THE WITNESS:  Yes, there was.

8        HEARING OFFICER DuBOW:  And what was

9    that--do you have that?

10       THE WITNESS:  What I recall is that he was

11   also right there at that "C" and "D" level.

12   The--what I recall in terms of him doing his

13   assignments--I believe that last year he was doing

14   a little bit more consistently completing his

15   assignments than he is showing us so far this

16   school year.  That he was able to be a little bit

17   more self-directed in terms of, you give an

18   assignment--last year, Mr. Turner would have given

19   him an assignment and he would have been able to

20   remember it and then do it and turn it in and

21   complete that process.

22       This year, as I've already said, we're

1  breaking things up a little bit more because he

2  just doesn't seem to have that self-organization

3  this year.

4         And maybe, it's his academic load is a

5  little bit larger this year.  Last year when he was

6  coming in at the end of the year, we were,

7  basically, finishing out the few classes that he

8  had already started as a sort of ninth-grader.

9  This year, he really does have a full academic

10 schedule.  And, I'm just thinking this--even as I'm

11 speaking with you, that, that is something that's

12 different.  It's a factor that we might need to

13 look at.

14        HEARING OFFICER DuBOW:  All right, yeah,

15 one, two, three, four, five, six, seven--you have

16 seven courses this year and what was he last May to

17 June, it was less--a lighter schedule?

18        THE WITNESS:  Yeah, it was a lighter

19 schedule.  I don't know exactly, but I think,

20 probably, if I remember--what I remember is that he

21 was in an English and a math and he also had a

22 science and maybe like a PE or health class.  And

1   those were the only real credit-bearing classes

2   that he was working on last year.  So, there was

3   much more time.  For his English, he had some time,

4   even in the school day to be able to finish up and

5   work on his math and English assignments, for

6   example.  This year, he does have, he does not have

7   that freedom because he has thrown in a different

8   subject of foreign language or something like that.

9          HEARING OFFICER DuBOW:  So, this year he

10  has no study-hall or--

11         THE WITNESS:  Exactly.

12         HEARING OFFICER DuBOW:  In terms of

13  attendance, has his attendance been good?

14         THE WITNESS:  His attendance has been

15  fair, he's been out, I believe seven days this

16  year, so far.  Most of them have been excused,

17  either an appointment or being ill.  There's only

18  been, I believe two or three that were unexcused.

19  And I do not know exactly what his reasons for not

20  being in there was.

21         HEARING OFFICER DuBOW:  I see in the

22  document, yeah, it has four unexcused, three

wtk                                                                    36

1   excused.   The document that's DA-46, the mid-term

2   progress report.

3               THE WITNESS:   Okay.

4               HEARING OFFICER DuBOW:   It doesn't say how

5   many days, but it does say four unexcused three

6   excused.   So that matches what you're saying.

7               THE WITNESS:   Yes. So, that's like seven

8   days out of, in a six-week period?

9               THE WITNESS:   That's correct.

10              HEARING OFFICER DuBOW:   That's pretty,

11  what do you consider that?

12              THE WITNESS:   I consider that to be fair,

13  I think good attendance is in a marking period,

14  probably two or three days, but to have that number

15  of excused absences, then, most likely, there have

16  been doctors' appointments and other things like

17  that.   And those aren't often scheduled, you can't

18  really schedule a doctor sometimes.

19              HEARING OFFICER DuBOW:   I don't know, on

20  this attendance, it doesn't indicate to me,

21  sometimes you go to a doctor's appointment and then

22  you come back to school, you don't miss the whole

1   day.  So, this document doesn't tell me whether he

2   missed the whole day, I mean, I assume it's the

3   whole--the way you have it here I don't know--is it

4   your understanding it's the whole day?

5          HEARING OFFICER DuBOW:  You're correct, if

6   the student comes in either comes in the morning

7   and then leaves early for a doctor's appointment or

8   comes in late because of a doctor's appointment, we

9   would not count that as a day absent.

10         HEARING OFFICER DuBOW:  Oh, okay, so these

11  are--

12         THE WITNESS:  Sometimes a doctor's

13  appointment is right there in the middle of the

14  day, due to the travel, Metroing back and forth or

15  whatever on it really does take up the day.

