wtk                                                                    51

1          THE WITNESS:   That is correct, we do not

2     have a school psychologist.

3          HEARING OFFICER DuBOW:   Would you think

4     that a school psychologist or a psychologist or a

5     clinical psychologist would, maybe, better address

6     some of his social/emotional problems than a

7     licensed social worker?

8          THE WITNESS:   I believe that in our

9     setting, I believe the social workers are the right

10    professional for what we are working on with

11    Delonta.

12         HEARING OFFICER DuBOW:   I understand.

13         THE WITNESS:   I don't know if you're

14    talking about, sort of, in-depth psychiatric work

15    in terms of his diagnosis, whether or not a

16    psychologist would be a better person.   I don't

17    really feel like I'm the person who can really

18    answer that.

19         HEARING OFFICER DuBOW:   All right, have my

20    questions caused any questions?

21         MS. GOODMAN:   No, I have no further

22    questions.

wtk                                                                    52

1              HEARING OFFICER DuBOW:  I believe you've

2    been very helpful and thank you very much, sir.

3              MS. GOODMAN:  Thank you.

4              THE WITNESS:  Thank you.

5              HEARING OFFICER DuBOW:  Do you have anyone

6    else?

7              MS. GOODMAN:  Yes, I'm going to call

8    Jennifer Murphy [ph], she hasn't actually signed in

9    yet.  Jennifer Murphy is the director at Positive

10   Nature and she's going to be providing testimony

11   about a specific forum and program for the

12   compensatory education that we'll be requesting.

13             HEARING OFFICER DuBOW:  Is that a

14   document--

15             MS. GOODMAN:  That is Document No. 47.

16             Whereupon,

17                       JENNIFER MURPHY

18   was called as a witness and, having been first duly

19   sworn by the Hearing Officer was examined and

20   testified as follows:

21             HEARING OFFICER DuBOW:  Please state your

22   name for the Record.

wtk                                                                    53

1              THE WITNESS:  Jennifer Murphy.

2              HEARING OFFICER DuBOW:  What is your

3      position?

4              THE WITNESS:  I am a founder and clinical

5      director at Positive Nature Incorporated, and I'm

6      also a clinical social worker.

7              HEARING OFFICER DuBOW:  Your witness.

8                        DIRECT EXAMINATION

9              BY MS. GOODMAN:

10        Q    Ms. Murphy, what does your position as

11     clinical director entail?

12        A    At Positive Nature, I supervise all of the

13     direct-service staff, which--at Positive Nature,

14     those positions, those counselors are titled as

15     youth advisors.  I also work, cooperatively, with

16     our counseling psychologist and our psychiatrist

17     who is our medical director.  I do a lot of program

18     development and I oversee all of the records and

19     treatment plans for all of the students in our

20     program.

21        Q    Do you know D███████ A███████?

22        A    Yes, I do.

1          Q     How do you know D███████?

2          A     D███████ was referred to me by the

3    Children's Law Center as a potential student in our

4    therapeutic after-school program.  And I had a

5    lengthy conversation with the social workers at

6    High Road School and then, last week, had the

7    opportunity to have an extended visit with him at

8    the program on Friday, October 21.

9          Q     When a child or student is referred to

10   Positive Nature, what are the steps that are

11   involved to determine if a child is appropriate for

12   the program?

13         A     We go through a written referral process,

14   from which a referral source a student is coming to

15   us with.  And we spend, then, some time speaking

16   with the different collateral agencies or programs

17   who have worked with the children.  Obviously, that

18   usually starts with the school.  But, then, if

19   there's a psychiatrist or a counselor or any other

20   program that has worked with the child, as well, we

21   usually do a fairly lengthy phone piece there and

22   then the exchange of information.

wtk                                                                         55

1           And, then, we always have a chanc to visit

2    with the child, either in their natural setting at

3    school or at home.  And we encourage them to come

4    and have a visit at the building to see if

5    they--sort of see how they do with possibly making

6    an adjustment to the program.

