UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORINE ANTHONY, et al.,** | : |
| **Plaintiffs,** | : |
| v. | : Civ. Action No. 06-192 (ESH) |
| **DISTRICT OF COLUMBIA PUBLIC SCHOOLS** and | : |
| **CLIFFORD B. JANEY,** | : |
| **Defendants** | : |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION
OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, District of Columbia, respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time from October 4, 2006, to and including October 13, 2006, within which to file a reply to Plaintiffs' Opposition to Defendants" Motion for Summary Judgment. Undersigned counsel is burdened with several upcoming deadlines, and will be unable to file a reply by October 4.

Undersigned counsel has conferred with Plaintiffs' counsel regarding the relief sought by this motion. Plaintiffs' counsel has consented to the relief requested, provided Plaintiffs may also file their reply on or before October 13, 2006.

Based upon the foregoing, Defendants, District of Columbia, respectfully request that this motion be granted and that the time for both parties to file their replies be extended to and including October 13, 2006.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651

**September 22, 2006**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORINE ANTHONY, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civ. Action No. 06-192 (ESH) |
| : | |
| **DISTRICT OF COLUMBIA PUBLIC SCHOOLS** and : | |
| : | |
| **CLIFFORD B. JANEY,** : | |
| : | |
| **Defendants** : | |

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to File a Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that both parties may file their replies on or before October 13, 2006.

_____
UNITED STATES DISTRICT JUDGE