UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CORINE ANTHONY**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0192 (ESH) |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon consideration of the pleadings and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motion for summary judgment [Dkt. # 16] is **DENIED**; and it is

**FURTHER ORDERED** that plaintiffs' motion for summary judgment [Dkt. # 17] is **GRANTED IN PART** to the extent that the Hearing Officer Determinations of November 4, 2005 and March 22, 2006 are overturned based on the hearing officer's erroneous application of a two-year statute of limitations; and it is

**FURTHER ORDERED** that plaintiffs' motion for summary judgment [Dkt. # 17] is **DENIED IN PART** to the extent that plaintiffs request the Court to award 7200 hours of compensatory education; and it is

**FURTHER ORDERED** that the matter is remanded to the hearing officer to redetermine

the award of compensatory education in a manner consistent with the accompanying Memorandum Opinion.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE:  November 30, 2006