16         HEARING OFFICER DuBOW:  Okay.

17  That's--anything further?

18         MS. GOODMAN:  I just have one question.

19         HEARING OFFICER DuBOW:  Yeah.

20         BY MS. GOODMAN:

21    Q    Mr. Eminheiser, you're aware that the

22  hearing today is in reference to compensatory

wtk                                                                    38

1   education for D_____?

2        A    Yes.

3        Q    One of the--part of what the Parent is

4   requesting is that D_____ receive tutoring, as

5   well as therapeutic interventions after school.

6   Are you in agreement with those services as being

7   able to compensate D_____?

8        A    I am, I think, as I said, D_____ responds

9   better with adults than with peers, so the tutoring

10  scenario, he--the one-to-one attention, to be able

11  to keep him focused; to be able to help him

12  complete h is work, I think is a very effective

13  tool to get him academically up to speed.  And,

14  truly, from his social/emotional functioning this

15  year, an after-school opportunity to be able to

16  continue to work on those interpersonal

17  relationships; to be able to work on that kind of

18  social issues, I think that would be a very

19  effective intervention.

20            MS. GOODMAN:  Thank you.  I have no

21  further questions.

22            HEARING OFFICER DuBOW:  Let's go--let me

1  ask you about he tutoring.  Are you in a position

2  at the school to provide the tutoring?  Or, how do

3  you have after-school tutoring as part of your

4  program?  Or--what is the situation at High Road?

5        THE WITNESS:  We do not currently have an

6  after-school tutoring component to the High Road

7  program.  What we can do and what we have done in

8  the past is, not necessarily from High Road

9  upper-school staff, but the other High Road staff

10  that's in the region who might be interested in

11  doing some after-school tutoring.  We get a list of

12  names, we get the names from individuals who would

13  be available and then we would talk with the

14  Parent, let them match if they're comfortable and

15  all that sort of stuff.

16        So, we might have a resource, but it's not

17  necessarily part of the program.

18        HEARING OFFICER DuBOW:  I assume he gets

19  to and from school by public transportation?

20        THE WITNESS:  That is correct.

21        HEARING OFFICER DuBOW:  So, if he was to

22  stay after, that would not be a problem.  I don't

wtk

40

1   know how close you are to the Metro, but--

2          THE WITNESS:  We are within walking

3   distance to the Metro, my concern would be, I'm not

4   sure if he's, on some of his bad days, I think the

5   tutor would have to talk about whether he's

6   Metro-ready to really get himself safely from

7   school to home.  I think it's one of the reasons

8   why he's still on the yellow bus.

9          HEARING OFFICER DuBOW:  Oh, he's 15 and

10  he's still on the bus?

11         HEARING OFFICER DuBOW:  Yes.

12         HEARING OFFICER DuBOW:  Oh, and the bus

13  leaves right after the end of the school day?

14         THE WITNESS:  That is correct, his bus is

15  typically there by 3:15.

16         HEARING OFFICER DuBOW:  Do you have

17  extracurricular activities after school and have a

18  late bus?

19         THE WITNESS:  We do not have a late bus.

20         HEARING OFFICER DuBOW:  When's he going to

21  be 16?

22         MS. GOODMAN:  He is 16.

wtk

41

1          HEARING OFFICER DuBOW:  He is 16?  How

2   close are we to him being ready to ride the rail?

3          THE WITNESS:  I don't know, actually, it's

4   sort of hard to guess.

5          HEARING OFFICER DuBOW:  Well, I mean, the

6   question is if I was to order after-school

7   tutoring, I mean, you don't have transportation

8   available right?

9          THE WITNESS:  Right.

10          MS. GOODMAN:  If I may interrupt, I Ms.

11   Miller in testimony is going to answer some of

12   those questions about transportation options.

13          THE WITNESS:  And let me just add that if

14   he would be getting one-to-one tutoring with one of

15   our staff at the school, then we do have a school

16   van, so we could transport him to the Metro stop,

17   but it would be after the Metro stop that I would

18   be concerned about that.