7           Q    You testified that you met D███████

8    A███████, is that right?

9           A    That's correct.

10          Q    When did you meet him?

11          A    Friday, October 21.

12          Q    Was that when he visited Positive Nature?

13          A    Yes.

14          Q    Can you describe D███████'s visit to the

15   program?

16          A    Sure, D███████ arrived last Friday, right

17   after school.  He was with his mother and with two

18   of his advocates from the Children's Law Center.

19   And he came--and based on some of the things I had

20   heard, I was kind of surprised at how open he was

21   to jumping right in and talking with me.

22               One of the first things he did was he had

wtk                                                                56

1   settled into the sofa in our Teen Achievement

2   Program room and said that he felt like he was

3   already home.  He proceeded to take a full tour of

4   the building with me.  I took him to each of the

5   different rooms and explained what went on in those

6   different places and what our different program

7   components were.  He had a lot of questions.  He

8   was pretty attentive to everything I had to say.

9   He was, clearly, thinking through a lot of things.

10          That probably took about 30 to 40 minutes.

11  I also encouraged him to spend some time with some

12  of the students in different settings, both in the

13  Teen Achievement Program area, as well as some of

14  the other students who are participating in some

15  athletic endeavors in the gym area.

16          But, really, we just had a chance to have

17  a fairly relaxed opportunity to just talk about

18  different things at the program and more

19  importantly about his interests and things that

20  he's interested in doing.

21      Q    Was D█████ mother, Ms. Anthony, also

22  present for the visit?

wtk

1       A     Oh, yes, I'm sorry, she was definitely

2   present.

3       Q     At the close of the visit, what, if any,

4   reaction did D‑‑‑‑‑‑‑ have?

5       A     D‑‑‑‑‑‑‑ was‑‑he really kind of took me by

6   surprise a bit, because he was reflecting that he

7   had really run out of hope but throughout the day

8   he had been saying that he felt like he was home

9   and this was a place that he would really want to

10  come back to and be a part of and I was really sort

11  of surprised at that level of expression from him,

12  based on some things that I had heard.  So, that

13  was impressive to me.

14      Q     Can you tell us who comprises the Positive

15  Nature staff?

16      A     Yes, our medical director is a contract

17  psychiatrist.  We also have a counseling

18  psychologist; myself, a clinical social worker; we

19  have two expressive therapists, who are certified

20  master's-level therapists in expressive therapies:

21  drama therapy, and art therapy.  And, then, all of

22  the rest of our youth advisor staff are minimum

wtk

1  bachelor's-level with areas of concentration in

2  music, drama, art, recreational therapy and, also,

3  pre-law and history.

4      Q    What specific services does the Positive

5  Nature program offer?

6      A    Specifically for someone D████████ age,

7  our Teen Achievement Program is part of our larger

8  therapeutic after-school program.  The students in

9  that program are between the ages of 14 and 18, at

10  this time.  And they receive tutoring after school,

11  which takes place at both individual and

12  small-group arenas.  The largest tutoring group is

13  three students; they have individual tutors that

14  come from area high schools.  And, also, we are

15  working in a unique relationship right now, for our

16  reading program with doctoral students from the

17  University of Maryland, who are reading specialists

18  with a specific emerging reading program that's out

19  of the University of Minnesota.  So, those

20  students--that tutoring program also works very

21  closely with students' IEPs and we all--tutors and

22  youth advisors--serve as members of IEP and MDT

wtk

1    teams within the schools and we do a lot of work in

2    the schools, as well.

3         In addition to the tutoring piece, we have

4    something called our Positive Peer Culture program,

5    where kids have one full hour every day where they

6    are participating in different positive peer events

7    that are chosen based as they are generated by

8    student interests.  Usually, those on any given

9    day, are taking place in the areas of art,

10   athletics, computer technology.