19          HEARING OFFICER DuBOW:  Okay.

20          THE WITNESS:  I don't know where the

21   Parent--how the Parent would fee about that.

22          HEARING OFFICER DuBOW:  Okay.  All right,

wtk                                                                42

1   but in terms of--I've looked at your schedule.  I

2   mean, in terms of your school day, there's really

3   no time during the school day to provide tutoring,

4   because it seems--unlike last year--it seems he has

5   a heavy load, right?

6          THE WITNESS:  That is correct, because of

7   this year working towards his diploma and so he

8   needs to be earning those classes.

9          HEARING OFFICER DuBOW:  And what happens

10  on the weekend at High Roads?  Is there any program

11  going on the weekend?

12         THE WITNESS:  We do not have--currently,

13  we do not have any weekend.  We're looking into

14  some of these things, but they're really not in

15  that position--I'm not in a position to be able to

16  offer anything at this time, unfortunately.

17         HEARING OFFICER DuBOW:  My concern is

18  consistency in tutoring between the school staff

19  and whoever does the tutoring?  Hello?

20         THE WITNESS:  Yes, I think that is--

21         HEARING OFFICER DuBOW:  And if you're

22  going to have someone, even if it's not someone

wtk

1  from this particular campus on Taylor Street, I

2  know that High Road has a particular type of

3  curriculum; you have a particular type or way of

4  approaching it, so it, obviously be best to have

5  somebody who's familiar with that method or

6  approach to be providing the tutoring--would you

7  agree?

8          THE WITNESS:  I do agree.

9          HEARING OFFICER DuBOW:  I mean, because I

10 understand you have a certain, it's a different

11 approach than other schools may have.  I mean, you

12 do the individual tutoring and, I mean, you do the

13 individual--you do a lot of one-on-one with the

14 students and then they move, am I still--am I

15 correct?

16         HEARING OFFICER DuBOW:  You're absolutely

17 correct.

18         [Simultaneous conversation.]

19         THE WITNESS:  --in English and they work

20 one-to-one sometimes two-to-one with a teacher and

21 they will also work on the computer--what we call

22 the CCCs, from--from--

1          [Simultaneous conversation.]

2          HEARING OFFICER DuBOW:  So, I mean,

3    they're always rotating, but a lot of it is

4    one-on-one or two-on-one?

5          THE WITNESS:  That's correct.  And so they

6    have someone who is working with him in a tutorial

7    after school who understands that that's the way

8    that he's been taught throughout the day.  I think

9    you're right, that would be a very good benefit.

10         HEARING OFFICER DuBOW:  And you would have

11   somebody, maybe, I mean, there's a possibility you

12   would have somebody.

13         THE WITNESS:  That is correct.

14         HEARING OFFICER DuBOW:  I mean, the issue

15   is one of where it could be done and the

16   transportation issue?

17         THE WITNESS:  That is correct.

18         MS. GOODMAN:  And, Mr. DuBow, just to

19   clarify, further, in addition to the transportation

20   issue, we'll also be presenting--a witness will be

21   testifying about tutoring, as well, in a way that's

22   coordinated with the IEP and the school, yes.

1         HEARING OFFICER DuBOW:  All right.  So, if

2   you were to look at it what would you say is his

3   major area of deficit--and if you were to begin

4   tutoring, what area would you focus on first:  The

5   English because he, obviously's doing, on the

6   grades, he's doing poorer on the grades than he is

7   in the other subjects?

8         THE WITNESS:  I would say the tutoring is

9   the way I would recommend starting it is in math,

10  the skills.  Because even though he's overall

11  functioning at a fifth-grade level, working on

12  division and multiplication, things like

13  that--that's a real hole in that learning.  And for

14  him to really make the progress in high school

15  toward algebra and geometry and things like that,

16  he's really going to have to get up to speed with

17  those--the understanding of those basic skills.

18        In terms of English and writing and

19  reading, the biggest issue that I see is when he's

20  giving a written response that isn't related to the

21  question.  So, really getting him to read those

22  questions, thinking through what is this question

1   asking for and then constructing a response based

2   on that, it's comprehending the question, really.

3            And then, from there be able to work more

4   with just his comprehension with the reading

5   overall.