11        Then we also have very structured group

12   counseling, life-skills curriculum.  We follow a

13   curriculum out of the University of Miami and the

14   Arise Foundation that is a very structured

15   life-skills curriculum in the areas of self-esteem;

16   violence prevention; positive-choice making; money

17   management; that sort of thing.  And those involve

18   both interactive activities and discussions in the

19   areas of life skills.  And, lastly, our students

20   participate in our therapeutic activity rotation

21   where they travel, as a group, throughout a

22   curriculum in the areas of art, music, drama,

wtk

1    movement, therapeutic recreation, and wood-shop

2    with very specific goals at any given time that

3    meet both the child's needs and the larger social

4    goals of the entire group.

5        Q    How many students attend Positive

6    Nature--the entire program?

7        A    The entire program, at this point we have

8    45 students enrolled.  At the moment, 60 is the

9    most that we have at any given time.  And in the

10   Teen Achievement Program, we currently have nine

11   students.

12       Q    Do you have special-education students at

13   Positive Nature?

14       A    All of our students are receiving

15   special-education services.

16       Q    What types of disabilities do the children

17   or the students at Positive Nature have?

18       A    The overwhelming majority of them have a

19   serious emotional disability or disorder.  We also

20   service a few students with cerebral palsy who have

21   relating emotional issues; and we also serve about

22   eight students who are mentally retarded.

wtk

1    Q    What about D███████ diagnosis of chronic

2  paranoid schizophrenia?  Are there other students

3  who carry serious psychiatric diagnoses like this?

4    A    Yes, we do have, currently, two additional

5  students who suffer with schizophrenia.  We have

6  three students who are diagnosed with active

7  psychosis and we have other bi-polar students and

8  some with, definitely more serious diagnoses.

9    Q    You did testify already about some of the

10  specific programs, but I wanted to ask you if you

11  can describe--and in more detail, about specific

12  services that would be offered to a student like

13  D███████, who does have such serious mental health

14  diagnoses?

15    A    In addition to all of the group work that

16  D██████ would be doing, he would be receiving

17  individual therapy and counseling at the program.

18  and he would also be followed by our team

19  psychiatrist.  It would be possible for him to do

20  both family work, if that was deemed necessary.

21  But individual work with the psychiatrist, as well

22  as his medication management.  And that

1  psychiatrist we are fortunate, works very closely

2  with our team.  So, whether or not he needs to come

3  and do specific observations, but he is always

4  party to exactly what's going on in those different

5  groups.  And we find that to be a real benefit.

6       Q    Would that psychiatrist, if the need

7  arose, also be able to handle not just the

8  individual therapy, but any medication management

9  that is used?

10      A    Absolutely.

11      Q    You heard testimony and you--also, in your

12 intake process--know that D███████ has a history of

13 significant problems with peer interaction--

14      A    Yes.

15      Q    --and social interactions?  What services

16 would Positive Nature offer to help D███████ address

17 this?

18      A    Well, very specifically, where we have

19 been successful in working with similar cases

20 before and, obviously, every student is very

21 individualized, but in terms of a pattern of social

22 withdrawal or social isolation, difficulty with

63

1 peer interaction; and so forth--we have been fairly

2 successful.

3       We start at a pretty basic level.  Our

4 premise and the way that we approach things, even

5 just in the title of our name "Positive Nature," is

6 that we believe, inherently, in the positive value

7 that every child has to offer.  So, we look, first,

8 at what they're interested in and what their

9 strengths are and how we can build on that with a

10 student individually.

11       We then link them, based on the interests

12 and where we are seeing some strengths with

13 children who are similar in the program and,

14 really, put them in situations where they have the

15 opportunity to build on that.  Maybe that means

16 there's just two of them who need to play Monopoly

17 during that positive peer period with some adult

18 supervision and guidance.

19       Or maybe they are you doing well with a

20 particular computer game--D█████ was really

21 excited when he saw something about Carmen San

22 Diego and immediately--which is a computer,

1    interactive learning opportunity, and it

2    immediately brought to mind, two other students

3    that I had who really have done well coming

4    together and actually creating some new ideas off

5    of the Carmen San Diego program.