6            HEARING OFFICER DuBOW:  Does High Road

7   have--I know several schools have--they have

8   special reading program, do you have anything along

9   that nature that may require a pull-out or that--

10           THE WITNESS:  We do not currently have

11  that pull-out reading program.  I do have a staff

12  person who is going to that training, I believe

13  it's the first week of December, I'm not actually

14  sure.  We have--

15           HEARING OFFICER DuBOW:  You have a

16  reading--

17           THE WITNESS:  --for the next few weeks, a

18  person who's going to Lorton-Dillingham [ph] to get

19  that training.  So, at that point we might have

20  somebody who could do a little bit of the pull-out

21  work.

22           HEARING OFFICER DuBOW:  And he's a reading

1  specialist?

2        THE WITNESS:  Yes, but the other programs,

3  yes, you're right, the other programs do have

4  individuals who have already had that training,

5  especially in the primary school.

6        HEARING OFFICER DuBOW:  I would assume

7  that some of the other students that you have there

8  would benefit from that, as well.

9        THE WITNESS:  Exactly, and that's why

10  we're doing it.

11        HEARING OFFICER DuBOW:  So that might be

12  available, you say, in December?

13        THE WITNESS:  That's correct.

14        HEARING OFFICER DuBOW:  Once that becomes

15  available, would that, then, be a pull-out in one

16  of his--during his daily schedule?

17        THE WITNESS:  Yeah we'd be looking at the

18  overall student body and identifying those who are

19  most in need of that particular intervention and

20  starting them at the--I don't know if you want to

21  say the bottom, and working their way up through

22  the student body to make it available to everybody,

1   but, obviously, the ones you know most behind would

2   be the ones who would get it first and get it most.

3              HEARING OFFICER DuBOW:  Would he be in

4   this category?

5              THE WITNESS:  I am not sure.

6              HEARING OFFICER DuBOW:  Okay.  Let me ask

7   you, on the counseling piece, as terms of

8   compensatory relief, we were talking about

9   additional counseling--therapeutic counseling?

10             THE WITNESS:  Right.

11             HEARING OFFICER DuBOW:  You have two hours

12  of group and a half-hour individual.  And you've

13  indicated that he responds better to adults than he

14  does with peers.

15             THE WITNESS:  Correct.

16             HEARING OFFICER DuBOW:  Is there some way

17  to re-allocate that time so he does more individual

18  and less group?

19             THE WITNESS:  Well--

20             HEARING OFFICER DuBOW:  I mean would more

21  individual strengthen some of his issues--address

22  more directly some of his issues in being guarded

1   and because it seems you have quite a heavy part

2   two hours a week on group, where he does not seem

3   to interact that much.  And then you have a half

4   hour of individual trying to address some of his

5   issues.  Would--are you able to reallocate that mix

6   that you now have?

7          THE WITNESS:  We can definitely look at

8   that--the current thinking is sort of two different

9   things:  One of them is, that we have it in the

10  schedule in a way so that he doesn't get pulled out

11  of any academic classes for his group time.  And so

12  to make that reallocation, we would have to sort of

13  adjust some of that.  But the other part of it is

14  that we at the school we're really looking at our

15  purpose, kind of social/emotional purpose for him

16  is functioning in the group.  So, to have that

17  social worker in there with him, having two

18  sessions to be able to work with him in the group

19  setting, even though it's a struggle for him; even

20  though it's a weakness, that's really where we need

21  to focus.

22          I think the outside-of-school therapy

1  component can address his much larger and lifelong

2  clinical needs.  You know, he's already diagnosed

3  of paranoid schizophrenia.  That's going to be with

4  him for the rest of his life and he's going to have

5  to have a very intense understanding of how to cope

6  with that.  And that really is out of our scope as

7  a school, when our focus is really, sort of

8  narrowly defined in terms of getting into class;

9  being able to complete your assignments so you can

10  graduate and move into adulthood.

11        So, I think that the outside-of-school

12  therapy component being individualized would be

13  very beneficial.

14        HEARING OFFICER DuBOW:  And, also, the

15  level of--in other words, you have a social worker

16  providing the group therapy or the group counseling

17  and the half-hour a week individual, is that right?

18        THE WITNESS:  Yes, we have social workers

19  who provide that, yes.

20        HEARING OFFICER DuBOW:  You don't have a

21  school psychologist come on-board to do any of that

22  therapy, is that not right?