6              So, we take what they already are

7    presenting in any kind of strength and we really

8    try to build on that and then bridge them to other

9    areas of the program where they can, then, have an

10   opportunity to really grow and develop  And, as of

11   yet, we've been very successful in being able to

12   accomplish that.

13        Q    You also heard testimony that D██████ is

14   functioning at approximately the fifth-,

15   sixth-grade level, which is--he's supposed to be at

16   the tenth-grade level?

17        A    Yes.

18        Q    How would Positive Nature address those

19   needs?

20        A    It has been our experience in the five and

21   a half years that we've been operating the

22   program--and, certainly, for close to seven years

wtk

1   before that--that the majority of the

2   special-education students that we are working with

3   are somewhere between three and four grade-levels

4   behind at this time.  That is why we designed our

5   tutoring program as we did.  And we have been able

6   to not only work with teachers around getting

7   homework accomplished, we were able to work with

8   these doctoral students at the University of

9   Maryland and bring in the reading program, which

10  has been the area of largest deficit in our

11  experience across the board.  And we are seeing

12  phenomenal progress with that particular program

13  right now.

14        But the other thing is that we do take the

15  time to--based on the reading assessments, all

16  assessment levels in academics; all of our youth

17  advisor designed a full-enrichment notebook for

18  each student to supplement any homework or

19  additional assignments that they have, so that we

20  can continue to push them and that's something we

21  really are encouraging and striving towards with

22  them, that they have an opportunity and a decision

wtk

1    to impact the deficits that may have been done to

2    them or without their really having much of a

3    choice in that matter.  And, so, that extra

4    enrichment pieces has been very beneficial, as

5    well.

6        Q    I think you heard Mr. Eminheiser testify

7    in reference to tutoring, it's his concern that

8    tutoring--any type of tutoring that D‑‑‑‑‑‑ would

9    receive incorporate the teaching or the

10   instructional methods that are the goals of what's

11   going on at the High Road setting?

12       A    Yes.

13       Q    Would Positive Nature work with the school

14   in achieving that?

15       A    We absolutely work with the school and,

16   particularly, in relation to High Road, we

17   currently have three students in the middle-school

18   setting; we've had four students in the

19   lower-school setting; we have two students in the

20   High Road Academy at this time; and we have two

21   students in the Upper School, so we work very

22   closely with them, we are in those school settings

1  very regularly and are very familiar with their

2  philosophy, in particular.

3      Q    You testified that all of Positive

4  Students have IEPs, Positive Nature staff also

5  participates on the IEP teams?

6      A    Yes, we do.

7      Q    If D██████ were to attend Positive Nature,

8  would they be able to participate on the team at

9  High Road?

10      A    Absolutely.

11      Q    Is Positive Nature an appropriate program

12  for D███████?

13      A    Yes, I do believe.

14      Q    I just wanted to ask just a few questions

15  about the specifics of the program in terms of days

16  and hours of the program?

17      A    Mm-hmm.

18      Q    What are the days of the week that the

19  program is offered?

20      A    Positive Nature operates five days a week

21  for the most part, on the DCPS schedule, although

22  many of the days that they are not open we are

1  open.  We operate year-round, except that we take

2  off two weeks--the week after Christmas and usually

3  the last week of August or whichever week falls the

4  week before school begins.

5         Our hours, we receive children between the

6  hours of 12:00 and 7:00; that's because several of

7  our students are in half-day programs throughout

8  the city.  So, for example, I know at High Road,

9  every other Wednesday is a half of day.  The

10  students come straight to us at that time.  And

11  those are the main things.

12     Q    That's the--the hours of 12:00 to 7:00

13  that's the after-school program?

14     A    Yes.

15     Q    Do you also offer a summer program when

16  there's no school in session?

17     A    Yes, we offer a full therapeutic summer

18  program that operates eight hours a day for nine

19  weeks.  It starts the week after school gets out

20  and runs up until that last week of August.

21     Q    I'm sorry, did you say how many weeks that

22  was?

1      A    Nine weeks.

2      Q    A nine-week summer camp program.    And

3   that's in addition to the year-round--

4      A    Yes.

5      Q    --aftercare program?    D██████ receives

6   transportation to and from school through DCPS

7   transportation.    How would D██████ be able to get

8   to Positive Nature?

9      A    The majority of our students arrive to the

10  program on DCPS transportation; we just change the

11  p.m. drop-off to our location and then we provide

12  transportation  home in the evenings.

13     Q    So, that if D██████ were to attend, he

14  would be able to be transported back home?

15     A    Yes.

16     Q    What is the per-hour, if you can, give the

17  per-hour cost breakdown of the breakdown?

18     A    It's currently $35 an hour; there's a

19  slight adjustment, depending on the range of

20  psychiatric services needed, but that includes a

21  full snack, transportation.

22     Q    That general rate would include

wtk                                                                    70

1  transporting D█████--

2      A    That would include the transportation; the

3  tutoring; all of the other therapeutic services.

4      Q    And if Positive Nature were specifically

5  ordered today as part of a comp-ed plan, when would

6  D██████ be able to start?

7      A    He would be able to start immediately.

8  The main thing that would be sort of impeding that

9  in any way is the transportation fees, because

10  changing the p.m. drop-off, they are now facing

11  delays of seven to ten days in getting that process

12  completed.

13      MS. GOODMAN:  I don't have any other

14  questions.

15      HEARING OFFICER DuBOW:  Thank you very

16  much.

17      MS. GOODMAN:  Mr. DuBow, I wanted to call

18  Dr. Eisman, briefly, as well.

19      Whereupon,

20          DR. SHEILA C. EISMAN

21  was called as a witness and, having been first duly

22  sworn by the Hearing Officer was examined and

wtk

71

1  testified as follows:

2          HEARING OFFICER DuBOW:  What's your name?

3          THE WITNESS:  Dr. Sheila C. Eisman.

4          HEARING OFFICER DuBOW:  All right, what is

5  your position?

6          THE WITNESS:  I'm an educational

7  consultant for students with special needs.

8          HEARING OFFICER DuBOW:  All right, your

9  witness.

10         MS. GOODMAN: I would just clarify, Mr.

11 DuBow, that Dr. Eisman has already been qualified

12 as an expert in this case.

13         HEARING OFFICER DuBOW:  I know [unintell.]

14         MS. GOODMAN:  Yes.

15                 DIRECT EXAMINATION

16         BY MS. GOODMAN:

17    Q   Dr. Eisman, have you had the opportunity to

18 review all of the documents that were submitted in

19 the Parent's disclosure?

20    A   I have.

21    Q   Since the last hearing in May, 2005, have

22 you had the opportunity to visit D███████ current

72

1    placement at High Road?

2        A    Yes, I wanted to see what he was doing and

3    what his needs might be in terms of compensatory

4    education.

5            HEARING OFFICER DuBOW:  Would you pull the

6    microphone a little closer to you and speak a

7    little louder?

8            THE WITNESS:  Surely

9            BY MS. GOODMAN:

10       Q    Could you repeat that, please?

11       A    Surely, I wanted to see what his needs

12   would be in terms of compensatory education and

13   what his current status is.  And, so, I did go back

14   to High Road and the date that I went back was on,

15   excuse me, the 11th of Occupational.

16       Q    During that visit, did you observe Delonta

17   in the classroom setting?

18       A    I did.

19       Q    Did you speak with High Road staff about

20   his performance and progress?

21       A    Yes, I spent some time with the teacher.

22   He has a homeroom teacher for which he has most of

wtk

73

1  his classes, her name is Ms. Armalin [ph]. He also

2  has a social worker who does his group and

3  individual therapy, her name is Shannon Follet

4  [ph].

5      Q    As you testified that you reviewed the

6  current documents that were submitted in the

7  disclosure and that you visited High Road, are you

8  able to provide an assessment of D███████

9  individual needs and his current educational

10  status?

11     A    Yes, and, in short, let me just tell you

12  that, in terms of the testimony from David

13  Eminheiser, my observations were very similar to

14  his comments. D██████ continues to be a youngster

15  who is very withdrawn. He is a youngster who makes

16  very poor eye contact; has a very flat affect. You

17  don't see him smiling a lot, for instance

18         His social skills are very poor. He's

19  very self-contained, et cetera. And so, I won't go

20  into them deeply, because I think you've heard a

21  lot about that today.

22         Academically, I will say my impression is

wtk

1   that his academics are similar to that which was

2   testified by Mr. Eminheiser, with the one

3   difference that I think we have to look into the

4   reading and the math a little bit more deeply.  In

5   terms of reading, he's a youngster who decodes

6   better than his comprehension.  His decoding is up

7   to the fifth-, sixth-grade level.  So, his phonics,

8   he can read--word read.

9       But his language is so poor, moderate to

10  severe in range.  And, so, his reading

11  comprehension, his ability to understand what he

12  reads and to make associations is much lower than

13  that, it's at second-, third-grade level.

14      Math--we also see this as being true, that

15  he is able to get some concepts in terms of math.

16  The gaps that Mr. Eminheiser was talking about

17  certainly exist.  So, some of his skills are down

18  to the third-grade level, although he is capable of

19  understanding some math concepts at a higher

20  fifth-grade level.  So, he has come out of his

21  education, thus far, with lots of gaps.  And that's

22  just a little clarification, if I could, on the

75

wtk

1    academics.

2        Q    I know you briefly testified about

3    D███████ social/emotional functioning.  I wanted

4    to asked you, based on your expertise, what, if

5    any, connection is there between his current level

6    of social/emotional functioning which you testified

7    to, as well as Mr. Eminheiser--what, if any,

8    connection is there between that level of

9    social/emotional functioning and the lack of

10   appropriate educational services over the course of

11   eight-plus years?

12       A    D██████ is a youngster with very

13   significant emotional needs, as we are all

14   familiar.  Those social/emotional needs are such

15   that, without the appropriate therapeutic

16   intervention which he has not had, to date, it

17   leaves him less available to learn the academics.

18   Without the speech-and-language intervention at the

19   level that he required, he, also, was not able to

20   gain enough control or understanding receptive

21   language to make use of the academics.

22            But the bigger piece, I think, is the

wtk

1   social.  So that he is not really part of the

2   classroom.  If you look back at his old grade

3   reports, if I look at the comments from the

4   teachers; and I did visit him when he was at

5   Francis Junior High School--he is a youngster who

6   has not gotten as much out of the academics as one

7   would hope and, more importantly, it wasn't

8   provided to him appropriately.

9         But the social/emotional is the most

10  significant factor affecting the academic

11  acquisition at this point.

12      Q    What was the harm or, if you can say, what

13  was the harm or effect on D██████ of not receiving

14  therapeutic interventions over the course of,

15  looking back from school year '96/'97 through the

16  end of--well, really, the end of the eighth grade,

17  2005 or 2004, rather?

18      A    The loss in terms of social/emotional

19  stability; the loss in terms of acquisition of

20  academic skills is profound.  For a youngster with

21  probably the most significant emotional disability

22  a youngster can have, paranoid schizophrenia.

wtk

1          One would hope, with intensive efforts at

2     this point, it could be made up.  But I think one

3     has to be realistic in terms of saying that there

4     is a readiness period for acquiring these skills;

5     whether they be social skills or academic skills.

6     And once you pass that readiness period, it takes a

7     lot of work; a lot of intervention, in order to

8     turn around the types of habits; the types of

9     perceptions that a youngster of this profile has in

10    order to gain skills: academic skills; social

11    skills.   It's going to take a lot of intervention,

12    probably more than he would have needed had he

13    received them on time.

14         Q    In light of his current social/emotional

15    functioning and what you testified to in regards to

16    his to his current academic performance and status

17    and, based on your expertise, what do you think it

18    would take to get D_____ to where he would have

19    been, had he gotten the service he needed, when he

20    needed them?

21         A    The most important thing at this point in

22    time for D____ is to reach a level of emotional

wtk

1  stability sufficient to interact with others,

2  whether they be adults or peers on a productive

3  fashion.

4       At this point, he's very self-contained;

5  very withdrawn; his perceptions are inaccurate; and

6  he needs a great deal of therapeutic intervention.

7  He needs someone with him to correct him when his

8  perceptions verge on being paranoid.  He needs

9  someone to correct him and let him know that a

10  comment from a peer may be an innocent comment;

11  rather than one that is guarded, which is aimed at

12  him.

13       This is going to take a lot of work.

14  They're certainly trying to do this to the best of

15  their capability at High Road, but he needs more

16  assistance than that in terms of a

17  compensatory-education package.

18       One of the things, for instance, that has

19  been very disturbing over the last little while

20  with D██████ is that he has had difficulties being

21  medicationally compliant.  So, he has been

22  inconsistent in terms of taking his medication.

wtk

1          Students who have very significant

2    emotional disorders really need to, as young

3    adults, whether they're 25 or 28 years old, they

4    need to become self-advocates.  They need to know

5    when their well-functioning; when they can start

6    taking risks and, possibly, look at a new job or

7    take further schooling.

8          They need to be self-advocates in the

9    sense that they know what their medications are and

10   they are very actively engaged in keeping a

11   medication regime stable.   This is not something

12   he's taking responsibility for at this point in

13   time.  So, therapy aimed at keeping him medication

14   compliant and making him a good self-advocate is

15   really necessary.

16          In order to provide this stable

17   environment, I would support and would advise

18   enrollment in the Positive Nature Program after

19   school, so that he would go directly to Positive

20   Nature after school.  And would remain there until

21   closing time, receiving individual or small-group

22   tutoring; that medications would be monitored; that

wtk

1  the medications and the tutoring would be

2  coordinated with the efforts of the Parents and the

3  School.  They have a team program to promote social

4  skills; they have a vocational program, so this is

5  a youngster who could stay until is 21st birthday

6  and he could receive vocational exposure.

7       That's one prong of the remedy that I

8  would suggest.

9       The second prong of this is that we would

10  want him to be a productive member of the community

11  when school is over.  So, I would be looking at

12  extended eligibility past the age of 21 where a job

13  coach, which could be an instructional assistant

14  acting as a liaison and a facilitator with any

15  vocational placement.

16      Q    How exactly would that work, how would a

17  job coach help D████████?

18      A    When youngsters leave school and,

19  generally, youngsters with special needs, such as

20  this leave at age 21 or through their 21st

21  birthday, they oftentimes will go into vocational

22  placements.  And it may be through one of the

wtk

1    transition-linking agencies.  The job coach would

2    accompany that person to any job where he might be

3    placed and assist them in the way that any teacher

4    or therapist might be, in terms of facilitating

5    social interactions on task performance; correcting

6    perceptions that may be inaccurate.  So, it's just,

7    in general, facilitating--coming to the job on

8    time; using public transportation; facilitating

9    social interactions and completing tasks at work.

10        Q    And a job coach would be someone who would

11   be working with D█████ after he completes

12   his--during the extended eligibility time-frame?

13        A    That's correct.

14        Q    And you testified that you're recommending

15   in the Positive Nature Active Care Program?

16        A    That's correct.

17        Q    You heard testimony that there's also, in

18   addition to the after care program, there's a

19   summer program that runs all day for nine weeks.

20   Is that--are you also recommending that as part of

21   a comp-ed package for D█████?

22        A    Yes, any way that we can keep this

wtk

1  consistent, I think would be appropriate and it's

2  an intensive program that would provide him with

3  the academic and social supports that he needs.

4       Q    Are you able to testify today as to the

5  duration of Positive Nature's program in terms of

6  what--how long will delonta--how long are you

7  recommending Positive Nature for D██████ as part of

8  his comp-ed?

9       A    I'd like to see him remain there for his

10  21st birthday, and he is eligible to do so in terms

11  of Positive Nature's age range that they serve.

12       Q    Just to clarify; Your recommending, then,

13  that in order to get D██████ to where he would have

14  been but for the denial of appropriate educational

15  services, he requires Positive Nature After Care

16  Program, which includes a therapeutic

17  interventions, already testified to, as well as

18  extended eligibility, specifically, services of a

19  job coach?

20       A    That's correct.

21       Q    Is there anything else that you're

22  recommending as part of the comp-ed package for

83

wtk

1    D████████?

2        A    No, not at this time.

3            HEARING OFFICER DuBOW:  That's it?

4        MS. GOODMAN:  Yes, it is.

5            HEARING OFFICER DuBOW:  Have you visited

6    Positive Nature recently?

7            THE WITNESS:  No, I haven't been there for

8    about, probably two years.

9            HEARING OFFICER DuBOW:  You haven't been

10   there for two years?

11           THE WITNESS:  That's correct.

12           HEARING OFFICER DuBOW:  Next question is,

13   you saw the student's schedule and you heard the

14   testimony of the High Road director that he has a

15   heavy load this year compared to last year?

16           THE WITNESS:  That's correct.

17           HEARING OFFICER DuBOW:  You just

18   recommended that he stay at Positive Nature until

19   closing, which is 7:00 o'clock?  Don't you think

20   that's a little too long to stay for a student from

21   starting school at High Road and then go over to

22   Positive Nature and stay there till 7:00 o'clock?

84

wtk

1   Is that, in your opinion, an appropriate time

2   frame, in light of what he has?

3          THE WITNESS:  It's a traditional approach

4   for youngsters whose severity of emotional

5   disturbance is so significant that you try to

6   promote a consistency of care.  It's a therapeutic

7   placement and so, what we're trying to do is to

8   keep his day structured and positive, as much as we

9   can.

10         And in terms of whether or not this is

11  something that he could tolerate, I think that this

12  is something that he would welcome.

13         HEARING OFFICER DuBOW:  So, what time

14  would he get there after High Road?

15         THE WITNESS:  I would hope that he would

16  get there at 3:30, quarter-to-4;00.

17         HEARING OFFICER DuBOW:  And then stay

18  there until 7:00?

19         THE WITNESS:  Till 7:00.

20         HEARING OFFICER DuBOW:  They don't serve

21  food there, do they?

22         THE WITNESS:  They do.

wtk

1          HEARING OFFICER DuBOW:  Do they serve

2    dinner there?

3          THE WITNESS:  They do.

4          HEARING OFFICER DuBOW:  All right, no

5    further questions.  Thank you very much.  Is that

6    it?

7          MS. GOODMAN:  That's it, I could give a

8    summation.

9          HEARING OFFICER DuBOW:  No, it's 11:00

10   o'clock, it was submitted on--

11         MS. GOODMAN:  The memo that I submitted--

12         HEARING OFFICER DuBOW:  Yeah, I have all

13   that.

14         MS. GOODMAN:  --you have all that, so it's

15   just the "Reed" confirmations that you're working

16   on.

17         HEARING OFFICER DuBOW:  That's correct.

18   Thank you very much.  Good luck.

19              [Whereupon, the hearing was concluded.]

20                        -  -  -

# CERTIFICATE

I, hereby, certify that the tape recording represented by the foregoing pages was transcribed by me; and that the foregoing transcript is a correct and accurate record of the proceedings to the best of my knowledge, ability and belief.

*William T. Kennedy*
**WILLIAM T. KENNEDY**

**TRANSCRIBER**